UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL NO. 302CV1384 (MRK) |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| OTIS ELEVATOR COMPANY and UNITED TECHNOLOGIES CORPORATION | : | |
| | : | |
| Defendants | : | NOVEMBER 12, 2003 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Local Rule 7, Plaintiff, Sujata Nichani and Defendants, United Technologies Corp. and Otis Elevator Company, respectfully request that the August 1, 2003 scheduling order in this matter be modified to allow for an enlargement of 90 days to complete discovery and to file dispositive motions. In addition, because of scheduling issues, the deadline for Defendant to take the deposition of Plaintiff's expert and to serve their own expert report should also be modified. The reasons for the enlargement are set forth below.

## Requested Modifications

Accordingly, the parties request the following deadlines be approved by this Court:

**Current Scheduling Deadline** | **Requested Scheduling Deadline**

| Current Scheduling Deadline | Requested Scheduling Deadline |
|---|---|
| All discovery completed by December 1, 2003 | All discovery will be completed by March 1, 2004. |
| Dispositive Motions filed by January 15, 2004 | Dispositive motions will be filed by April 30, 2004. |
| No specific deadline in prior order | Plaintiff's expert will be deposed by January 15, 2003. |
| No specific deadline in prior order | Defendants' expert report will be served by February 15, 2004. Defendants' expert will be deposed by March 15, 2004. |
| Trial ready by April 1, 2004 | **This matter will be trial ready by July 31, 2004, if dispositive motions are filed.** The parties' Joint Trial Memorandum will be filed 30 days after ruling on dispositive motions. **This is the first Motion for Enlargement of Time that requests modification of the trial ready date (previously April 1, 2004).** |
|  | If no dispositive motions are filed, the parties' Joint Trial Memorandum will be due May 31, 2004 and this case will be deemed trial ready thereafter. |

## Reasons for the Requested Modifications

Prior to the entry of the court's Scheduling Order on August 1, 2003, the Defendants substantially completed the Plaintiff's deposition in July of 2003. Plaintiff, in response to Defendants' Request for Production, produced over 1000 (one thousand) pages of documents. In

response to Plaintiff's Requests for Production, Defendants have produced almost 7000 (seven-thousand) pages of documents.

Plaintiff has thus far taken depositions of several of Defendants' employees, and has noticed numerous depositions for the coming months. This case involves Defendants' executive-level employees (including the Presidents, Vice Presidents and Regional Vice Presidents), and therefore scheduling depositions has been complicated by their work schedule. Additionally, Plaintiff served a supplemental expert witness disclosure and report in October, 2003, necessitating a delay in Defendant deposing Plaintiff's expert.

More importantly, the parties have filed a Motion for Referral to Magistrate Judge Garfinkel for purposes of a settlement conference, and would like to devote some time otherwise attending to continuing discovery, to schedule and prepare for that mediation, which may require more than one day. It is anticipated that this settlement conference will be scheduled for late November and mid-December.

Finally, one of Defendants' counsel, Daniel Schwartz, is temporally out on family leave, and Plaintiff's co-counsel, Sarah Poston of Zeldes, Needle & Cooper, P.C., will be out on maternity leave commencing approximately April 1, 2004.

**WHEREFORE,** for all of the foregoing reasons, the parties request that the scheduling order in this matter be modified as outlined above.

Plaintiff, Sujata Nichani

*/s/ Anthony R. Minchella*
Anthony R. Minchella (CT 18890)
    Law Offices of
    Anthony R. Minchella, L.L.C.
    530 Middlebury Road
    Suite 212-213B
    Middlebury, CT  06762
    Telephone:    (203) 758-1069
    Facsimile:    (203) 748-2074
    anthonyminchella@sbcglobal.net

Defendants, Otis Elevator Co. and United Technologies Corp.

*/s/ Albert Zakarian*
Albert Zakarian (ct04201)
Daniel Schwartz (ct15823)
Day, Berry & Howard, LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
860) 275-0343 (fax
*daschwartz@dbh.com*

Sarah W. Poston (ct19702)

    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Boulevard
    P.O. Box 1740
    Bridgeport, CT  06601-1740
    (203) 333-9441
    Fax:  (203) 333-1489
    sposton@znclaw.com

Attorneys for Plaintiff Sujata Nichani