# United States District Court
# District of Connecticut

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| SUJATA NICHANI, | : | |
| *Plaintiff* | : | |
| v. | : | Case No.  3:02 CV 1384 (MRK) |
| | : | |
| OTIS ELEVATOR COMPANY and | : | |
| UNITED TECHNOLOGIES | : | |
| CORPORATION | : | |
| *Defendants* | : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

_____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

_____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

_____ A ruling on the following motions which are currently pending: (orefm.)
Doc#

__✖__ A settlement conference (orefmisc./cnf.)

_____ A conference to discuss the following: (orefmisc./cnf.)

_____ Other: (orefmisc./misc)

SO ORDERED this __24th__ day of __November__, __2003__ at New Haven, Connecticut.

/s/ _____Mark R. Kravitz_____
UNITED STATES DISTRICT COURT JUDGE