UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 25    1 45 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| SUJATA NICHANI )<br>)<br>) <br>Plaintiff, )<br>)<br>VS. )<br>)<br>OTIS ELEVATOR COMPANY AND )<br>UNITED TECHNOLOGIES CORPORATION )<br>)<br>Defendants. )<br>) | CIVIL ACTION CASE NO.<br>3:02 CV 1384 (MRK)<br><br><br><br><br><br><br><br><br><br>NOVEMBER 21, 2003 |

## APPEARANCE

Dear Sir/Madam:

Enter my appearance as Counsel for the Plaintiff, Sujata Nichani, in the above-entitled case.

Dated at Waterbury, Connecticut this 21st day of November 2003.

THE PLAINTIFF,

BY _____
Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702
203-596-9030
Federal Bar No.: CT00765

1

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid on this 21st day of November, 2003 to the following:

Anthony R. Minchella
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Daniel A. Schwartz
Day, Berry & Howard, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499

Sarah Poston
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06601-1740

Jeffrey J. Tinley, Esq.