UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL NO. 302CV1384(MRK) |
| Plaintiff | : | U.S. DISTRICT COURT |
| | : | NEW HAVEN, CONN. |
| v. | : | |
| OTIS ELEVATOR COMPANY and UNITED TECHNOLOGIES CORPORATION | : | |
| Defendants | : | DECEMBER 22, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure and consistent with counsel's ethical obligations pursuant to Rule 1.16(b) of the Rules of Professional Conduct, undersigned counsel for Ms. Nichani requests permission to withdraw her appearance in this matter. In support of this motion counsel states:

1. Ms. Nichani has obtained alternative counsel, Attorney Jeffrey J. Tinley, who filed his appearance in this matter on November 21, 2003.

2. Ms. Nichani has been notified of the undersigned counsel's intention to withdraw, via certified mail, and a copy of the letter notice is attached as Exhibit 1 to this motion. A copy of the return receipt verifying Ms. Nichani's receipt of the letter is attached as Exhibit 2.

3. A copy of this motion was sent to Ms. Nichani this date via certified mail.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

For the foregoing reasons, counsel requests that her motion to withdraw be granted.

*[signature]*

Sarah W. Poston
Federal Bar. No. ct19702

        Zeldes, Needle & Cooper, P.C.
        1000 Lafayette Boulevard, Suite 500
        Bridgeport, Connecticut 06604
        Tel. no. (203) 333-9441
        Fax no. (203) 333-1489
        Email: sposton@znclaw.com

Counsel to Plaintiff Sujata Nichani

# ZELDES, NEEDLE & COOPER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

TELEPHONE (203) 333-9441
FAX (203) 333-1489

Sarah W. Poston
Direct Dial: (203) 332-5707
email: sposton@znclaw.com

December 9, 2003

**Via Certified Mail**

Ms. Sue Nichani
4 West Mary Drive
Simsbury, CT 06070

Re:   <u>Sue Nichani vs. Otis Elevator Company et seq.</u>

Dear Sue:

Enclosed please find a draft copy of the Motion to Withdraw Appearance that I intend to file in this case. I know that you have already consented to the withdrawal, and I am sending you this notice simply to ensure full compliance with Local Rule of Civil Procedure 7(e).

Please feel free to call with any questions or concerns.

Sincerely,

Sarah W. Poston

c:  Anthony R. Minchella, Esq.
    Jeffrey J. Tinley, Esq.

DRAFT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUJATA NICHANI,           : | CIVIL NO. 302CV1384 (MRK) |
| Plaintiff                 : | |
| v.                        : | |
| OTIS ELEVATOR COMPANY and : | |
| UNITED TECHNOLOGIES       : | |
| CORPORATION               : | |
| Defendants                : | DECEMBER __, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure and consistent with counsel's ethical obligations pursuant to Rule 1.16(b) of the Rules of Professional Conduct, undersigned counsel for Ms. Nichani requests permission to withdraw her appearance in this matter. In support of this motion counsel states:

1. Ms. Nichani has obtained alternative counsel, Attorney Jeffrey J. Tinley, who filed his appearance in this matter on November 21, 2003.

2. Ms. Nichani has been notified of the undersigned counsel's intention to withdraw, via certified mail, and a copy of the letter notice is attached as Exhibit 1 to this motion.

3. A copy of this motion was sent to Ms. Nichani this date via certified mail.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

For the foregoing reasons, counsel requests that her motion to withdraw be granted.

DRAFT

_____
Sarah W. Poston
Federal Bar. No. ct19702

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard, Suite 500
Bridgeport, Connecticut 06604
Tel. no. (203) 333-9441
Fax no. (203) 333-1489
Email: sposton@znclaw.com

Counsel to Plaintiff Sujata Nichani

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sue Nichani
   4 West Mary Drive
   Simsbury, CT
   06070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Address

B. Received by (Printed Name)    C. Date of Delivery
NIChany

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7003 0500 0002 7455 4729

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date via First Class U.S. mail, postage prepaid to the following:

Albert Zakarian, Esq.
Daniel Schwartz, Esq.
Day, Berry & Howard LLP
CityPlace I 185 Asylum Street
Hartford, CT 06103-3499

Anthony R. Minchella, Esq.
530 Middlebury Road
Suite 212-123B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

Dated at Bridgeport, Connecticut, this 22d day of December 2003.

Sarah W. Poston