UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

December 22, 2003

10:00 a.m.

*Held*
*4 hours*

CASE NO. **3:02cv1384 (MRK)**    **Sujata Nichani v. Otis Elevator Co.,**
**et al**

Anthony Rosato Minchella
Anthony R. Minchella, LLC
530 Middlebury Rd.
Suite 212-213 B
Middlebury, CT 06762


Sarah W. Poston
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740


Daniel Adam Schwartz
Day, Berry & Howard-Htfd-CT
Cityplace I
185 Asylum St.
Hartford, CT 06103-3499


Albert Zakarian
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK