# United States District Court
# District of Connecticut

|  |  |  |
|---|---|---|
|  | : |  |
| SUJATA NICHANI, | : |  |
| *Plaintiff* | : |  |
| v. | : | Case No.  3:02 CV 1384 (MRK) |
|  | : |  |
| OTIS ELEVATOR COMPANY and | : |  |
| UNITED TECHNOLOGIES | : |  |
| CORPORATION | : |  |
| *Defendants* | : |  |

## ORDER

Attorney Sarah W. Poston's Motion To Withdraw Appearance on behalf of plaintiff [doc. #34], dated December 22, 2003, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/ _____Mark R. Kravitz_____
U.S.D.J.

Dated at New Haven, Connecticut: <u>January 9, 2004</u>.