# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | FEBRUARY 17, 2003 |

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Local Rule 7, Defendants, United Technologies Corp. and Otis Elevator Company, respectfully request that the scheduling order in this matter be modified to allow each party additional time to address issues relating to expert discovery.  The issues have arisen for several reasons, including the schedules of the parties' experts, a federal court trial involving both of Defendants' counsel in January 2004, and an extended illness of the Plaintiff's primary counsel. For example, the deposition of the Plaintiff's expert has been scheduled at least three times before, but due to conflicts, has had to be rescheduled. It has now been scheduled for February 20, 2004. As of the time of filing this motion, Defendants' counsel has attempted to contact the Plaintiff's counsel to ascertain his position on this specific motion, but has not received a response; however, Plaintiff's counsel has agreed informally to these requested extensions.

**Requested Modifications**

Accordingly, the Defendants request the following deadlines be approved by this Court:

- Plaintiff's expert will be deposed on or before February 20, 2004.

- Defendants' experts will be disclosed by March 5, 2004.

- Plaintiff will depose Defendants' experts by April 5, 2004.

All other deadlines in this matter should remain unaffected by this request. The parties

have each taken several days of depositions and are working diligently to meet the other

established deadlines.  This is the parties' third request for a modification of the court's scheduling

order.


THE DEFENDANTS
UNITED TECHNOLOGIES CORP., and
OTIS ELEVATOR CORP.,


By _____
         Albert Zakarian (ct04201)
         Daniel A. Schwartz (ct15823)
         Day, Berry & Howard LLP
         CityPlace I
         Hartford, Connecticut 06103-3499
         (860) 275-0100
         (860) 275-0343 (fax)
         *daschwartz@dbh.com*
         Their Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent electronically and mailed this date

via U. S. mail, postage prepaid to the following:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

_____
Daniel A. Schwartz