# United States District Court
# District of Connecticut

| | |
|---|---|
| SUJATA NICHANI,       *Plaintiff* | : <br> : <br> : |
| v. | :    Case No. 3:02 CV 1384 (MRK) |
| OTIS ELEVATOR COMPANY and UNITED TECHNOLOGIES CORPORATION       *Defendants* | : <br> : <br> : <br> : <br> : |

## ORDER

Defendants' Motion To Modify Scheduling Order (Doc. #38), dated February 17, 2004, is hereby **GRANTED** absent objection. The following case management schedule will apply:

1. **Discovery:** All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **April 5, 2004**:

    **NOTE: All discovery issues should be resolved in good faith by counsel in accordance with their obligations to the Court under the Federal Rules of Civil Procedure and the District's Local Rules. Before filing any motion relating to discovery, the parties are required to jointly confer with the Court by telephone, 203-773-2022.**

2. **Expert Discovery**: All depositions of plaintiff's experts will be completed by **February 20, 2004**. Defendant's experts reports will be served by **March 5, 2004**, and all depositions of defendant's experts will be completed by **April 5, 2004**.

3. **Status Conference:** A TELEPHONE STATUS CONFERENCE WILL BE HELD ON **April 7, 2004 at 4:00 p.m.** Plaintiff's counsel will initiate the conference call. The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **March 31, 2004**.

**ALL OTHER DEADLINES WILL REMAIN UNCHANGED.**

IT IS SO ORDERED.

/s/       Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: February 19, 2004.

RE:    **CASE NO. 3:02CV1384 (MRK)**
----------------------------------------------------------------

TO:    **COUNSEL OF RECORD:**


----------------------------------------------------------------

On or before **March 31, 2004,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK