UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Status/Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

February 23, 2004                    Held

2:00 p.m.                    30 mins

CASE NO. **3:02cv1384 (MRK)    Nichani vs. Otis Elevator**

Anthony Rosato Minchella
Anthony R. Minchella, LLC
530 Middlebury Rd.
Suite 212-213 B
Middlebury, CT 06762

Sarah W. Poston
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

Daniel Adam Schwartz
Day, Berry & Howard-Htfd-CT
Cityplace I
185 Asylum St.
Hartford, CT 06103-3499

Jeffrey J. Tinley
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702

Albert Zakarian
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

\* PLAINTIFF COUNSEL SHALL INITIATE THE CONFERENCE CALL TO JUDGE
GARFINKEL @ 203-579-5593.

        THANKS.

                                BY ORDER OF THE COURT
                                KEVIN F. ROWE, CLERK