# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | MARCH 18, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION

Pursuant to Local Rule 7, Defendants United Technologies Corp. and Otis Elevator

Company respectfully move for an extension of time of two weeks, up to and including April 2,

2004, within which to file responses and objections to Plaintiff's Second Request For Production.

The Defendants need the additional time to gather the extensive information requested by Plaintiff

because the information requested requires Defendants to review hundreds of documents.  This is

Defendants' first request for an extension of time to respond to Plaintiff's Second Request For

Production.  Counsel for Defendants has contacted Jeff Tinley, counsel for the Plaintiff,

**ORAL ARGUMENT NOT REQUESTED**

who indicated that he has no objection to this extension of time.  This extension of time will not

affect other existing deadlines in this matter.

THE DEFENDANTS,
UNITED TECHNOLOGIES CORP. and
OTIS ELEVATOR COMPANY


By _____
      Albert Zakarian (ct04201)
      Daniel A. Schwartz (ct15823)
      Day, Berry & Howard LLP
      CityPlace I
      Hartford, CT 06103-3499
      (860) 275-0100 (telephone)
      (860) 275-0343 (facsimile)
      azakarian@dbh.com
      daschwartz@dbh.com

      Their Attorneys

## <u>CERTIFICATION</u>

I hereby certify that the foregoing was sent via electronic mail and regular mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

_____
Daniel A. Schwartz