## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | MARCH 19, 2004 |

### JOINT STIPULATION TO PERMIT ELECTRONIC FILING IN THIS MATTER

It is hereby stipulated by and between the parties, through their respective counsel of record and subject to the approval of the Court, that the above-identified action be designated for electronic filing.

-2-

| | |
|---|---|
| PLAINTIFF,<br>SUJATA NICHANI | THE DEFENDANTS,<br>UNITED TECHNOLOGIES CORP. and<br>OTIS ELEVATOR COMPANY |

By_____
   Jeffrey J. Tinley, Esq. (ct00765)
   Tinley, Nastri, Renehan & Dost, LLP
   60 North Main Street
   2nd Floor
   Waterbury, CT 06702
   (203) 596-9030 (telephone)
   (203) 596-9036 (facsimile)
   jtinley@tnrdlaw.com

   Her Attorneys

By _____
   Albert Zakarian (ct04201)
   Daniel A. Schwartz (ct15823)
   Day, Berry & Howard LLP
   CityPlace I
   Hartford, CT 06103-3499
   (860) 275-0100 (telephone)
   (860) 275-0343 (facsimile)
   azakarian@dbh.com
   daschwartz@dbh.com

   Their Attorneys

PLAINTIFF,
SUJATA NICHANI

By_____
   Anthony Minchella, Esq. (ct18890)
   Law Offices of Anthony R. Minchella, L.L.C.
   530 Middlebury Road
   Suite 212-213B
   Middlebury, CT 06762
   (203) 758-1069 (telephone)
   (203) 758-2074 (facsimile)
   anthonyminchella@sbcglobal.net

   Her Attorneys