FILED
MAR 29  2 42 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL NO. 302CV1384 (MRK) |
| Plaintiff | : | |
| v. | : | |
| OTIS ELEVATOR COMPANY and UNITED TECHNOLOGIES CORPORATION | : | |
| Defendants | : | MARCH 26, 2004 |

### PLAINTIFF'S[1] FIRST MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Local Rule 7, Plaintiff, Sujata Nichani, respectfully requests that the current scheduling order in this matter be modified to allow for an enlargement of 90 days to complete all discovery, and that corresponding deadlines also be modified as set out below. At a Telephonic Conference with Magistrate Garfinkel, during which Plaintiff's need for additional time was discussed, the Defendants indicated they object to any additional modifications.

---

[1] All other Motions to Modify the Scheduling Order were filed as Joint Motions.

## Requested Modifications

Accordingly, the Plaintiff request the following deadlines be approved by this Court:

**Current Scheduling Deadline** | **Requested Scheduling Deadline**

| Current Scheduling Deadline | Requested Scheduling Deadline |
|---|---|
| All discovery completed by April 5, 2004 | All discovery will be completed by July 5, 2004 |
| Depositions of Defendants' Experts by April 5, 2004 | Depositions of Defendant's Experts by July 5, 2004 |
| Dispositive Motions filed by April 15, 2004 | Dispositive motions will be filed by September 1, 2004. |
| Trial Memorandum | **If no dispositive motions are filed, the Joint Trial Memorandum will be due September 30, 2004. If dispositive motions are filed, the Joint Trial Memorandum will be due 30 days after the Court's decision on any dispositive motions.** |
| Trial ready by April 1, 2004 | **This matter will be trial ready by November, 2004, if dispositive motions are filed. If dispositive motions are filed, the matter will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum will be filed 30 days after ruling on dispositive motions.** |

## Reasons for the Requested Modifications

By order dated February 19, 2004, the Court granted the Defendant's Motion to Modify Scheduling Order (Doc. # 38) permitting the parties until April 5, 2004 to complete discovery in this case. Since that time, the Defendants completed the Plaintiff's deposition on Saturday, March 13, 2004, Defendants served additional interrogatories and requests for production

directed at Plaintiff, and Plaintiff served additional requests for production directed at Defendants. In addition, Defendants served their disclosure of expert witnesses on March 5, 2004. Finally, the parties are traveling to Detroit, Michigan on March 23, 2004, for a deposition of a former Otis employee, and are currently working in good faith at resolving objections surrounding the parties discovery requests. Indeed, the parties' attorneys met at the law offices of Day Berry & Howard on March 19, 2004, in an effort to work out these objections, and have agreed to continue to attempt to resolve the objections.

But, more importantly, this additional time is needed because Attorney Anthony Minchella (who has represented Plaintiff from the outset of the lawsuit) underwent a colonectomy and appendectomy in early January at St. Mary's Hospital, and furthermore herniated a cervical disc while hospitalized. This led to Attorney Minchella's absence from the day to day litigation for a significant period of time, and hindered the further prosecution of the case.

Plaintiff's counsel believes that once the written discovery issues have been resolved, the remaining witness depositions can be accomplished within the time frame requested.

**WHEREFORE,** for all of the foregoing reasons, the parties request that the scheduling order in this matter be modified as outlined above.

Plaintiff, Sujata Nichani

*/s/ Anthony R. Minchella*

Anthony R. Minchella (CT 18890)
Law Offices of
Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762
Telephone:    (203) 758-1069
Facsimile:     (203) 748-2074
anthonyminchella@sbcglobal.net


Jeffrey J. Tinley
Tinley, Nastri, Renehan & Dost, LLP
60 North Main St. 2nd Floor
Waterbury, CT 06798
jtinley@tnrdlaw.com
(203) 596-9030
(203) 596-9036


Attorneys for Plaintiff Sujata Nichani

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date via First Class U.S. mail, postage prepaid to the following:

Albert Zakarian
Daniel Schwartz
Day, Berry & Howard LLP
CityPlace I 185 Asylum Street
Hartford, CT 06103-3499

Dated at Bridgeport, Connecticut, this 26th day of March 2004.

_____
Anthony R. Minchella