UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 29 P 12: 42
U.S. DIST COURT
NEW HAVEN, CONN

| | |
|---|---|
| SUJATA NICHANI, | : CIVIL NO. 302CV1384 (MRK) |
| Plaintiff | : |
| v. | : |
| OTIS ELEVATOR COMPANY and UNITED TECHNOLOGIES CORPORATION | : |
| Defendants | : MARCH 26, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7, plaintiff Sujata Nichani respectfully moves this Court for an extension of time of 2 weeks up to and including April 12, 2004, to respond and/or object to Defendants First Set of Interrogatories and Requests for Production dated February 26, 2004. Plaintiff needs the additional time to gather the information requested, and to review the over one thousand pages of documents already produced in this case to properly respond.

**ORAL ARGUMENT NOT REQUESTED**
**NO TESTIMONY REQUIRED**

The undersigned has contacted Defendant's counsel, Daniel Schwartz, who objects to the extent the request is beyond April 5, 2004. Plaintiff has also filed a Motion to Modify the Scheduling Order in this matter.

Respectfully submitted,

SUE NICHANI

By _____
Anthony R. Minchella (ct 18890)
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, Connecticut 06762
(203) 758-1069
(203) 758-2074 (facsimile)
anthonyminchella@sbcglobal.net

Jeffrey J. Tinley (ct 00765)
Tinley, Nastri, Renehan & Dost, LLP
60 North Main St. 2nd Floor
Waterbury, Connecticut 06798
(203) 596-9030
(203) 596-9036 (facsimile)
jtinley@tnrdlaw.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date via First Class U.S. mail, postage prepaid to the following:

Albert Zakarian
Daniel Schwartz
Day, Berry & Howard LLP
CityPlace I 185 Asylum Street
Hartford, CT  06103-3499

Dated at Bridgeport, Connecticut, this 26th day of March 2004.

_____
Anthony R. Minchella