# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| SUJATA NICHANI, | : | |
|     *Plaintiff* | : | |
| v. | : | Case No.  3:02 CV 1384 (MRK) |
| | : | |
| OTIS ELEVATOR COMPANY and | : | |
| UNITED TECHNOLOGIES | : | |
| CORPORATION | : | |
|     *Defendants* | : | |

## ORDER

Defendants' Motion For Extension Of Time To File Objections And Responses To Plaintiff's Second Request For Production [doc. #41], dated March 18, 2004, is hereby GRANTED.  Defendants shall respond to Plaintiff's Second Request For Production on or before **April 2, 2004**.

IT IS SO ORDERED.


/s/    Mark R. Kravitz
           U.S.D.J.


Dated at New Haven, Connecticut: March 30, 2004.