# EXHIBIT A

## Schwartz, Daniel A. (Hartford)

| | |
|---|---|
| From: | Zakarian, Albert |
| Sent: | Friday, November 07, 2003 12:03 PM |
| To: | 'Anthony R. Minchella Esq. (anthonyminchella@sbcglobal.net)' |
| Cc: | Schwartz, Daniel A. (Hartford) |

Tony,

I am trying to schedule Steve Page's deposition for December 12 or December 23, based on his travel schedule and other commitments. Please get back to me as soon as possible if one of these dates works for you. The best date for me would be December 12, which is a Friday.

I have not heard back from you regarding the deposition date for Ellen McGroary. I gave you December 8 and December 15. Please get back to me as soon as you can.

Al

*****************************

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Thank you.

1

## Schwartz, Daniel A. (Hartford)

| | |
|---|---|
| From: | Schwartz, Daniel A. (Hartford) |
| Sent: | Monday, December 01, 2003 3:04 PM |
| To: | Anthony R. Minchella (E-mail) |
| Cc: | Zakarian, Albert |
| Subject: | Nichani Status |

Hi Tony:

Haven't heard back from you lately, so I wanted to confirm a few things.

1) Depositions of Nichani and Moncini are scheduled at DBH offices on 12/4.
2) Ellen McGroary's deposition - I have it tentatively scheduled for 12/8, but we never heard back from you. Did you still intend to go forward on that date?
3) Steve Page's deposition on 12/12. I believe the date is no longer available, but was Attorney Tinley going to try to take the deposition on that date?
4) We would like to schedule the 30(b)(6) witnesses with you, but we think you should finish the depositions that you have open. Thus, please let me know some available dates.
5) We would like to schedule a new deposition for Mr. Wishnick by January 15th. Please let me know 3 dates he is available on.
6) Al and I expect to be in on trial in early January. Thus, the sooner we can finalize dates, the better it will be.
7) I received a call from the CHRO today indicating that you had not yet notified them of our agreement that the CHRO matter could be withdrawn before the MAR investigation. Can you please do so ASAP?

Thanks. Let me know if there are any other issues we should be discussing. Hope you had a good and restful Thanksgiving.

1

## Schwartz, Daniel A. (Hartford)

| | |
|---|---|
| **From:** | Zakarian, Albert |
| **Sent:** | Monday, December 08, 2003 1:50 PM |
| **To:** | Anthony R. Minchella Esq. (anthonyminchella@sbcglobal.net); Jeffrey J. Tinley, Esq. (tnrd@tnrdlaw.com) |
| **Cc:** | Schwartz, Daniel A. (Hartford) |
| **Subject:** | Nichani v. Otis--Depo of Ari Bousbib |

Tony, the follwing are possible dates for the depo of Ari Bousbib: Jan. 29, Feb.5 or Feb.9. Please let me know as soon as you can which date will work for you. Thanks. Al

********************************

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Thank you.

1

## Schwartz, Daniel A. (Hartford)

**From:** Schwartz, Daniel A. (Hartford)
**Sent:** Thursday, January 15, 2004 1:50 PM
**To:** Anthony R. Minchella (anthonyminchella@sbcglobal.net)
**Subject:** Nichani Status

Tony:

I know you've been out recovering for a while, but I wanted to be sure we touched base to ensure that discovery continues to proceed. As you know, we have agreed that the deposition of Wishnick had to be rescheduled due to the settlement conference. we would now like to try to do that within the next 3 weeks, can you provide us some dates for that? Otherwise, we'll have to go ahead an notice it.

We also have an expert disclosure we'd like to do and wanted to check on when an agreeable date is.

There are a number of deposition of Otis people that you have yet to finish. As you know, their schedules are quite tight. Thus, please provide us with dates to finish Moncini, McGroary, and Reese depositions. Also, please indicate any other depositions that you would like to take. If you still wish to take the 30(b)(6) depositions, these should be scheduled after we have completed the depositions you already have open.

After you review, please give me a call so we can talk about our schedules. I do not believe my client is going to agree to much, if any, further extensions.

Thanks.

1

## Schwartz, Daniel A. (Hartford)

| | |
|---|---|
| From: | Zakarian, Albert |
| Sent: | Wednesday, March 03, 2004 5:52 PM |
| To: | Anthony R. Minchella Esq. (anthonyminchella@sbcglobal.net); Jeffrey J. Tinley , Esq. (tnrd@tnrdlaw.com) |
| Cc: | Schwartz, Daniel A. (Hartford) |
| Subject: | nichani v. Otis |

Tony, Ray Moncini is available for completion of his depo on one of the following dates: March 25 or 30 or 31. Please advise as soon as possible so we can nail down a date. Al

*********************************

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee (s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Thank you.

1

## Schwartz, Daniel A. (Hartford)

| | |
|---|---|
| From: | Schwartz, Daniel A. (Hartford) |
| Sent: | Monday, March 08, 2004 2:03 PM |
| To: | Anthony R. Minchella (anthonyminchella@sbcglobal.net); Jeffrey J. Tinley (jtinley@tnrdlaw.com) |
| Cc: | Zakarian, Albert |
| Subject: | Nichani - Status and Outstanding Issues |

Hi Tony and Jeff:

Hope you are well. Because we are running up against the fast-approaching discovery deadline with a number of loose ends, I thought I would try to summarize some of the outstanding issues and see if we could get them resolved quickly. Please contact me (e-mail is fine) this week to address some of these issues.

1) Ms. Nichani's deposition is now scheduled for this Saturday. You have asked us to agree to an even more stringent protective order on information relating to Ms. Nichani's new job. While we understand Ms. Nichani's concerns, we believe the current protective order we have in place provides sufficient protection to her concerns. It is obviously in our client's interests not to avoid interference in Ms. Nichani's job, but to restrict the information to us places too great a restriction on our client. Thus, please reconsider your position and, in particular, please consider producing the information relevant to her new job (offer letter, benefit information etc.) by the end of this week. That will speed her deposition considerably, which we think is advantageous given that the deposition is scheduled for a Saturday.

2) Third Amended Complaint -- You have indicated for several months that you would be amending the complaint. If you are not doing that, could you let me know so at least we can finalize the pleadings?

3) Depositions of Otis witnesses - As you know, you have not yet finished the depositions of several Otis witnesses. We have, on various occasions, given you proposed dates to finish their depositions. These should be concluded first and immediately in fairness to Otis and to the witnesses themselves. For example, Ms. McGroary will likely be taking maternity leave in the next 2-3 months. Thus, please let us know whether you intend the finish the depositions of Ray Moncini, Ellen McGroary and Danny Reese. If there are other witnesses that you intend to depose, we also ask that you notify us of those as well, including Ari Bousbib.

4) 30(b)(6) witnesses - After you have finished with Mr. Moncini, Mr. Reese and Ms. McGroary, please let me know if you still intend to take a 30(b)(6) deposition. We have several documents to produce to you at those depositions.

5) We have noticed Scott Simmons deposition for 3/23 and have confirmed that date with his attorney. It will be held in the Detroit area. Please let me know if you will be attending.

6) Defendant's experts - As you know, we disclosed two experts on Friday. If you believe that you would like to depose them, please let me know so that we can get dates established as soon as possible.

We are still reviewing your latest discovery requests and we will obviously respond to those in due course. We can discuss those with you a bit later this month.

Thanks.

Daniel A. Schwartz | *Counsel*
Day, Berry & Howard LLP
CityPlace I | Hartford, CT 06103
t 860.275.0345 | f 860.275.0343 | daschwartz@dbh.com
http:\\www.dbh.com

*********************************
This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Thank you.