UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday April 7, 2004
4:00 p.m.

CASE NO. **3:02cv1384 MRK**   **Nichani v. Otis Elevator Co, et al**

Anthony Rosato Minchella
Anthony R. Minchella, LLC
530 Middlebury Rd.
Suite 212-213 B
Middlebury, CT 06762
203-758-1069

Sarah W. Poston
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740
203-333-9441

Jeffrey J. Tinley
Tinley, Nastri, Renehan & Dost
60 N. Main St., Second Floor
Waterbury, CT 06702
203-596-9030

Daniel Adam Schwartz
Day, Berry & Howard-Htfd-CT
Cityplace I 185 Asylum St.
Hartford, CT 06103-3499
860-275-0290

Albert Zakarian
Day, Berry & Howard
Cityplace 185 Asylum Street
Hartford, CT 06103-3499
860-275-0290

STATUS CONFERENCE HELD
DATE: 4/7/04
45 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK