# United States District Court
# District of Connecticut

| | |
|---|---|
| SUJATA NICHANI,<br>    *Plaintiff*<br>v.<br><br>OTIS ELEVATOR COMPANY and<br>UNITED TECHNOLOGIES<br>CORPORATION<br>    *Defendants* | :<br>:<br>:   Case No. 3:02 CV 1384 (MRK)<br>:<br>:<br>:<br>:<br>: |

## ORDER

Having conferred with the parties in an on-the-record status conference on June 22, 2004, the Court enters the following orders:

1. Plaintiff's Motion for Extension of Time to respond to Defendants' First Set of Interrogatories and Request for Production [doc. # 44] is GRANTED *nunc pro tunc*. Furthermore, Plaintiff will answer Interrogatories 21c and 23, produce requested tax returns and provide Defendants with a privilege log no later than **July 9, 2004.** In addition, Plaintiff will consult with Defendants in good faith in an effort to arrive at a mutually acceptable solution regarding discovery of stock option information for her current employer as discussed during the status conference on June 22.

2. Plaintiff's First Motion to Modify Scheduling Order [doc. #43] is GRANTED and the discovery deadline set forth in the Court's Scheduling Order [doc. # 38] is extended for the sole purpose of allowing the production of documents and completion of depositions discussed and ordered during the status conference of June 22. Defendants will produce certain documents to Plaintiffs no later than **July 9** and produce other documents no later than **July 22**, all as

ordered during the status conference. In addition, the parties will cooperate to complete as promptly as possible the depositions ordered during the June 22 conference.

3.	Plaintiff's Motion for Leave to Amend and File Third Amended Complaint [doc. # 51] is GRANTED.  The Clerk is directed to docket the Third Amended Complaint and Defendants shall file their answer to the Third Amended Complaint no later than **July 9, 2004.**

4.	The parties will file a joint status report with the Court on **August 13, 2004**,which shall include, at a minimum, the following information: (a) a description of the parties' efforts to complete the discovery ordered during the June 22 conference; (b) a statement regarding what additional discovery, if any, remains to be completed and a timetable for doing so; (c) a proposed schedule for filing dispositive motions, if any, filing the Joint Trial Memorandum and commencing trial; and (d) a description of any other issue which the Court should be aware of regarding the status of the case or the scheduling of remaining tasks.

IT IS SO ORDERED,

/s/	Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: June 22, 2004**