UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | JULY 9, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE ONE ITEM
OF SUPPLEMENTAL RESPONSES**

Pursuant to Local Rule 7, Defendants United Technologies Corp. and Otis Elevator Company respectfully move for an extension of time of three business days, up to and including July 14, 2004, within which to serve Plaintiff with a supplemental response to one discovery item. At the status conference last month, the Court ordered the Defendants to produce items in response to discovery by either July 9, 2004 or July 22, 2004.  Defendants are supplementing their discovery responses today with several hundred pages of documents as requested by the Court and by filing an Answer to Plaintiff's Third Amended Complaint.

Among the items, that the Court has ordered, was that Defendants identify any safety personnel at a Grade 51 level or higher at Otis that were demoted or terminated after a fatality

**ORAL ARGUMENT NOT REQUESTED**

-2-

world-wide over the last five years.  This information is not compiled centrally and has thus required Defendants to contact a number of individuals to retrieve this information within a short period of time.  Although the Defendants have made substantial efforts to do so, Defendants need the additional time to verify the accuracy of such information.  In particular, one person who may have knowledge of this, has been on vacation and will only return to the office on Monday, July 12, 2004.  Thus, the Defendants need the very short additional time to contact this person and retrieve the necessary information.

    This is Defendants' first request for an extension of time within which to serve supplemental responses to discovery.  Counsel for the Defendants has attempted to contact the Plaintiff's attorneys in regarding to this request, but both attorneys are on vacation this week.

THE DEFENDANTS,
UNITED TECHNOLOGIES CORP. and
OTIS ELEVATOR COMPANY


By _____
    Albert Zakarian (ct04201)
    Daniel A. Schwartz (ct15823)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, CT 06103-3499
    (860) 275-0100 (telephone)
    (860) 275-0343 (facsimile)
    azakarian@dbh.com
    daschwartz@dbh.com

    Their Attorneys

-3-

## CERTIFICATION

I hereby certify that the foregoing was sent via first-class mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

_____
Daniel A. Schwartz