# United States District Court
# District of Connecticut

|  |  |  |
|---|---|---|
| SUJATA NICHANI, | : | |
| *Plaintiff* | : | |
| v. | : | Case No. 3:02 CV 1384 (MRK) |
| | : | |
| OTIS ELEVATOR COMPANY and | : | |
| UNITED TECHNOLOGIES | : | |
| CORPORATION | : | |
| *Defendants* | : | |

## ORDER

Defendants' Motion For Extension Of Time To Serve One Item Of Supplemental Responses [doc. # 58], dated July 9, 2004, is hereby GRANTED *nunc pro tunc* absent objection. Defendants shall serve a supplemental response to one discovery item on or before **July 14, 2004**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 15, 2004.