**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | AUGUST 13, 2004 |

**JOINT STATUS UPDATE**

The parties submit this joint status update as requested by the court at the last discovery conference.

Since the last conference with the court several weeks ago, the parties have exchanged significant additional document production and have nearly completed all outstanding written discovery and production issues. Two minor issues remain that arise from what was said at the court's last status conference. On behalf of both parties, the Defendants have requested a transcript of the proceeding to determine exactly what was said and discussed; to date, the transcript has not yet been made available. The parties believe that once the transcript is reviewed, the parties can resolve the remaining issues without court intervention. These issues are: 1) Did the Court order Defendant to produce a signed verification for its response to a request for production of documents concerning employment practices and policies related to red circling?; 2) Is Defendant

1

required to produce notes of all WWJSSS meetings or a more limited set of such meetings? The parties disagree about what was actually determined at the conference and believe that a review of the transcript can finalize that matter. All other written discovery has been completed by both parties, although each acknowledges the continuing obligation to supplement discovery where appropriate.  Plaintiff has provided Defendants with a letter stating that no documents are being withheld on the basis of privilege except for documents that are communications between or among their client and Zeldes, Needle & Cooper, P.C., Law Offices of Anthony R. Minchella, L.L.C. and Tinley Nastri, Renehan & Dost, LLP.

     The Court also asked the parties to schedule the remaining depositions upon the completion of written discovery. Presently the parties have scheduled the deposition of Danny Reese for August 25, 2004; he will also be deposed as a Rule 30(b)(6) witness as well.  The deposition of the remaining witness, Ellen McGroary and her associated Rule 30(b)(6) deposition has not yet been scheduled due to her continuing absence from work on maternity leave. The parties expect to schedule that deposition, however, in the next 4-6 weeks.  The plaintiff notes that she reserves the right, as permitted by Rule 30(b)(6), to depose other representatives with relevant knowledge if the representatives proposed by the defendants are not able to respond fully with respect to the subjects noticed in the Rule 30(b)(6) depositions. Once those depositions are complete, the parties will be able to discuss a schedule for the filing of dispositive motions or, as the court suggested at the last status conference, the possible voluntary withdrawal of certain claims by the Plaintiff.

THE DEFENDANTS,
UNITED TECHNOLOGIES CORP. and
OTIS ELEVATOR COMPANY


By _____
    Albert Zakarian (ct04201)
    Daniel A. Schwartz (ct15823)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, CT 06103-3499
    (860) 275-0100 (telephone)
    (860) 275-0343 (facsimile)
    azakarian@dbh.com
    daschwartz@dbh.com


PLAINTIFF, SUJATA NICHANI


By _____
    Anthony Minchella, Esq.
    Law Offices of Anthony R. Minchella, L.L.C.
    530 Middlebury Road
    Suite 212-213B
    Middlebury, CT 06762
        -and-
    Jeffrey J. Tinley, Esq. (ct00765)
    Robert Nastri, Esq.
    Tinley, Nastri, Renehan & Dost, LLP
    60 North Main Street, 2nd Floor
    Waterbury, CT 06702
    (203) 596-9030
    fax (203) 596-9036
    e-mail jtinley@tnrdlaw.com