UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | SEPTEMBER 24, 2004 |

## JOINT STATUS UPDATE

The parties file this Joint Status Update in compliance with the Court's order dated August 19, 2004. Since the parties filed the last Joint Status Update on August 16, 2004, the Plaintiff has completed the deposition of Daniel Reese (as both a fact witness and 30(b)(6) designee), and have scheduled the deposition of Ellen McGroary (who has been unavailable due to her maternity leave) for October 21, 2004.

Additionally, as stated in the August 16, 2004, Joint Status Update, there are minor discovery issues remaining that can only be resolved between the parties upon receipt and review of the transcript of the lengthy Telephonic Conference with the Court in July 2004. Though the Defendants requested that transcript several weeks ago, they still have not received it.

Both parties have inquired as to the status of the transcript but do not have any further information to report to the Court.

THE DEFENDANTS,
UNITED TECHNOLOGIES CORP. and
OTIS ELEVATOR COMPANY

By _____
      Albert Zakarian (ct04201)
      Daniel A. Schwartz (ct15823)
      Day, Berry & Howard LLP
      CityPlace I
      Hartford, CT 06103-3499
      (860) 275-0100 (telephone)
      (860) 275-0343 (facsimile)
      azakarian@dbh.com
      daschwartz@dbh.com


PLAINTIFF, SUJATA NICHANI

By _____
      Anthony Minchella, Esq.
      Law Offices of Anthony R. Minchella, L.L.C.
      530 Middlebury Road
      Suite 212-213B
      Middlebury, CT 06762
      -and-
      Jeffrey J. Tinley, Esq.
      Robert Nastri, Esq.
      Tinley, Nastri, Renehan & Dost, LLP
      60 North Main Street, 2nd Floor
      Waterbury, CT 06702