UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP., and | : | |
| OTIS ELEVATOR COMPANY | : | |
| | : | |
| Defendants. | : | FEBRUARY 4, 2004 |

## DEFENDANTS' MOTION FOR PAYMENT OF EXPERT WITNESS FEES

Pursuant to Rule 26(b)(4)(C) and Rule 37 of the Federal Rules of Civil Procedure, United Technologies Corp. and Otis Elevator Company (collectively "the Defendants") respectfully move this court for an order compelling the Plaintiff, Sujata Nichani, to pay the fees incurred by the Defendants' expert witness, Christopher Erath, in connection with his deposition. Although the Defendants have tried in good faith to collect payment, or otherwise resolve this dispute without court action, the Plaintiff has either ignored or refused such requests. In support of this motion, which also seeks attorney's fees and costs, the Defendants respectfully submit the accompanying Memorandum of Law.

-2-

                THE DEFENDANTS,
                UNITED TECHNOLOGIES CORP. and
                OTIS ELEVATOR COMPANY

By_____
                Albert Zakarian (ct04201)
                Daniel A. Schwartz (ct15823)
                Day, Berry & Howard LLP
                CityPlace I
                Hartford, CT 06103-3499
                (860) 275-0100 (telephone)
                (860) 275-0343 (facsimile)
                azakarian@dbh.com
                daschwartz@dbh.com

                Their Attorneys

Case 3:02-cv-01384-MRK    Document 65    Filed 02/07/2005    Page 2 of 4

-2-

-3-

## CERTIFICATE OF COMPLIANCE WITH RULE 37

    Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, I hereby certify that I have, in good faith, conferred with opposing counsel in an attempt to resolve this dispute, and have been unable to do so.

_____
Albert Zakarian

-4-

## **CERTIFICATION**

      I hereby certify that the foregoing was sent via regular mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

                                                                                             _____
                                                                                                 Albert Zakarian