# Actuarial
# Litigation
# Service

*Sheldon Wishnick FSA, MAAA, FLMI*
*94 Stagecoach Lane*
*Newington, CT 06111-5314*

Telephone: (860) 667-3649
Fax: (860) 667-0083
E-Mail: ActLit@aol.com

June 23, 2003

Anthony Minchella, Esquire
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740

Dear Attorney Minchella,

I have completed my analysis of the economic losses incurred by Ms. Sujata Nichani as a result of the allegations made in her complaint against Otis Elevator and United Technologies. The report considers lost base income, incentive compensation, stock options and employee benefits.

The losses were developed by calculating the difference between the potential and actual income and benefits of Ms. Nichani measured from two alternative dates:
1. April 1, 2000, one year after she assumed her current responsibilities or
2. May 1, 2001, the date Bradford Russell assumed her responsibilities

Ms. Nichani was terminated from her position on March 21, 2003. For calculation purposes, I assumed that she was re-employed on September 1, 2005 at a salary of $93,713 with a full benefits package. This assumption was incorporated in developing the assumed future mitigation amounts.

Depending on the method of stock option loss, I estimate the present value of her past and future losses of December 31, 2002 to be in accordance with the following table:

|  | Black-Scholes | Executive Forecast |
|---|---|---|
| Alternative 1 | $10,056,884 | $30,063,781 |
| Alternative 2 | $9,923,058 | $29,631,754 |

Anthony Minchella, Esquire
June 23, 2003
Page 2

The potential income and benefits of Ms. Nichani was derived from the income and benefit level of Mr. Russell. Note that unique categories of benefits that may have accrued to Mr. Russell have not been valued since they remain unknown at present.

All calculations have been done using appropriate methods and assumptions for evaluating losses of each type.

Please review this report with Ms. Nichani and let me know of any questions.

Sincerely,

Sheldon Wohnick

# ACTUARIAL
# LITIGATION
# SERVICE

Sheldon Wishnick FSA, MAAA, FLMI
94 Stagecoach Lane
Newington, CT 06111-5314

Telephone: (860) 667-3649
Fax:         (860) 667-0083
Web Site: www.actlitserv.com

## Curriculum Vitae

### EDUCATIONAL BACKGROUND

Fellow, Society of Actuaries
Member, American Academy of Actuaries
Fellow, Life Management Institute
Member, National Association of Forensic Economics

BA Mathematics, Pace University New York, NY

### PROFESSIONAL EXPERIENCE

**Consulting Firms:**
- **Actuarial Litigation Service**
    - Valuation of financial losses in legal matters
    - Expert witness testimony

- **Associated Pension Actuaries**
    - Pension plan valuations
    - Participant benefit calculations

- **Hay-Huggins**
    - Mathematical profitability modeling
    - Insurance product design

**Insurance Companies:**
- **MassMutual**
    - Financial forecasting and analysis of gain by insurance product line
    - Allocation and analysis of financial returns by investment type
- **American United Life**
    - Financial maintenance of annuity products.
    - Calculation of premiums, reserves and annual statement support
- **Aetna Life and Casualty**
    - Pension plan design and review
    - Actuarial assignments in life, health and group insurance
- **Metropolitan Life**
    - Calculation of premiums, claims and reserves for personal health insurance

(over)

**Publications:**

| | |
|---|---|
| *Actuarial Evidence in Litigation*<br>Employee Rights Quarterly | Autumn 2001 |
| *Personal Injury: What's It Worth?*<br>MA Bar Association Lawyers Journal | April 1999 |
| *The Truth Revealed: A Peek Inside the Financial Expert's Report*<br>New York State Bar Journal | February 1998 |
| *Damage Analysis: The Impact of Assumptions*<br>CT Bar Assn, Labor/Employment Law Quarterly | Fall 1997 |
| *Myths About Financial Experts*<br>Connecticut Law Tribune | August 4, 1997 |
| *Shedding Light on the Financial Witness*<br>MA Bar Association Lawyers Journal | December 1996 |
| *What's it Worth? Send for the Actuary!*<br>MA Bar Association Lawyers Journal | October 1996 |
| *Loss, and Finds*<br>Connecticut Law Tribune | July 22, 1996 |

**Notes:** The **Society of Actuaries** is an educational, research and professional membership organization. The status of fellowship is earned by passing exams requiring knowledge in the following areas (among others):

| | | |
|---|---|---|
| Probability & statistics | Compound interest | Actuarial mathematics |
| Risk Theory | Financial management | Pension valuation |
| Actuary as expert witness | Social Insurance | Employee benefits |

Membership in the **Academy of Actuaries** is awarded to Fellows of the Society of Actuaries who have completed the professional experience requirements.

Fellowship in the **Life Management Institute** is earned by passing exams related to the structure and operation of life insurance companies, the types of life, health and disability insurance available, actuarial calculations and numerous miscellaneous topics.

The **National Association of Forensic Economics** is an association of over 800 professionals who practice in the field of forensic economics. Its goals are to promote research and continuing professional development.

