IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

No. 3:02CV1384(MRK)

SUJATA NICHANI

VS

UNITED TECHNOLOGIES CORP.
AND OTIS ELEVATOR COMPANY

Deposition of: SHELDON WISHNICK, taken pursuant to the Federal Rules of Civil Procedure before Barbara L. Murphy, Licensed Shorthand Reporter, License No. 305 and Notary Public within and for the State of Connecticut, held at the offices of Day, Berry and Howard, CityPlace I, Hartford, Connecticut on February 20, 2004 commencing at 10:05 a.m.

1    Q.    Something you said that you've learned from
2    others who are testifying at depositions?
3    A.    Yes.
4    Q.    How long have you been following that
5    practice?
6    A.    At least five years.
7    Q.    Has it worked pretty well for you in terms
8    of being sure that you're paid ultimately for all the
9    work that you do that's reasonable?
10   A.    There are -- it works most of the time but
11   there are becoming more and more occasions where the
12   depositions and travel and so on take more than four
13   hours.  And those have to be billed and occasionally
14   those are more difficult to collect.
15   Q.    All right.  Let me first -- let me give you
16   a check from our law firm in the amount of $900 which
17   is what you've requested.
18   A.    Thank you.
19   Q.    I'm also going to mark a copy of that as
20   Exhibit 2.
21                              (Defendant's Exhibit No. 2,
                                    offered and marked.)
22
23   Q.    (By Mr. Zakarian)  Let me just show you
24   Exhibit 2.
25              Is that a true and accurate copy of the

1   check you just received from me?

2   A.   Yes.

3   Q.   Now, you are here this morning in response

4   to a notice of your deposition that was sent out by

5   this office and I assume you received it through

6   Attorney Minchella?

7   A.   Yes.

8          MR. ZAKARIAN:   Would you mark that as

9   three, please.

10             (Defendant's Exhibit No. 3,

                offered and marked.)

11

12   Q.   (By Mr. Zakarian)   Let me show you

13   Exhibit 3.   Is that the deposition notice you

14   received?

15   A.   Yes, it is.

16   Q.   And you'll notice on the back there is a

17   schedule A with a request that certain documents be

18   produced.

19   A.   Yes.

20   Q.   Now, some of the information called for in

21   schedule A you have already produced as an attachment

22   to your report or reports; is that correct?

23   A.   Yes.

24   Q.   Some of the information may be in your file

25   that you brought here with you this morning?

1  your calculations are dependent on the accuracy,
2  completeness and reliability of the information you're
3  using?
4       A.   Yes.
5       Q.   You also agree that the results are based on
6  the reasonableness of the assumptions?
7       A.   Yes.
8       Q.   And if the assumptions are unreasonable, the
9  results may well be unreasonable, unreliable?
10      A.   Yes.
11              MR. ZAKARIAN:  I have nothing else.
12              MR. MINCHELLA:  Okay.
13              MR. ZAKARIAN:  Did you have some
14 questions?
15              MR. MINCHELLA:  No.
16         (Deposition concluded at 3:55 p.m.)
17
18
19
   _____
   SHELDON WISHNICK
20
21 Subscribed and sworn to before me
22 this _____ day of _____, 2004.
23
   _____
24 (NOTARY PUBLIC)
25