# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Albert Zakarian
Direct Dial: (860) 275-0290
E-mail: azakarian@dbh.com

April 8, 2004

Sheldon Wishnick
Actuarial Litigation Service
94 Stagecoach Lane
Newington, CT 06111

Re: *Nichani v. Otis Elevator*

Dear Mr. Wishnick:

Enclosed is our check in the amount of $1,524.00 in satisfaction of your invoices dated February 23, 2004 and March 2, 2004, copies of which are also enclosed.

Very truly yours,

Albert Zakarian

AZ/pad
Enclosures

cc: Anthony R. Minchella, Esq.
Jeffrey J. Tinley, Esq.
Daniel A. Schwartz, Esq.

Day, Berry & Howard LLP

Sheldon Wishnick
April 8, 2004
Page 2


bcc:   Joseph C. Zemetis

Fleet National Bank
Hartford, CT
51-57/119

Day, Berry & Howard LLP
Counsellors At Law
CityPlace
Hartford, CT 06103-3499

Check No. 1035238

Pay: One thousand five hundred twenty-four and 00/100************************************************************  $  ***1,524.00***

Two signatures required if over $10,000.00

PAY TO THE ORDER OF:

SHELDON WISHNICK FSA
ACTUARIAL LITIGATION SERVICE
94 STAGECOACH LANE
NEWINGTON, CT  06111-5314

Elizabeth Eckstein
Authorized Signature

RUB RED IMAGE. - DISAPPEARS WITH HEAT.    SECURITY FEATURES INCLUDED, DETAILS ON BACK.    SEE BACK FOR ARTIFICIAL WATERMARK

⑈1035238⑈  ⑆011900571⑆: 94091 42259⑈

# ACTUARIAL
# LITIGATION
# SERVICE

94 Stagecoach Lane
Newington, Connecticut 06111
(860) 667-3649

*Sheldon Wishnick, Actuary  FSA, MAAA, FLMI*

Attorney Albert Zacharian
Day Berry & Howard, LLP
Cityplace
Hartford, CT 06103-3499

*For Professional Services Rendered*     INVOICE

February 23, 2004

Re: Suzati Nichani v. Otis Elevator

|  | Hours | Mins |
|---|---|---|
| • Preparation for deposition | 2 | 00 |
| • Travel time, Newington to Hartford | 0 | 30 |
| • Testimony at deposition on December 12, 2003 | 6 | 00 |
| • Travel time, Hartford to Newington | 0 | 40 |
| Totals | 9 | 10 |

| Total amount due: | $2,062.50 |
|---|---|
| Parking fee: | 24.00 |
| Retainer received: | (900.00) |
| Total amount due: | $1,186.50 |

# ACTUARIAL
# LITIGATION
# SERVICE

94 Stagecoach Lane  
Newington, Connecticut 06111  
(860) 667-3649

Sheldon Wishnick, Actuary  FSA, MAAA, FLMI

Attorney Albert Zacharian  
Day Berry & Howard, LLP  
Cityplace  
Hartford, CT 06103-3499

---

For Professional Services Rendered    INVOICE

March 2, 2004

Re: Suzati Nichani v. Otis Elevator

- Review deposition transcript
- Notarize errata sheet

Total amount due:        $337.50  
Outstanding balance:     1,186.50  
Total amount due:        $1,524.00    Thank you.

Pay: Nine hundred and 00/100************************************************$900.00***

Two signatures required if over $10,000.00

PAY TO THE ORDER OF:
SHELDON WISHNICK FSA
ACTUARIAL LITIGATION SERVICE
94 STAGECOACH LANE
NEWINGTON, CT 06111-5314

Authorized Signature

RUB RED IMAGE. - DISAPPEARS WITH HEAT.   SECURITY FEATURES INCLUDED, DETAILS ON BACK.   SEE BACK FOR ARTIFICIAL WATERMARK

⑈1033653⑈ ⑆011900571⑆ 94091 42259⑈

| Payee: | SHELDON WISHNICK FSA | | Check No. | 1033653 |
|---|---|---|---|---|
| Vendor ID: | 02655 | | Check Date: | Feb 17/04 |

Memo:  Minimum Fee to appear for deposition on 2/20/04

| Invoice Num | Invoice Date | G/L# / Client.Matter | Invoice Amount | Payment Amt |
|---|---|---|---|---|
| WIS021704 | Feb 17/04 | | | |
| | | Disb  068608.02420 | 900.00 | |
| | | Invoice Totals: | | $900.00 |
| | | Totals: | | $900.00 |

Original Hand Delivered to Pat Daisle
on 2/17/04.

ACTUARIAL
LITIGATION
SERVICE

94 Stagecoach Lane
Newington, CT 06111-5314
(860) 667-3649

Sheldon Wishnick FSA, MAAA, FLMI

# DEPOSITION NOTICE
February 17, 2004

Dan Schwartz, Esquire
Day Berry & Howard, LLP
Cityplace
Hartford, CT 06103-3499

Re: Suzati Nichani v. Otis Elevator

Dear Attorney Schwartz,

I have been advised that my deposition in the above mentioned matter has been scheduled for February 20 @ 10:00AM in your office.

The following is a statement of the policy of Actuarial Litigation Service regarding discovery depositions taken by adverse counsel.

1. **Payment.** All depositions are to be paid for at least 3 business days in advance. Please make check payable to Sheldon Wishnick, FSA and use Federal Tax number 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.
2. **Estimated Charge.** The minimum fee for a deposition is $900, representing up to four hours at $225 hourly. Time charges cover travel and preparation as well as the actual deposition and transcript review. Hourly charges will apply for extra hours and invoices are payable upon receipt. It is agreed that bills remaining unpaid for more than 30 days shall incur a $10 monthly late fee, interest at 10% per annum plus collection costs, as necessary.
3. **Cancellation.** Depositions canceled with less than 48 hours notice are subject to a $225 cancellation fee as compensation for scheduling work lost and preparation time.
4. **Rescheduling.** If a cancellation fee is imposed, the cancellation fee and the deposition fee must be paid before the deposition can be rescheduled.

Thank you for your cooperation with these policies.

Sincerely,


c. Anthony Minchella, Esquire