**TABLE OF EXHIBITS**

Exhibit 1 — Affidavit of Christopher Erath

Exhibit 2 — Affidavit of Albert Zakarian

Exhibit 3 — Letter from Sheldon Wishnik Accompanying Expert Report, and Curriculum Vitae

Exhibit 4 — Deposition of Sheldon Wishnik (excerpt)

Exhibit 5 — Letter from Albert Zakarian to Sheldon Wishnik dated April 8, 2004

Exhibit 6 — Report of Christopher Erath

Exhibit 7 — Curriculum Vitae of Christopher Erath

Exhibit 8 — Letter from Albert Zakarian to Jeffrey J. Tinley dated March 24, 2004

Exhibit 9 — Notice of Deposition for Christopher Erath

Exhibit 10 — $1275 Check to NERA, Inc.

Exhibit 11 — Deposition of Christopher Erath (excerpt)

Exhibit 12 — Letter and Invoice from Christopher Erath to Jeffrey J. Tinley

Exhibit 13 — Invoice from Christopher Erath to Jeffrey J. Tinley

Exhibit 14 — Letter from Albert Zakarian to Jeffrey J. Tinley dated November 8, 2004

Exhibit 15 — Letter from Albert Zakarian to Jeffrey J. Tinley dated December 17, 2004

Exhibit 16 — Letter from Jeffrey J. Tinley to Albert Zakarian dated December 22, 2004

Exhibit 17 — Letter from Jeffrey J. Tinley to Albert Zakarian dated January 7, 2005

Exhibit 18 — Letter from Albert Zakarian to Jeffrey J. Tinley dated January 11, 2005

Exhibit 19 — Copies of Cases Cited