NATIONAL ECONOMIC
RESEARCH ASSOCIATES
ONE MAIN STREET, CAMBRIDGE, MASSACHUSETTS 02142
TEL: 617.621.0444 FAX: 617.621.0336

n/e/r/a
Consulting Economists

# CHRISTOPHER ERATH

**BUSINESS ADDRESS**

National Economic Research Associates, Inc.
One Main Street
Cambridge, MA 02142
(617) 621-0444
chris.erath@nera.com

Dr. Erath received A.B. degrees in Economics and Mathematics from Bowdoin College and a Master's and Ph.D. in Economics from the University of Wisconsin.

Dr. Erath's primary area of interest is labor economics. He has been the project leader on matters involving damages in employment discrimination, labor arbitration, and personal injury cases and has also prepared studies of statistical liability in employment discrimination proceedings. In addition, he has directed research into various antitrust issues such as damages from patent infringement and breach of contract as well as for use in regulatory prudence hearings. Dr. Erath instructed a graduate course in econometrics at the University of Wisconsin.

**EDUCATION**

UNIVERSITY OF WISCONSIN
Ph.D., Economics May 1997 (specialized in industrial organization, labor economics, econometrics)
Masters, Economics, 1992

BOWDOIN COLLEGE
A.B., Economics and Mathematics, 1987

**EMPLOYMENT**

NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC.
2004-Present   Senior Vice President

1999-2003   Vice President.

1997-1999   Senior Consultant. Primary director for studies on damages and liability for labor litigation as well as antitrust and regulatory proceedings.

1995-1996   Senior Analyst. Prepared reports on damage and liability issues arising in employment discrimination, wrongful discharge, and personal injury cases. Primary researcher for studies of damages in patent infringement matters. Has coauthored a report on investment prudence for telecommunications regulatory proceeding. Investigator on several studies of whether minority and women-owned businesses have been victims of discrimination in the award of government contracts.

1987-1995   Various positions.

UNIVERSITY OF WISCONSIN

1991-1995   Teaching Assistant. Taught graduate course in econometrics in economics department. Also taught undergraduate courses in microeconomics and money and banking.

## Conferences and Articles

"A Nightmare and a Good Dream: A Parable about the Value of Sound Statistical Analysis" (with Daniel Garcia), in *HR Advisor*, March/April 2003.

NERA Labor Luncheon, "Disraeli Would Have Loved Employment Discrimination Cases," Chicago, IL, November 2000, and New York, NY, December 2000.

NERA Labor Luncheon, "Using Economic and Statistical Evidence to Address Class Certification Issues," Chicago, IL, June 1998.

NERA Labor Luncheon, "You Need to Check Under the Hood," New York, NY, November 1997.

NERA Labor Luncheon, "To Search or Not to Search: That is the Question. A Discussion of Incentives to Seek New Work After Termination," Chicago, IL, New York, NY, December 1996.

"Common Statistical Fallacies in Pattern-and-Practice Employment Discrimination Cases," American Employment Law Council, October 1995 with David Evans.

American Employment Law Council, "Two Myths Exposed," Napa, CA, October 1995.

NERA Labor Luncheon, "Why Losses Don't Go On Forever," Chicago, IL, New York, NY, September 1995.

NERA Labor Luncheon, "Fringe Benefit Fantasy," Chicago, IL, New York, NY, June 1994.


n/e/r/a
Consulting Economists

Testimonies

*Jeffrey Schnipper et al. v. Mercedes Benz USA, Docket No.BER-L-6710-00, Superior Court of New Jersey, Bergen County.* Deposition regarding evaluation of plaintiff's statistical analysis purporting to show tire problems are more common with Mercedes' performance package.

*Susan Douglass v Ernst & Young LLP, CA00-10361-JLT, United States District Court of Massachusetts.* Trial testimony regarding plaintiff's economic losses.

*Marjorie Davis v. ISSC, 97 C3774, USDC, Northern District of Illinois.* Trial testimony regarding damages in a wrongful termination case.

*Anna Borawski v. The Muralo Company, 01-920 (FSH).* Deposition regarding damages in a sexual harassment case.

*Dianne Foley v Commonwealth Electric Company, 00-CV-10487-GAO.* Deposition and trial testimony regarding damages in a wrongful termination case.

*John and Vincent Arduini, Inc. v. NYNEX and Bell Atlantic Corp.* Testimony regarding estimation of damages in a discrimination case.

*O'Rourke v. Roadway Express, Inc, 99-C-50059, Ohio.* Deposition regarding damages from alleged disability discrimination.

*Juliette Blake-McIntosh v. Cadbury Beverages, Inc. et al, Civil Action No. 3:96CD02554(PCD).* Deposition concerning an employment discrimination case.

*John and Vincent Arduini, Inc. v. NYNEX and Bell Atlantic Corp.* Deposition regarding estimation of damages in a discrimination case.

*Vielka Blaizes v. Alliance National, Inc, 98-Civ-7984.* Deposition regarding statistical analysis of race discrimination.

*Alvin Hill v. Hoffmann-LaRoche, Inc.* Deposition regarding damages from allegedly wrongful termination.

*Cocconi et al. v. The Pierre Hotel.* Trial testimony regarding analysis of alleged gender discrimination.

February 2004



n/e/r/a
Consulting Economists