# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Albert Zakarian
Direct Dial: (860) 275-0290
E-mail: azakarian@dbh.com

March 24, 2004

**VIA FACSIMILE AND FIRST CLASS MAIL**

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

    Re:   *Nichani v. Otis*

Dear Jeff:

    Per our discussion of last week, please issue a notice of deposition for Christopher Erath of NERA Economic Consulting, who is one of our experts in the above-referenced case. I have arranged for a conference room in our Boston office, located at 260 Franklin Street, for March 31, 2004, with the deposition to commence at 10 a.m. Please arrange for the necessary court reporter.

    Mr. Erath has informed me that he will need a payment of $1,275 in advance, which represents three hours at his customary rate of $425 per hour. You can send the check beforehand or deliver it at the deposition, as you see fit. You will recall that we provided for a prepayment at the request of your expert, Sheldon Wishnick. The amount of $1,275 will be credited against any charges for time spent regarding the deposition.

    I look forward to receiving your notice of deposition.

                          Very truly yours,

                           Albert Zakarian

AZ/pad

cc:   Anthony R. Minchella, Esq.
       Daniel A. Schwartz, Esq.

FaxID: 42249

Time In                                                                                          Time Delivered

# FAX TRANSMISSION

### Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Fax: (860) 275-0343

**From:**  Albert Zakarian           **Phone #:**   (860) 275-0290
**Date:**  March 24, 2004            **Pages:**     2     page(s), including cover page
**Subject:** *Nichani v. Otis*

| NAME | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Jeffrey J. Tinley, Esq. | Tinley, Nastri, Renehan & Dost, LLP | (203) 596-9036 | (203) 596-9030 |

**MEMO**

If there is any problem during transmission
please call
(860) 275-0344

*This Facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above.  If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited.  If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service.  Thank you.

Rev. 9/10/01
TimeKeeper No.    0040                          Client/Matter No.    068608-02420
Fax Dept:  Domestic (15) #pgs. ___; Inter. (16) ___; Service (18) ___     Return To:    Albert Zakarian

Document3
March 24, 2004 1:35 PM

```
                    ***********************
                    ***    TX REPORT    ***
                    ***********************

    TRANSMISSION OK

    TX/RX NO                    3734
    CONNECTION TEL                              912035969036
    CONNECTION ID
    ST. TIME                    03/24 13:59
    USAGE T                     00'22
    PGS. SENT                   2
    RESULT                      OK
```

FaxID: 42249

Time In                                                        Time Delivered

# FAX TRANSMISSION

## Day, Berry & Howard LLP

CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Fax: (860) 275-0343

**From:** Albert Zakarian              **Phone #:** (860) 275-0290
**Date:** March 24, 2004               **Pages:** 2     page(s), including cover page
**Subject:** *Nichani v. Otis*

| NAME | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Jeffrey J. Tinley, Esq. | Tinley, Nastri, Renehan & Dost, LLP | (203) 596-9036 | (203) 596-9030 |

## MEMO

If there is any problem during transmission
please call
(860) 275-0344

*This Facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

Rev. 9/10/01
TimeKeeper No.    0040                      Client/Matter No.    068608-02420
Fax Dept: Domestic (15) #pgs. ___; Inter. (16) ___; Service (18) ___     Return To:    Albert Zakarian