UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NO.:  3:02 CV 1384 (MRK)

```
******************************
SUJATA NICHANI,                *
      Plaintiff,               *
                               *
v.                             *
                               *
OTIS ELEVATOR COMPANY and      *
UNITED TECHNOLOGIES CORP.,     *
      Defendants.              *
******************************
```

        DEPOSITION OF CHRISTOPHER ERATH,
Ph.D., taken pursuant to Notice, before Michelle
Kaczynski, a Registered Professional Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, at the offices of Day, Berry & Howard
LLP, 260 Franklin Street, Boston, Massachusetts, on
Wednesday, March 31, 2004, at 11:02 a.m.



KACZYNSKI REPORTING
72 CHANDLER STREET, SUITE 3
BOSTON, MASSACHUSETTS  02116
(617) 426-6060

1      Q.   Have you ever been engaged on behalf of

2  United Technologies or any of its related companies

3  other than in this case?

4      A.   Are you asking have I personally or NERA as a

5  whole?

6      Q.   We'll start with you personally.

7      A.   No, I have not.

8      Q.   Are you aware of any relationships that NERA

9  has with United Technologies or any of its related

10  companies?

11      A.   I know NERA has worked for United

12  Technologies and its subsidiaries in the past.

13      Q.   Do you know whether it was in litigation

14  matters such as this or in other matters?

15      A.   I can recall a litigation matter from, it was

16  some time ago.

17      Q.   Is that the only matter that you're aware of?

18      A.   There may have been, there may have been two,

19  we're talking probably mid to late nineties.

20      Q.   When were you -- Strike that.

21           Your billing rate is $450 per hour?

22      A.   $425.

23      Q.   I'm sorry, $425, and is that your rate for

24  all of the various kinds of services you provide, or do

1    you have different rates for different kinds of work?

2         A.    One rate.

3         Q.    And when were you first approached with

4    regard to being an expert witness or a consultant in

5    this matter?

6         A.    I don't recall.

7         Q.    Was it more than six months ago?

8         A.    I don't think so, but I really don't remember

9    when the first contact occurred.

10        Q.    Do you recall who it was that contacted you?

11        A.    Mr. Zakarian.

12        Q.    And do you know how it was that Mr. Zakarian

13   found you?

14        A.    Mr. Zakarian was involved with NERA in the

15   prior matters that we spoke of a moment ago, so he's

16   familiar with our firm.

17        Q.    So those prior matters were litigation

18   matters based in Connecticut?

19        A.    Yes.

20        Q.    Do you recall the names of any of them?

21        A.    Of the plaintiffs?

22        Q.    Yes.

23        A.    The name Zisk comes to mind.

24        Q.    Okay.  Were you involved with either of those

1                    MR. ZAKARIAN:    Okay.    I have nothing

2       else.

3                        (Deposition concluded at 3:43 p.m.).

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24