**NERA**
Economic Consulting

One Main Street
Cambridge, Massachusetts 02142
Tel: 617.621.0444
fax: 617.621.0336
internet: http://www.nera.com

CHRISTOPHER ERATH
Senior Vice President

617.621.2659
chris.erath@nera.com

April 13, 2004

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

Dear Mr. Tinley:

Enclosed you will find the invoice for the period 3/30/04 to 3/31/04 in connection with Nichani v United Technologies. "Other charges" included in this invoice for roundtrip taxifare to Day, Berry & Howard LLP Boston total $25 for 3/30/04 & $26.10 for 3/31/04.

Please make your check in the amount of $3,557.35 payable to National Economic Research Associates.

Sincerely,

*[signature]*

CE/sa
Enclosures

**MMC** Marsh & McLennan Companies

Consulting Economists

May 14, 2004

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

The following is a statement of open invoices as of April 30, 2004 in connection with Nichani v. United Technologies.

| Invoice # | Date | Amount |
|-----------|---------|-----------|
| P3836 | 4/12/04 | $3,557.35 |

Balance Due: $3,557.35

Please note that our payment terms are "upon receipt of invoice." Your prompt remittance would be appreciated. Payments received after the date of this statement are not reflected.

If you have any questions, contact Eric Kaplan 914-448-4108.

ERAT/DAYUTA:G226


COPY

**NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC.**
n/e/r/a
TEL: 914.448.4000 FAX: 914.448.4040
FEDERAL TAX ID# 95-2879539
Consulting Economists

REMIT PAYMENT TO: P.O. BOX 29677, GENERAL POST OFFICE, NEW YORK, NY 10087-9677

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd floor
Waterbury, CT 06702

| Date | Customer Number |
|---|---|
| 4/12/04 | DAYUTA |

Invoice Number:

P3836

For professional services for the period 03/30/04 – 03/31/04 in connection with Nichani v. United Technologies:

| | | |
|---|---:|---:|
| OFFICERS | 11.25 hrs. | $ 4,781.25 |
| | | $ 4,781.25 |
| OTHER CHARGES: | | |
| Taxis: to/from Day, Berry & Howard LLP | 25.00 | |
| (Tues. 3/30 and Wed. 3/31) | 26.10 | |
| | | $ 51.10 |
| TOTAL............................................................................................ | | $ 4,832.35 |
| .AYMENT 3/31/04, Check No. 25600 (3.00hrs.)............................... | | (1,275.00) |
| AMOUNT DUE...................................................................................... | | $ 3,557.35 |

WIRE TRANSFER INFO:   Account Name: National Economic Research Associates, Inc.
Bank: JPMorgan Chase, New York, NY
Account Number: 323-215718
Fed Routing Code: 021000021
Swift Code: CHASUS33
Chips Code: 0002

Please include customer or invoice number in wire comments.

Payment Due Upon Receipt of Invoice
Return Duplicate Copy with Remittance

Accounting Copy
G226/2587/1008

Summary of Work Performed
From Feb 24, 2004 to Mar 29, 2004

| Name | Date(s) | Hours | Amounts | Description |
|---|---|---|---|---|
| ERATH, CHRISTOPHER | March 30, 2004 | 6.00 | $2550.00 | Deposition preparation. |
| | March 31, 2004 | 5.25 | $ 2231.25 | Deposition preparation (0.5 hr). Deposition. |
| | | 11.25 | $ 4781.25 | |

Total Hours: 11.25
Total Amount: $4,781.25