*Consulting Economists*

REMIT PAYMENT TO: P.O. BOX 29677, GENERAL POST OFFICE, NEW YORK, NY 10087-9677

May 14, 2004

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

The following is a statement of open invoices as of April 30, 2004 in connection with Nichani v. United Technologies.

| Invoice # | Date    | Amount     |
|-----------|---------|------------|
| P3836     | 4/12/04 | $3,557.35  |

Balance Due: $3,557.35

Please note that our payment terms are "upon receipt of invoice." Your prompt remittance would be appreciated. Payments received after the date of this statement are not reflected.

If you have any questions, contact Eric Kaplan 914-448-4108.

ERAT/DAYUTA:G226



COPY