# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Albert Zakarian
Direct Dial: (860) 275-0290
E-mail: azakarian@dbh.com

November 8, 2004

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

Re: *Nichani v. Otis*

Dear Jeff:

We received a telephone call late last week from National Economic Research Associates ("NERA") indicating that the bill from the deposition of our expert, Chris Erath, remains unpaid. This bill was dated April 12, 2004 and was sent to you on April 13, 2004. For your convenience, we enclose a copy of NERA's bill.

We would appreciate your prompt attention to getting NERA's bill paid. As you will recall, we paid your expert's bill very promptly, and we expect the same from you. We assume this was simply an oversight, and thank you for your efforts in getting this bill paid as soon as possible.

Very truly yours,

*Albert Zakarian/pad*

Albert Zakarian

AZ/pad
Enclosure

cc: Anthony R. Minchella, Esq.
Daniel A. Schwartz, Esq.

CityPlace I | Hartford, CT 06103 | t 860 275 0100 f 860 275 0343

Boston   Greenwich   Hartford   New Haven   New York   Stamford   West Hartford   www.dbh.com