# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Albert Zakarian
Direct Dial: (860) 275-0290
E-mail: azakarian@dbh.com

December 17, 2004

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

Re: *Nichani v. Otis* (unpaid expert's deposition bill)

Dear Jeff:

For your convenience, I am enclosing correspondence pertaining to the bill from Chris Erath, the defense expert whom you deposed earlier this year. Recently we received another call from Mr. Erath's company, National Economic Research Associates, regarding your failure to pay Mr. Erath's bill. To avoid unfairness to our expert, I have gone ahead and paid his bill in the amount of $3,557.35. Would you please send me your check in that amount before year end.

Thank you for your anticipated cooperation.

Very truly yours,

Albert Zakarian

AZ/pad
Enclosure

cc: Anthony R. Minchella, Esq.
Daniel A. Schwartz, Esq.