# TINLEY, NASTRI, RENEHAN & DOST, LLP
## ATTORNEYS AT LAW

JEFFREY J. TINLEY*
ROBERT NASTRI, JR.**
RICHARD P. RENEHAN
MARK W. DOST
MARILYN N. TOLAND
STEPHEN E. PLIAKAS***
MARGARET M. DOHERTY

PLEASE REPLY TO:

60 NORTH MAIN STREET
SECOND FLOOR
WATERBURY, CT 06702

TELEPHONE (203) 596-9030
TELECOPIER (203) 596-9036

*Also Admitted in NY and FL
**Board Certified Trial Attorney
***Also Admitted in NY and MA

December 22, 2004

Albert Zakarian
Day, Berry & Howard
CityPlace I
185 Asylum Street
Hartford, CT 06103

RE:  Nichani v. Otis
     3:02 CV 1384 (MWK)

Dear Al:

Regarding your recent correspondence concerning Mr. Erath's bill for his deposition, I informed you at the time that I believed Mr. Erath's hourly rate was out of line. That aside, the bill reflects total time of 11.25 hours, whereas the deposition itself was only 4.75 hours *including* a thirty-five minute lunch recess. The bill also includes Mr. Erath's travel expenses.

I am willing pay a "reasonable fee" for Mr. Erath's deposition, but the amount reflected in his bill is not reasonable.

I am available to discuss this issue.

Very truly yours,

Jeffrey J. Tinley

cc: Anthony Minchella, Esq.