# TINLEY, NASTRI, RENEHAN & DOST, LLP
## ATTORNEYS AT LAW

JEFFREY J. TINLEY*
ROBERT NASTRI, JR.**
RICHARD P. RENEHAN
MARK W. DOST
MARILYN N. TOLAND
STEPHEN E. PLIAKAS***
MARGARET M. DOHERTY

PLEASE REPLY TO:

60 NORTH MAIN STREET
SECOND FLOOR
WATERBURY, CT 06702

TELEPHONE (203) 596-9030
TELECOPIER (203) 596-9036

*Also Admitted in NY and FL
**Board Certified Trial Attorney
***Also Admitted in NY and MA

January 7, 2005

Albert Zakarian
Day, Berry & Howard
CityPlace 1
185 Asylum Street
Hartford, CT 06103

**BY FACSIMILE ONLY**

RE:  Nichani v. Otis
     3:02 CV 1384 (MWK)

Dear Al:

Attached, per your request, is a copy of the second page of Mr. Erath's bill, which breaks down the time he claims to have spent in connection with his deposition.

I continue to be willing pay a "reasonable fee" for Mr. Erath's deposition. I believe that my offer to pay for all of Mr. Erath's deposition time and lunch time (at his exorbitant $425 hourly rate) as well as paying for one half hour of his preparation time at the same rate, is an entirely reasonable proposal. If Mr. Erath's rate is reduced modestly by the Court to a more reasonable rate, such as $300 per hour, then my offer would represent all of his deposition time, plus *three* hours of preparation time, for a deposition which itself was *less than five* hours. Further, given the fact that Mr. Erath offered an entirely simplistic analysis of the primary issue within his scope of engagement, an expert who charges at his rate was not warranted. You, of course, have the right to choose any expert you wish. You do not, however, have the unilateral right to determine what is a reasonable fee under all of the circumstances.

Please revisit this issue with your client.

Very truly yours,

Jeffrey J. Tinley

cc: Attorney Minchella