UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION |
| | : | NO. 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | February 23, 2005 |

**WITHDRAWAL OF
DEFENDANTS' MOTION FOR PAYMENT OF EXPERT WITNESS FEES**

The Defendants, United Technologies Corporation and Otis Elevator Company, hereby respectfully withdraw their Motion for Payment of Expert Witness Fees and supporting Memorandum of Law dated February 4, 2005, Docket Entry Nos. 65 and 66 respectively, because this dispute has been resolved by the parties.

THE DEFENDANTS,
UNITED TECHNOLOGIES CORP. and
OTIS ELEVATOR COMPANY


By_____/s/_____
Albert Zakarian (ct04201)
Daniel A. Schwartz (ct15823)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
Their Attorneys

## **CERTIFICATION**

      I hereby certify that the foregoing was sent via first-class mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, LLC
530 Middlebury Road, Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

                                                                         _____/s/_____
                                                                     Albert Zakarian