**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SUJATA NICHANI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP., and | : | |
| OTIS ELEVATOR COMPANY | : | |
| | : | |
| Defendants. | : | FEBRUARY 28, 2005 |

**DEFENDANTS' MOTION FOR PERMISSION TO EXCEED PAGE LIMIT ON ITS MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

The Defendants, United Technologies Corp. and Otis Elevator Company, respectfully move this Court for permission to exceed the 40-page limit imposed on supporting memoranda by Local Rule 7(a)(2). In this case, the Plaintiff has amended her complaint three times. The third Amended Complaint now totals 15 separate counts and over 30 pages. Defendants are now seeking summary judgment on all 15 counts. In their memorandum in support of their motion for summary judgment, Defendants have had to sort through over 12,000 pages of documents from discovery production, over 15 days of depositions, and address each of the 15 counts. Because of the lengthy nature of Plaintiff's operative complaint and the number of facts and issues it raises, Defendants require leave to exceed the page limit to address all such issues. For these reasons, Defendants request that this Court grant this motion and order the clerk to docket the memorandum.

-2-

        THE DEFENDANTS,
        UNITED TECHNOLOGIES CORP. and
        OTIS ELEVATOR COMPANY


By_____/s/_____
        Albert Zakarian (ct04201)
        Daniel A. Schwartz (ct15823)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, CT 06103-3499
        (860) 275-0100 (telephone)
        (860) 275-0343 (facsimile)
        azakarian@dbh.com
        daschwartz@dbh.com

        Their Attorneys

Case 3:02-cv-01384-MRK   Document 71   Filed 02/28/2005   Page 2 of 3

-3-

**CERTIFICATION**

  I hereby certify that the foregoing was sent via regular mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

               _____/s/_____
               Daniel A. Schwartz