UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP., and OTIS ELEVATOR COMPANY | : | |
| | : | |
| Defendants. | : | FEBRUARY 28, 2005 |

## DEFENDANTS' MOTION TO FILE UNDER SEAL

The Defendants, United Technologies Corp. and Otis Elevator Company, pursuant to District of Connecticut Local Rule of Civil Procedure 5, hereby move for an order sealing from public view the accompanying Exhibits 35-59 in support of Defendants' Memorandum in Support of their Motion for Summary Judgment. These Exhibits contains sensitive, non-public information relating to confidential business information of Otis and its employees. These exhibits were produced to the plaintiff pursuant to the Protective Order that this Court entered on August 27, 2003. Moreover, the portions of the depositions of the witnesses that are quoted also contain confidential business information. These depositions were also subject to the protective order approved by this Court.

-2-

        THE DEFENDANTS,
        UNITED TECHNOLOGIES CORP. and
        OTIS ELEVATOR COMPANY


By_____/s/_____
        Albert Zakarian (ct04201)
        Daniel A. Schwartz (ct15823)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, CT 06103-3499
        (860) 275-0100 (telephone)
        (860) 275-0343 (facsimile)
        azakarian@dbh.com
        daschwartz@dbh.com

        Their Attorneys

-3-

## CERTIFICATION

      I hereby certify that the foregoing was sent via regular mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

                                                                          /s/
                                                     Daniel A. Schwartz