UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP., and | : | |
| OTIS ELEVATOR COMPANY | : | |
| | : | |
| Defendants. | : | MARCH 4, 2005 |

**MOTION TO WITHDRAW APPEARANCE**

TO:   Clerk, United States District Court
      141 Church Street
      New Haven, CT 06510

Pursuant to Rule 7(e) of the Local Rules of this Court, undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of Defendants, UNITED TECHNOLOGIES CORP. and OTIS ELEVATOR COMPANY, in the above-referenced matter. Other counsel from Day, Berry & Howard LLP have appeared and will continue to represent the Defendants.

Dated at Hartford, Connecticut this 4th day of March, 2005.

THE DEFENDANTS,
UNITED TECHNOLOGIES CORP. and
OTIS ELEVATOR COMPANY

By_____
    Daniel A. Schwartz (ct15823)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, CT 06103-3499
    (860) 275-0100 (telephone)
    (860) 275-0343 (facsimile)
    daschwartz@dbh.com

    Their Attorneys

## **CERTIFICATION**

    I hereby certify that the foregoing was sent via regular mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

    _____
        Daniel A. Schwartz