## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | MARCH 9, 2005 |

## APPEARANCE

TO:   Clerk
United States District Court
141 Church Street
New Haven, CT 06510

Please enter the appearance of the undersigned on behalf of the defendants, UNITED TECHNOLOGIES CORP. and OTIS ELEVATOR COMPANY, in the above-referenced matter.

/s/ _____
Douglas W. Bartinik, ct#26196
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*dwbartinik@dbh.com*
Their Attorneys

-2-

## **CERTIFICATION**

I hereby certify that the foregoing was mailed, via first-class mail, postage prepaid, on this date, to:

Anthony R. Minchella
Zeldes Needle & Cooper PC
100 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

　　　/s/_____
Douglas W. Bartinik