UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUJATA NICHANI, | : CIVIL NO. 302CV1384 (JBA) |
| Plaintiff | : |
| v. | : |
| OTIS ELEVATOR COMPANY and UNITED TECHNOLOGIES CORPORATION | : |
| Defendants | : MARCH 14, 2005 |

**PLAINTIFF'S FIRST MOTION (WITH CONSENT) FOR ENLARGEMENT OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION**

Plaintiff, Sujata Nichani ("Plaintiff"), by her attorneys, Law Offices of Anthony R. Minchella, L.L.C. and Tinley, Nastri, Renehan & Dost, L.L.P., hereby respectfully moves for an enlargement of time within which to respond to the Defendant's Motion For Summary Judgment. In support of this Motion, Plaintiff submits:

1. Defendants filed their summary judgment motion on February 25, 2005.

2. The Memorandum of Law is 67 pages long, with a Local Rule 56(a)(1) statement which includes 160 separately numbered paragraphs.

3. In order to adequately review the Motion and supporting documents, perform independent research, and prepare a response, Plaintiff requires an additional 45 days as an enlargement of time, up to and including May 5, 2005.

4. Defendant's counsel, Albert Zakarian, consents to this Motion being granted.

WHEREFORE, Plaintiff, Sujata Nichani, respectfully requests that the time within which to respond to the Defendants' Motion For Summary Judgment be enlarged so that such is not due until on or before May 5, 2005.

Dated:  March 14, 2005         LAW OFFICES OF
        Middlebury, CT         ANTHONY R. MINCHELLA, L. L. C.

By: _____
    Anthony R. Minchella (ct 18890)

Law Offices of
Anthony R. Minchella, L. L. C.
530 Middlebury Road, Suite 203-204B
Middlebury, CT 06762
(203) 758-1069 (Telephone)
(203) 758-2074 (Facsimile)
- and –
Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, L.L.P.
60 North Main Street, 2nd Floor
Waterbury, CT 06702

## CERTIFICATION

This is to certify that a copy of the foregoing was this dated mailed by first class United States mail, postage prepaid, to the following:

Albert Zakarian, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

Dated: March 14, 2005
       Middlebury, CT

_____
Anthony R. Minchella