UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUJATA NICHANI,<br>**Plaintiff** | CIVIL NO. 302CV1384 (MRK) |
| v. | |
| OTIS ELEVATOR COMPANY and<br>UNITED TECHNOLOGIES<br>CORPORATION,<br>**Defendants** | APRIL 29, 2005 |

## PLAINTIFF'S SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION

Plaintiff, Sujata Nichani ("Plaintiff"), by her attorneys, Law Offices of Anthony R. Minchella, L.L.C. and Tinley, Nastri, Renehan & Dost, L.L.P., hereby respectfully moves for an enlargement of time within which to respond to the Defendant's Motion For Summary Judgment. In support of this Motion, Plaintiff submits:

1. Defendants filed their summary judgment motion on February 25, 2005.

2. The Court granted the Plaintiff's First Motion for Enlargement of Time so that the Plaintiff's opposition is now due May 5, 2005.

3. Plaintiff requires an additional 20 days as an enlargement of time, up to and including May 25, 2005.

4. Plaintiff's counsel have made substantial progress towards completing the Plaintiff's opposition papers, but need this additional time for several reasons, in addition to the general number of issues raised in the Defendants' 67 page Memorandum of Law and 160 paragraphs Local Rule 56(a)(1) statement.

5. Plaintiff's counsel Anthony R. Minchella was on a scheduled vacation from April 18,

2005 through April 25, 2005;

6. Plaintiff's counsel Jeffrey Tinley must attend his son's college graduation in Washington, D.C., on May 14, 2005, and will be out of town for several days;

7. Plaintiff's current residence in Chicago, Illinois, renders communication and co-ordinating concerning the Local Rule 56(a)(1) statement more cumbersome than if she was present in Connecticut;

8. This enlargement of time is requested so as to not interfere with the currently scheduled oral argument date of July 7, 2005.

9. Defendant's counsel, Albert Zakarian, neither objects nor consents to this motion being granted.

WHEREFORE, Plaintiff, Sujata Nichani, respectfully requests that the time within which to respond to the Defendants' Motion For Summary Judgment be enlarged so that such is not due until on or before May 25, 2005.

Respectfully submitted,
Plaintiff, Sujata Nichani

By_____
Jeffrey J. Tinley, Esq. (ct00765)
Tinley, Nastri, Renehan & Dost, L.L.P.
60 North Main Street, 2nd Floor
Waterbury, CT 06702
Tel. (203) 596-9030

– and –

Anthony R. Minchella (ct 18890)
Law Offices of Anthony R. Minchella, L. L. C.
530 Middlebury Road, Suite 203-204B
Middlebury, CT 06762
Tel. (203) 758-1069

## CERTIFICATION

      This is to certify that a copy of the foregoing was this 29th day of April, 2005, by first class United States mail, postage prepaid, to the following:

Albert Zakarian, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499

_____
Jeffrey J. Tinley