UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

SUJATA NICHANI,  :  NO.: 3:02 CV 1384 (MRK)
          Plaintiff  :
v.  :
  :
OTIS ELEVATOR COMPANY and  :
UNITED TECHNOLOGIES CORP.  :
          Defendants  :  MAY 25, 2005
  :

_____

**PLAINTIFFS' MOTION FOR PERMISSION TO EXCEED PAGE LIMIT FOR MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT**

      The plaintiff Sujata Nichani, respectfully moves for permission to exceed the 40-page limit imposed by Rule 7(a)(2) of the Local Civil Rules of this Court with respect to plaintiff's memorandum in opposition to defendants' motion for summary judgment. The Court has granted a similar motion permitting the defendants to file a memorandum in support of their motion of summary judgment of 67 pages in length. Defendants have moved for summary judgment as to each of the 15 counts in plaintiff's amended complaint. To respond appropriately to all of the issues raised in defendants' motion and supporting memorandum, plaintiff must exceed the page limit imposed by the Local Civil Rules.

                                                THE PLAINTIFF,
                                                SUJATA NICHANI


                                            By_____
                                              Jeffrey J. Tinley
                                              Tinley, Nastri, Renehan & Dost, LLP.
                                              60 North Main Street, 2nd Floor
                                              Waterbury, CT  06702
                                              Tel. No. (203) 596-9030
                                              Federal Bar No. ct00765

**CERTIFICATION**

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed this 25th day of May 2005 to all counsel and pro se parties of record:

Albert Zakarian, Esq.
Daniel Schwartz, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford CT 06103-3499

Sarah Poston, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
PO Box 1740
Bridgeport, CT 06601

Anthony R. Minchella
530 Middlebury Road
Suite 212-213 B
Middlebury, CT 06762

_____
Jeffrey J. Tinley
Commissioner of the Superior Court