UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 27  P 3: 40
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| SUJATA NICHANI, | CIVIL NO. 302CV1384 (MRK) |
| Plaintiff, | |
| v. | |
| OTIS ELEVATOR COMPANY and UNITED TECHNOLOGIES CORPORATION, | |
| Defendants. | MAY 27, 2005 |

## NOTICE OF FILING OF PLAINTIFF'S CORRECTED LOCAL RULE 56(a)2 STATEMENT AND EXHIBITS KK THROUGH RR

Plaintiff Sujata Nichani, hereby gives notice of the corrected filing of her Local Rule 56(a)(2) Statement and Exhibits KK through RR, in opposition to Defendants' Motion for Summary Judgment. On May 25, 2005, Plaintiff filed the originals of these documents, and the corrected documents being filed simultaneously with this Notice, reflect technical changes to citations and corrected exhibits pages in KK though RR.

Sujata Nichani

Anthony R. Minchella
Law Offices of
Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 203-204B
Middlebury, CT  06762
CT 18890
(203) 758-1069
(203) 758-2074 (facsimile)
anthonyminchella@sbcglobal.net