UNITED STATES DISTRICT COURT 
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL NO. 302CV1384 (MRK) |
| Plaintiff, | : | |
| v. | : | |
| OTIS ELEVATOR COMPANY and UNITED TECHNOLOGIES CORPORATION, | : | |
| Defendants. | : | MAY 27, 2005 |

### PLAINTIFF'S CORRECTED EXHIBITS KK THROUGH RR IN OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION

On May 25, 2005, Plaintiff filed the originals of the her Exhibits in opposition to Defendants' Summary Judgment Motion, and herewith files corrected exhibits pages in KK though RR.

Sujata Nichani

Anthony R. Minchella
Law Offices of
Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 203-204B
Middlebury, CT  06762
CT 18890
(203) 758-1069
(203) 758-2074 (facsimile)
anthonyminchella@sbcglobal.net