FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 MAY 27 P 3: 40

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| SUJATA NICHANI,<br>        Plaintiff<br>v.<br><br>OTIS ELEVATOR COMPANY and<br>UNITED TECHNOLOGIES CORP.<br>        Defendants | NO.: 3:02 CV 1384 (MRK)<br><br><br><br><br>MAY 27, 2005 |

### PLAINTIFF'S NOTICE OF FILING UNDER SEAL

Pursuant to Rule 5 (d) 2 of the Local Civil Rules of this Court, the parties stipulation regarding confidentiality of certain documents and testimony, and the court=s Protective Order entered thereon on August 27, 2003, the Plaintiff hereby submits the attached documents to the Clerk of the Court under seal subject to such Order.

Sujata Nichani

Anthony R. Minchella
Law Offices of
Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 203-204B
Middlebury, CT  06762
CT 18890
(203) 758-1069
(203) 758-2074 (facsimile)
anthonyminchella@sbcglobal.net