UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP., and | : | |
| OTIS ELEVATOR COMPANY | : | |
| | : | |
| Defendants. | : | JUNE 9, 2005 |

**DEFENDANTS' MOTION TO FILE UNDER SEAL**

      Defendants, United Technologies Corp. and Otis Elevator Company, pursuant to Rule 5 of the District of Connecticut Local Rules, hereby move for an order sealing from public view the accompanying Exhibits 3-7 in support of Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.  These Exhibits contain sensitive, non-public information relating to confidential business information of Otis and its employees.  These exhibits were produced to Plaintiff pursuant to the Protective Order that this Court issued on August 27, 2003.  Moreover, the portions of the depositions of the witnesses that are quoted also contain confidential business information.  These depositions were also subject to the protective order approved by this Court.

-2-

        THE DEFENDANTS,
        UNITED TECHNOLOGIES CORP. and
        OTIS ELEVATOR COMPANY


By     /s/ Albert Zakarian
        Albert Zakarian (ct04201)
        Douglas W. Bartinik (ct26196)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, CT 06103-3499
        (860) 275-0100 (telephone)
        (860) 275-0343 (facsimile)
        azakarian@dbh.com
        dwbartinik@dbh.com

        Their Attorneys

-3-

## **CERTIFICATION**

      I hereby certify that the foregoing was sent via regular mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

                                                               /s/ Albert Zakarian
                                                                   Albert Zakarian