UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP., and | : | |
| OTIS ELEVATOR COMPANY | : | |
| | : | |
| Defendants. | : | JUNE 9, 2005 |

**DEFENDANTS' MOTION FOR PERMISSION TO EXCEED PAGE LIMIT
ON ITS REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, United Technologies Corp. and Otis Elevator Company, respectfully move this Court for permission to exceed the 10-page limit imposed on reply briefs by Local Rule 7(d). In this case, Plaintiff has amended her complaint three times. The third Amended Complaint totals 15 separate counts and exceeds 30 pages, and Defendants have moved for summary judgment on all 15 counts. Plaintiff has opposed summary judgment for each claim, and her brief in Opposition totals 73 pages. Because of the lengthy nature of Plaintiff's operative Complaint and the briefs filed by both parties, as well as the numerous exhibits before the Court, Defendants require leave to exceed the page limit to address appropriately Plaintiff's Opposition brief, Local Rule 56(a)(2) Statement, and Plaintiff's 22-page affidavit. Similar motions for leave have been granted to both parties for their respective memoranda. For these reasons, Defendants respectfully request that the Court grant this motion and order the clerk to docket the memorandum.

-2-

        THE DEFENDANTS,
        UNITED TECHNOLOGIES CORP. and
        OTIS ELEVATOR COMPANY


By_____/s/ Albert Zakarian_____
        Albert Zakarian (ct04201)
        Douglas W. Bartinik (ct26196)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, CT 06103-3499
        (860) 275-0100 (telephone)
        (860) 275-0343 (facsimile)
        azakarian@dbh.com
        dwbartinik@dbh.com

        Their Attorneys

-2-

-3-

## CERTIFICATION

I hereby certify that the foregoing was sent via regular mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

                                                _____/s/ Albert Zakarian_____
                                                     Albert Zakarian