# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SUJATA NICHANI | : | |
|  | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
|  | : | 3:02CV1384 (MRK) |
| v. | : | |
|  | : | |
| UNITED TECHNOLOGIES CORP., and | : | |
| OTIS ELEVATOR COMPANY | : | |
|  | : | |
| Defendants. | : | FEBRUARY 28, 2005 |

## INDEX TO EXHIBITS TO
## DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF ITS
## MOTION FOR SUMMARY JUDGMENT

| Exhibit No. | Description |
|---|---|
| 1 | 08/23/01 CHRO Complaint, bates nos. NICH000147 to 152 |
| 2 | 03/30/99 Payroll Notice regarding Nichani promotion to Grade 51, bates no. NICH000163 |
| 3 | 5/18/98 Payroll Notice regarding salary increase, bates no. NICH0164 |
| 4 | 04/04/97 Recommendation Request to transfer from Charlotte to Dallas, bates no. NICH000166 |
| 5 | 04/24/96 Payroll Notice regarding change from labor grade 48 to 49, bates no. NICH000169 |
| 6 | 08/11/94 Recommendation Request for Sujata Nichani transfer from Maintenance Supervisor, NY to Location Manager, Winston-Salem, NC, bates no. NICH000176 |
| 7 | 08/11/94 Recommendation Request regarding Sue Nichani Transfer from Maintenance Supervisor to Location Manager, Grade 48 (red circle) in Winston-Salem, bates no. OTIS-00039 |
| 8 | Sujata Nichani Biographical Summary, bates no. NICH000180 |
| 9 | 02/12/99 Offer of Senior Manager, EH&S position to Sujata Nichani, bates nos. NICH000210-11 |
| 10 | 10/04/90 Offer (and acceptance) of Regional Field Engineer position to Sujata Nichani, bates no. NICH000232 |
| 11 | 10/19/90 Intellectual Property Agreement signed by Sujata Nichani, bates no. NICH000234 |
| 12 | 01/21/03 email from Doug Lint re unopened cases for 2002 business practices report, bates no. NICH000590-91 |
| 13 | 05/04/01 Announcment of Danny Reese to VP, EH&S, bates no. NICH000688-89 |
| 14 | 05/04/01 Announcement of Brad Russell to Director, EH&S, bates no. NICH000690 |
| 15 | Draft announcment of Sujata Nichani Continuing in role as NAA Senior Manager, |

|    |    |
|----|----|
|    | bates no. NICH000692 |
| 16 | 05/25/01 Announcment of Sujata Nichani Continuing in role as NAA Senior Manager, bates no. NICH000693 |
| 17 | 06/06/01 Email to Ellen McGroary from Sujata Nichani, bates no. NICH00064-96 |
| 18 | 06/26/01 email from Robert Wulff re Safety Topic, bates nos. NICH000740-45 |
| 19 | 1999-2001 Sujata Nichani W-2s, bates no. NICH000752 |
| 20 | 03/21/03 Performance Feedback for Sujata Nichani, bates nos. NICH000816-820 |
| 21 | Chart regarding increase in accident rate for 2000, bates no. NICH001043 |
| 22 | 01/23/03 Email from Sujata Nichani regarding NAA safety review, bates nos. NICH001048-49 |
| 23 | 08/21/02 Email from Susan Nichani, bates no. NICH001050-51 |
| 24 | 01/13/03 Email from Raymond Moncini regarding hoisting and rigging, bates nos. NICH001087-89 |
| 25 | 06/07/00 Memo from Doug Lint regarding appointment of Sue Nichani as Business Practices Officer, bates no. NICH001090 |
| 26 | 12/06/02 Email from Susan Nichani, bates no. NICH001213-14 |
| 27 | 11/11/99 Learn and Live Bulletin, bates no. NICH001225 |
| 28 | 09/06/02 Email from Patrick Dowson, bates no. NICH001308 |
| 29 | 02/01/02 Email from Helio Tinone regarding elimination of U-Bolts, bates no. NICH001316 |
| 30 | 02/10/99 Email from Harold Scott regarding grade level change of Sujata Nichani from 50 to 51 and salary increase, bates no. OTIS-00072 |
| 31 | 12/15/00 Executive Performance Appraisal of Sue Nichani, bates nos. OTIS-00121 to 123 |
| 32 | Job Description – Manager, EH&S Generalist, bates no. OTIS-00131 |
| 33 | Recognition Stock Options, bates nos. OTIS-09828-42 |
| 34 | Unreported Cases |
|    | **EXHIBITS FILED UNDER SEAL** |
| 35 | Deposition of Ari Bousbib |
| 36 | Deposition of Erv Lauterbach |
| 37 | Deposition of Ellen McGroary |
| 38 | Deposition of Raymond Moncini |
| 39 | Deposition of Sujata Nichani |
| 40 | Deposition of Stephen F. Page |
| 41 | Deposition of John S. Simmons |
| 42 | Affidavit of John T. McNamara |
| 43 | 01/31/03 Email from Raymond Moncini regarding WHQ Safety Review, bates no. OTIS-00178 |
| 44 | 03/13/02 Email from Erv Lauterbach regarding Staff Performance Review, bates no. OTIS-00185 |
| 45 | 01/02/03 Email from Raymond Moncini regarding safety training, bates no. OTIS-00609 |
| 46 | 07/02/02 Email from Patrick A. Dowson regarding WWJSSS Revision, bates no. OTIS-00714 to 717 |
| 47 | 01/08/03 Email from Susan Nichani regarding December 23, 2002 accident, bates |

| | |
|---|---|
| | no. OTIS-05209 to 5211 |
| 48 | Salary Administration Changes: Frequently Asked Questions, bates nos. OTIS-05541 to 5548 |
| 49 | 2002 Salary Merit Deferral Questiona and Answers, bates no. OTIS-05611 to 5612 |
| 50 | 06/05/01 Email from Ellen McGroary regarding announcement draft, bates no. OTIS-05827 |
| 51 | 03/28/03 Email from Raymond Moncini regarding New York Safety/sanctions, bates no. OTIS-06056 |
| 52 | 12/24/02 Email from Raymond Moncini regarding Dan McQuillan, bates nos. OTIS-06059 to 06060 |
| 53 | Recommendation Package for Bradford Russell, bates nos. OTIS-06968 to 6976 |
| 54 | Otis Employee Safety Handbook, bates nos. OTIS07517, 7610-17 |
| 55 | 10/07/01 Worldwide Job Site Safety Standards Steering Committee Charter, bates nos. OTIS08361 to 8365 |
| 56 | 05/01/01 Announcement regarding Brad Russell to Lead NAA Environment, Health and Safety, bates no. OTIS08529 |
| 57 | 05/14/01 Brad Russell resignation, bates no. OTIS08531 |
| 58 | Biographical Summary for Patrick A. Dowson, bates no. OTIS08878 |
| 59 | 02/01/99 Recommendation of promotion of Patrick Dowson from Sr. Manager, EH&S to Director, EH&S – Otis UK & SEA, bates no. OTIS09254 |