<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 2

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

| United Technologies | | | | | | PAYROLL NOTICE | | Date Prepared: | 30-Mar-99 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Otis Elevator Company | | | | | | | | By: | K. Vancour | |
| | | | | | | | | Employee Name: | Nichani, Sujata | |
| Reg. | L1 | L2 | Pay Freq | L4 | L5 | | | Social Security # | 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 | |
| | 1 | 71 | 2 | NHQ | 1FS | | | | | |
| | | | FROM | | | | | TO | | |
| JOB TITLE | Mgr., Reg'l Field Operations | | | | | | | Sr. Mgr., EH& S | | |
| GRADE | 50 | | | | | | | 51 | | |
| JOB CODE | ME13A | | | | | J O B A | | DD12A | | Annual Salary |
| SEMI-MONTHLY SALARY | $3,937.50 | | | | | S A L Y | | $4,500.00 | | From |
| L3 (Charge to) | TD1 | | | | | LEVEL 3 | | Dept. 742 | | $94,500.00 |
| L6 (SGA/FHR) | FHR | | | | | LEVEL 6 | | SGA | | To |
| EFFECTIVE DATE | | | | | | J D T E | | 4/1/99 | | $108,000.00 |
| TYPE CHANGE | | | | | | E V A L | | TR/PR | | |
| COMMENTS | Sal. Sch.    B | | | | | | | TR to NAA Payroll and PR eff. 4/1/99. | | |
| | Increase | | | | | | | | | |
| | Penetration | | | | | | | | | |
| Approvals: | | | | | | | | Human Resources | [signature] 4/6 | |
| | | | | | | | | Payroll | | |
| cc:  dpt. | employee | | file | | | For NJP Tracking: Job #:____ | | INT/EXT:____ NJP Y/N:____ In Not NJP, Source:____ | | |

NICH000163