<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 3

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

# PAYROLL NOTICE

**Otis**

| | |
|---|---|
| Date Prepared: | 5/18/98 |
| By: | HRSS |
| Employee Name: | NICHANI, SUJATA |
| Social Security # | 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 |

| Reg | L1 | L2 | Pay Freq | L4 | L5 |
|---|---|---|---|---|---|
| TDS | 1 | 31 | 2 | SOA | 1 |

|  | FROM |  | TO | Annual Salary |
|---|---|---|---|---|
| JOB TITLE | MGR., REG'L FIELD OPERATI | | Same | |
| GRADE | 50 | | Same | |
| JOB CODE | ME13A | JOBA | Same | |
| SEMI-MONTHLY SALARY | $3,750.00 | SALY | $3,937.50 | From |
| DEPT # | TD1 | LEVEL 3 | Same | $ 90,000 |
| LEVEL 6 | FHR | | | To |
| EFFECTIVE DATE | | JDTE | 8/1/98 | $94,500 |
| TYPE CHANGE | | EVAL | ME | |

| COMMENTS | DOLI  5/16/97 |
|---|---|
| Increase    5% | |
| Penetration   45.38% | |

| Approvals: [signature] 6/9/98 | |
|---|---|
| | Human Resources [signature] |
| | Payroll |

NICH000164