<u>**SUJATA NICHANI**</u>
<u>**VS.**</u>
<u>**UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY**</u>
**CIVIL ACTION NO. 3:02CV1384 (MRK)**

# Exhibit 4

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

# RECOMMENDATION REQUEST

**TO:** David Dains

**FROM:** S. G. Shaw
Regional Manager, SWR

**POSITION:** Regional Field Operations Managers

**REASON:** Replacement of Current FOM

**CANDIDATES'S NAME:** Sujata Nichani

|  | CURRENT | PROPOSED |
|---|---|---|
| **TITLE:** | Location Manager | Field Operations Manager |
| **LOCATION:** | Charlotte | South West Region, Dallas |
| **GRADE:** | b-49 | c-50 |
| **ANNUAL SALARY:** | $76,120<br>20% IC Target<br>(5-1-96) | $90,000 (40% penetration) 15%IC Target<br>18.23% increase |

**EFFECTIVE DATE:** 5-15-97

**TRANSFER POLICY:** YES

**HOME SALE INVOLVED:** NO

APPROVED BY: [signature] 4/4/97