<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 5

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

United Technologies
Otis Elevator Company

## PAYROLL NOTICE

| Date Prepared: | 4-24-96 |
| --- | --- |
| By: | M. S. Cavanagh |
| Employee Name: | **NICHANI, SUJATA** |
| SS # | 53-64-6700 |

| Reg. | L1 | L2 | Pay Freq | L4 | L5 |
| --- | --- | --- | --- | --- | --- |
| TCR | 1 | 31 | 2 | SOA | TAI |

|  | FROM |  | TO |  |
| --- | --- | --- | --- | --- |
| JOB TITLE | Location Manager |  | Same |  |
| GRADE | 48 |  | 49 |  |
| JOB CODE | AB02A | JOBA |  | Annual Salary |
| SEMI-MONTHLY SALARY | $2,883.33 | SALY | $3,171.66 | From $69,200.00 |
| L3 (Charge to) | TAI | LEVEL 3 | Same |  |
| L6 (SGA/FHR) | SGA | LEVEL 6 | Same | To $76,120.00 |
| EFFECTIVE DATE |  | JDTE | May 1, 1996 |  |
| TYPE CHANGE |  | EVAL | PR |  |

COMMENTS  Sal. Sch.  B
Increase  DOLI 5-1-95
Penetration  % Inc  10.00%

Approvals: R.M. Zellio 4/24/96  [signature]     Human Resources  Mary Sue Cavanagh
                                                Payroll
cc: dpt.    employee    file