<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 6

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

# RECOMMENDATION REQUEST

**To:** R. M. Tillison
Vice President & Area Manager

**From:** Tom Dizo
(Regional General Manager)

**Vacant Position:** Location Manager, Winston-Salem

**Reason for Vacancy:** Transfer of Jim Tyson

**Candidate's Name:** Sue Nichani

**Title:** Maint. Supv. (Present)    Location Mgr (Proposed)

**Location:** N.Y., N.Y. (Present)    Winston-Salem, NC (Proposed)

**Grade:** 48 (Present)    47 (Proposed)

**Annual Salary:** $65,200 (Present) (% Penetration)    $65,200 93.7% (Proposed) (% Penetration)

**Effective Date:** Sept 1, 1994    **Transfer Policy:** Yes (Yes/No)

**Home Sale Involved:** No (Yes/No)

**APPROVED BY:**

_____ 8/11/94
(Regional General Manager)

_____
(Vice-President & Area Mgr.)

NICH000176

** TOTAL PAGE.001 **