**SUJATA NICHANI**
**VS.**
**UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY**
**CIVIL ACTION NO. 3:02CV1384 (MRK)**

# Exhibit 7

**to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment**

(212) 907-9848

# RECOMMENDATION REQUEST

To: R. M. Tillison
Vice President & Area Manager

From: Tom DiZio
(Regional General Manager)

Vacant Position: Location Manager, Winston-Salem

Reason for Vacancy: Transfer of Jim Tyson

Candidate's Name: Sue Nichani

Title: Maint. Supv. (Present)     Location Mgr (Proposed)

Location: N.Y., N.Y. (Present)     Winston-Salem, NC (Proposed)

Grade: 48 (Present)     48 (Red Circle) (Proposed)

Annual Salary: $65,200 (Present) (% Penetration)     $65,200 67.3% (Proposed) (% Penetration)

Effective Date: ~~Sept 1, 1994~~ Oct.     Transfer Policy: Yes (Yes/No)

Home Sale Involved: No (Yes/No)

APPROVED BY:

_____ 5/11/94
(Regional General Manager)

_____
(Vice-President & Area Mgr.)

OTIS-00039