<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 8

**to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment**

8

Company Private
BIOGRAPHICAL  SUMMARY
-------------------------

Name :                Sujata K. Nichani

Hire Date :           10/15/90

Birth Date :          04/17/66

Place of Birth :      Broach, India

Social Security # :   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


## EDUCATION

| Dates | Degree Awarded | School |
|-------|----------------|--------|
| Sept 90 | MS - Industrial Engineering | Georgia Institute of Tech |
| May 88 | BS - Industrial Engineering | State University of New York |
| 1/94-Pres. | MBA - Management (In Process) | New York University |


## OTHER DATA


## PREVIOUS EXPERIENCE

| Dates | Position | Employer |
|-------|----------|----------|
| 06/88-02/89 | Production Supervisor | Frito-Lay, Inc. |


## UTC EXPERIENCE

| Dates | Title | Grade | Unit |
|-------|-------|-------|------|
| 10-15-90 | Sales Engineer | 48 | Otis/GNY/MANHATTAN |
| 03-01-92 | Regional Staff Superintendent | 48 | Otis/GNY/MANHATTAN |
| 10-01-94 | Location Manager | 48 | Otis/Winston-Salem, NC |