<u>**SUJATA NICHANI**</u>
<u>**VS.**</u>
<u>**UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY**</u>
**CIVIL ACTION NO. 3:02CV1384 (MRK)**

# Exhibit 9

**to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment**

**Internal Correspondence**
North American Area



Harold Scott
Tele: (860) 676-5496
Fax: (860) 676-5430
e-mail:harold.scott@otis.com

| | |
|---|---|
| **Date:** | February 12, 1999 |
| **To:** | Sue Nichani |
| **From:** | Harold Scott |
| **cc:** | Bill Miller |
| **Subject:** | Confirmation of Offer |



Sue -

I am pleased to confirm the offer made to you by Bill Miller to join his staff in Farmington, CT. as the Senior Manager, Environmental Health & Safety, salary grade 51. Your new salary will be $108,000 per year, effective April 1, 1999. In addition to your base salary, you will receive a position allowance equal to 15% of your base salary, currently $16,200, paid semi-monthly. This position allowance will be in effect for the first three years of your assignment, and will be adjusted each time you receive an increase. The position allowance is pension and savings plan applicable. If you are still in this position in April 2002, we will review the appropriateness of continuing the allowance.

The position allowance will end if you:

- transfer to a position that contains an IC component as part of the total compensation package,
- are promoted to a UTC executive position, or
- transfer to another UTC business unit.

You are also eligible for the following relocation benefits:

- If you own a residence, assistance with its sale - Prudential Relocation will provide you this support;
- 30 days of interim living expenses, while you establish permanent housing arrangements;
- Reimbursement of reasonable closing costs on the purchase of a US residence;
- Company paid movement of household goods from Dallas to Hartford;
- One month of new base salary ($9,000, less normal payroll taxes) to help defray some of the miscellaneous costs involved in the relocation. This will be paid to you when you move into your Connecticut residence.

Please contact Liz McClain, Human Resources Consultant (860) 676 - 5432, with any questions or need for guidance during your relocation.

We look forward to having you join and contribute to the NAA management team.

Very truly yours,


Harold A. Scott
Vice President, Human Resources