<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 10

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

**UNITED TECHNOLOGIES**
**OTIS ELEVATOR**

Otis Elevator Company
North American Operations

521 Fifth Avenue
New York, New York 10175
212/907-9831

Christopher G. Walsh
Director
Regional Personnel Administration

October 4, 1990

*ee folder*

Ms. Sue Nichani
3425 River Ferry Drive
Alpharetta, Ga. 30201

Ms. Nichani:

We are pleased to confirm our recent verbal offer to you and your acceptance of the position of Regional Field Engineer in the Greater New York Region of Otis Elevator Company, North American Operations at a yearly salary of $52,000.

In this position you will be assigned to our Mid-Manhattan office and under the general direction of William Gooding.

This offer of employment is contingent upon the following:

1. Your providing documentation of your authorization of your legal right to work in the United States.
2. Your acceptance and executions of the Intellectual Property Agreement.
3. Completion of a Conflict of Interest form.
4. Successful completion of a drug screening to be performed prior to your start date.

Please keep in mind that Otis' offer, as described is expressly contingent upon verification of the accuracy of the information that you provided in making application for employment with Otis.

We sincerely believe the unique talents and abilities you offer Otis, and the opportunities available in turn to you at Otis, will serve to foster our mutual growth and success. We look forward to seeing you on October 15, 1990.

Respectfully,

*Christopher G. Walsh*

CGW/njp

cc: W. Gooding