SUJATA NICHANI
VS.
UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY
CIVIL ACTION NO. 3:02CV1384 (MRK)


# Exhibit 12


to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

# Nichani, Susan

| | |
|---|---|
| **From:** | Beddall, Glenn |
| **Sent:** | Wednesday, February 12, 2003 4:53 PM |
| **To:** | Nichani, Susan |
| **Subject:** | FW: FY2002 Business Practices Key Data Report |

Hi Sue,

I was very interested in the charts that Doug sent through and with particular regard to the fact that North America has a similar number of incidents as my two Otis areas, being NAPA & SAPA, yet there are no cases remaining open for 2002. a tremendous achievement incidentally and I offer congratulations as I know just how difficult this must be.

I was just wondering though if there is any 'secret' to this success. I realise it might simply be that you had no recent cases and as such had perhaps months to close them but if this is not the situation then I'd be very pleased to hear of any advice you might be able to offer. Apart from sometimes indifferent reporting from the local BPO I find the investigations can literally take months and hence the reason for my inquiry.

Thanks and regards.

glenn

Ph:   + 61 2 8338 2322
Fax:  + 61 2 8338 2324

-----Original Message-----
**From: Lint, Doug**
**Sent:** Tuesday, 21 January 2003 9:27 AM
**To:**     Abajo, Mario; Arpinati, Aurelio; Beaver, Ron; Bousbib, Ari; Diehl, Sandy; Evans, Ross; Frühbauer, Kurt; Granato, Mark; Grob, Bruno; Gutierrez-Adelantado, Rafael; Hartigan, Michael; Healy, Stephen P; Inoue, Tadayuki; Isaman, Robert (China); Jang, Bob; Michaud, Didier; Minnich, George E; Moncini, Raymond; Reese, Danny; Reuning, Jürgen; Robert, Olivier; Thomson, Paul M.; Vo, Charles      OTIS; Wilcox, Randy        OTIS
**Cc:**     Beddall, Glenn; Castagna, Aurelio; Dubus, Michel; GNAZZO, PATRICK J      CORP; Kiseki, Jun; Leskovar, Luis; Moeller, Axel; Nichani, Susan
**Subject:**      FY2002 Business Practices Key Data Report

Attached are charts that summarize the <u>Allegation Investigation Activity</u> in Otis for 2002. Please note the following highlights and be sure to share this information with the management in your respective organizations.

- Otis reported a record 71 cases in 2002. This occurred following the record 53 cases reported in 2001. In my judgment, the steady increase in the number of reported cases since such data was first captured in 1995 reflects the increased visibility and emphasis that has been placed on business practices throughout the company as well as greater awareness of the need to report and track alleged breaches of ethics policies and standards.

- Slightly over 60% of the 2002 cases have been VERIFIED to date; this rate is consistent with the eight year verification rate of 62%. Three-fourths of the cases were closed within two months of the date they were opened.

- Of the 10 cases that were NOT VERIFIED there were two each in the categories of Conflict of Interest, Dealing with Suppliers, Kickback and Bribery and there was one each in the categories of Accounting Irregularities and Harassment.

1

NICH000590

- Abuse of Company Time and Property succeeded Embezzlement as the most common category in 2002; the verification rate for both categories remains high (84% and 75% respectively).

- Early in 2002 UTC began tracking the financial exposure of business practices cases. For the year, Otis had 43 investigations with financial exposure that totaled $1.2 million; about $800K involved cases that have been closed as VERIFIED and $400K involved cases that still remain OPEN. Included in these totals are four cases with financial exposure of $100,000 or greater which are reported to the Audit Committee of the Board of Directors.

- Ten cases involved reporting a matter to or filing criminal charges with the police and two cases involved initiation of legal action by Otis.

Ethics Training

The On Line ethics training resource was officially rolled out in Otis in May. The professional and managerial employee population in North America was the focus of an objective to complete and pass two courses by year end. Response to the program was very positive with an estimated 75% of the target population achieving the objective. Over 1500 employees completed and passed more than 3600 on line courses.

A typical course takes 35 - 40 minutes to complete and includes drop down screens containing items of special interest, interactive questions and a short quiz at the end. For 2003 the number of courses is being expanded to 36 and includes new courses on the subjects of Workplace Harassment, EU Competition, and Contracts. Furthermore, in 2003 a language capability (likely to be 3 European and 2 Asian languages) will be added to a selected number of the courses thus enabling us to expand the on line training to a more global audience.

The on line site can be easily accessed via the "ethics & business practices" site on planetOtis or by clicking on the following intranet address: <https://utc-lcec.lrn.com/>.

Thank you for your active support of the business practices program.



123102Charts.doc

2

NICH000591