<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 13

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

WHQ                                                                April 30, 2001

## Danny Reese joins Otis from Honeywell as VP, Environment, Health & Safety

I am pleased to announce that Danny L. Reese will join Otis as vice president, environment, health and safety, effective May 1. Danny, who currently provides leadership for the worldwide environment, health, industrial hygiene and safety efforts of Honeywell International Corporation, will report to me and will be located at Otis World Headquarters. He succeeds Bob Isaman, who recently was named vice president, marketing & field and senior business practices officer for Asia Pacific Area.



**Danny Reese**

In this critical assignment, Danny will be responsible for providing leadership and direction to Otis' worldwide EH&S efforts, and to accelerate compliance to our Worldwide Job Site Safety Standards company-wide. I am depending on him to foster even greater management accountability for safety and environmental practices, and to continue the progress we've made in reducing the number of employee accidents. Otis' focus in this critical area must and will be unrelenting, and Danny will have my unwavering support -- as well as that of the members of the Otis Executive Committee -- in his efforts to make Otis accident-free.

Danny has more than 20 years of progressively responsible health, safety and environmental management experience. Prior to assuming EH&S leadership responsibilities for Honeywell (formerly AlliedSignal Corporation), Danny was director, Health, Safety & Environment and Facility Operations for AlliedSignal Aerospace and vice president Health, Safety & Environment for AlliedSignal Automotive operations. In his current assignment at Honeywell, he is responsible for all EH&S activities worldwide and provides functional oversight for 12 strategic business units in the chemical, pharmaceutical, electronics, automotive and aerospace fields. He is accountable for employee health and safety programs impacting 120,000 employees at 450 worldwide locations.

Danny is a 1971 graduate of Troy State University, where he earned bachelor's degrees in psychology and sociology, and received his master's degree in personal guidance and counseling in 1973, also from Troy State. He is certified as a Safety Professional in Management Aspects, and as a Hazardous Materials Manager at the Masters Level.



**Pat Dowson**

Also joining the World Headquarters EH&S staff is Pat Dowson, director, safety & environmental protection, Otis South Europe Area, as director, environment, health and safety programs. Pat will also be located at WHQ and will report directly to Danny. In his new assignment, Pat will be responsible for the success of a wide-range of new and innovative environment, health and safety programs within Otis. Initially, he will lead the creation and deployment of a multi-generation, multi-country, personalized safety and environmental service tool to provide immediate Internet access to current safety and environmental information, educational services and standard processes and procedures. Pat also will take the lead in the creation and deployment of an EH&S Leadership Training Project to

NICH000688

http://153.51.20.170/whq/people-&-places/personnel-announcements/_2001/April/Up0429.htm   5/4/01

enhance the EH&S skill set of Otis leadership worldwide.

Pat returns to the United States following a nearly 2 ½-year EH&S assignment in SEA. He joined Otis in 1966 as a mechanic in Otis Canada, and over the next 23 years held positions of increasing responsibility in construction, field and operations management, before being named manager, safety & environment in Dallas, Texas, in 1989. From 1993 to 1998, he served as manager, safety & environment at the former North American Operations headquarters, before being named to his current assignment in January 1999

Pat succeeds Brad Russell, who will join the environment, health & safety staff in the North America Area, reporting to Ray Moncini, vice president and senior area executive. Brad will work closely with Sue Nichani, senior manager, environment, health & safety for NAA, during a period of transition before she moves to a senior line management position within the North America Area.

Please join me in welcoming Danny to Otis, and in congratulating Pat and Brad on their challenging new assignments.

Steve Page
**President & Chief Executive Officer**
**Otis Elevator Company**