<u>**SUJATA NICHANI**</u>
<u>**VS.**</u>
<u>**UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY**</u>
**CIVIL ACTION NO. 3:02CV1384 (MRK)**

# Exhibit 14

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

NAA                                                                April 30, 2001

## Brad Russell to lead NAA Environment, Health & Safety

I am pleased to announce that Brad Russell, World Headquarters director of environment, health and safety programs, has been named director, environment, health and safety for North America Area, effective May 1. He succeeds Sue Nichani, who will work closely with Brad during a period of transition before assuming a senior NAA line management position in the near future. Brad will report directly to me and will be located at NAA Headquarters in Farmington.



**Brad Russell**

In his new assignment, Brad will continue our relentless drive toward achieving world-class performance in environment, health and safety. In this capacity, he will be responsible for overseeing all EH&S programs and initiatives in NAA to help us reach the UTC objective of achieving ten-fold improvement in our performance. This includes working with line management to develop and implement training programs and procedures, and supervising NAA-wide audits in our continuing efforts to root out unsafe work practices. Over the next few months, Brad will work closely with Sue to gain a rapid understanding of our field and factory operations.

Given his significant UTC and Otis EH&S background, Brad's appointment to NAA gives us all an opportunity to leverage his expertise and to continue the positive performance trend we have seen under Sue's EH&S leadership. Brad joined UTC's corporate office in 1989 as manager of human and natural resource protection assurance and was named director in May 1991. He assumed his current assignment at WHQ in January 2000, and has led the development of a wide-range of new and innovative environment, health and safety programs within Otis, including the use of the Internet to access current safety and environmental information, educational services and standard processes and procedures. Brad has also lead the creation and deployment of an EH&S Leadership Training Project to enhance the skills of Otis leadership worldwide in this vital area. He has a bachelor's degree in psychology from the University of Maryland and a master's degree in environmental health from East Tennessee State University.

This is also an appropriate time to thank Sue Nichani for her capable leadership of the NAA EH&S function since she assumed her current assignment in February 1999. Since then, NAA has experienced dramatic improvement in fatality prevention audit (FPA) activities, seeing our scores double over the last 10 quarters, and significant improvement in the number of serious accidents and lost time and severity rates. She also drove the development of new personal protective equipment (PPE) programs in such areas as gloves, material handling and standard processes, and established significant communications programs such as "Safety Stand Down" days as a fundamental means of changing behavior. I will be depending on her to assist Brad in his transition to NAA before she soon returns to the line in a senior management position.

Please join me in congratulating Brad on his important new NAA assignment, and in congratulating Sue on her many contributions to our ever improving EH&S performance.

Ray Moncini
Vice President
& Senior Area Executive
North America Area