<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 16

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

NAA

May 25, 2001

## Sue Nichani to continue leadership of NAA's Environmental, Health and Safety initiatives

Brad Russell, who was recently named to head the North America Area environmental, health and safety function, has informed me of his decision to pursue career opportunities outside of Otis. While I am surprised by his decision, Brad has made significant contributions to our worldwide EH&S efforts and I wish him continued success in his new endeavors.



Sue Nichani

I am very pleased, however, that Sue Nichani, who was considering other new line-management assignments, has elected to continue in her role as NAA senior manager, EH&S, reporting directly to me. In this capacity, she will continue to provide strong leadership in our relentless drive toward achieving world-class performance in environment, health and safety.

Sue's key objectives are unchanged – she will be responsible for overseeing all EH&S programs and initiatives in NAA to help us reach the UTC objective of achieving ten-fold improvement in our performance. This includes working with line management to develop and implement training programs and procedures, and supervising NAA-wide audits in our continuing efforts to root out unsafe work practices. Additionally, Sue will continue in her role as Business Practices Officer for NAA.

Please join me in continuing to provide your strong support of Sue's efforts and in ensuring that the safety of all Otis employees remains our most important value.

**Ray Moncini**
**Vice President**
**& Senior Area Executive**
**North America Area**