# ACTUARIAL LITIGATION SERVICE

94 Stagecoach Lane  
Newington, CT 06111-5314  
(860) 667-3649

*Sheldon Wishnick FSA, MAAA, FLMI*

## EXPERT WITNESS ASSIGNMENTS

| Case Information | Involvement |
|---|---|
| Dr. Lobo v. Griffin Hospital | Deposed |
| Ralph Corrado v Caterpillar, Inc. | Deposed |
| Ed & Betty Trider v Am Express | Deposed and Testified |
| Robert Vece v Design Air | Deposed |
| Linda Dunn v Emkay | Deposed |
| Frank Fiaschetti v Peter Vannucci | Deposed |
| Frank Fiaschetti v Nash Engineering | Testified |
| Paul Longo v Peter Zilahy | Deposed |
| William Blake v Pratt & Whitney | Deposed |
| Joseph Zysk v Pratt & Whitney | Testified |
| Lorna Brissett-Romans v Virgin Air | Deposed |
| Edward Neff v CIGNA | Deposed and Testified |
| Carolyn Rataic v CIGNA | Testified |
| George Rood v State of CT et al | Deposed |
| Marie Fischetti v. Josef Lobeski | Deposed |
| Raymond Rusnak v. Bridgeport Housing | Deposed |
| Stephen Hendler v Intelecom | Deposed |
| Carl Willis v. CTW | Deposed |
| John Kotos v Allwaste Environmental | Deposed |
| Robert Clark v. State of New York | Deposed and Testified |
| Susan Tinder v. Yale New Haven Hosp. | Deposed |
| John Fahey v. Kodak | Deposed |
| Gail Kayajian v. General Electric | Deposed |
| Michael Rinaldi v. E&F Construction | Deposed and Testified |
| Donald Roberton v. Citizens Utilities | Deposed |
| Nancie Balser v. Town Hill School | Deposed and Testified |
| Keith Dalling v. Aetna Insurance | Deposed |
| Clarence Reynolds v. Northeast Utilities | Testified |
| Joy Banach v. First Union Bank | Deposed |
| Leon Hanna v. Apricots Restaurant | Deposed |
| Marie Piraneo v. Trumbull Board of Ed | Testified |
| William Garay, Jr. v. Norden Systems | Deposed |
| Edward VanDeventer v. GE Capital | Deposed |
| Stella Chertkova v. Orion Capital | Deposed |
| Dudrow, et al v. Ernst & Young | Deposed and Testified |
| McGillivray v. Mailhot Industries | Deposed |

(over)

# EXPERT WITNESS ASSIGNMENTS
(Continued)

| Case Information | Involvement |
|---|---|
| Martin v. Mitler, M.D. | Deposed |
| Gary St. George v. Inline Plastics | Deposed |
| Elise Jahne v. Atlas Oil | Testified |
| Polny v. Greyhound | Testified |
| Fahim v. CIGNA | Testified |
| Esposito v. Connecticut College | Deposed |
| Carvalho v. International Bridge | Deposed |
| Aye v. Mary Martin | Deposed |
| Lee v. Axiom Labs | Testified |
| Desibio v. Nassau County Bridge | Deposed twice |
| Wood v. CIGNA | Deposed |
| Braunstein v. Manero's | Deposed |
| Parta v. Gabianelli | Deposed |
| Mendoza v. Mendoza | Testified |
| Dragon v. Dragon | Testified |
| Giannecchini v. San Rafael Hospital | Deposed |
| Hurowitz v. Elrac, Inc. | Deposed |
| West v. Dow Chemical | Deposed |
| LeMay v. Town of Bloomfield | Testified |
| Persky v. Cendant Corp. | Deposed and Testified |
| Mary Carrano v. Yale NH Hospital | Deposed |
| *Mendes v. Dekker, MD* | *Deposed* |
| DiMartino v. State of CT | Testified |
| *Marano v. Providence Washington* | *Testified* |
| Edwin Cortes, Admin v. Bristol Hospital | Deposed |
| Abraham Rubel v. Mr. & Mrs. Wainright | Deposed and Testified |
| John Fenner v. Hartford Courant | Testified |
| *Schlemmer v Terhaar Builders* | *Testified* |
| Crain v. Windham Hospital | Deposed |
| Keating v. Suffolk County Public Works | Deposed and Testified |
| Stewart v. Cendant Mobility | Testified |
| Lanigan v. NYS Bd of Education | Testified |
| Applegate et al v. Sunoco | Deposed |
| Schiano v. Brancato | Deposed |
| Tracy v. Borough of Old Tappan | Testified |
| Palma v. Pharmacia Communications | Testified |
| Newell v. United Technologies | Deposed |
| Pratt v. Cendant Mobility | Deposed |
| Lorinz v. Turner Construction | Deposed |
| Bell v. Helmsley | Testified |
| Berges v. Abbott Ball | Deposed |
| Didio v. Ryan Partnership | Deposed |
| Strickland v. Saks Fifth Avenue | Testified |