<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 17

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

Nichani, Susan
___

**From:**
**Sent:** Wednesday, June 20, 2001 1:51 PM
**To:** McGroary, Ellen
**Subject:** RE: Announcement Draft

Ellen,

That's fine. I will be in Tucson/Nogales next week. I am available this week if you are. Thanks, Sue.

-----Original Message-----
**From:** McGroary, Ellen
**Sent:** Wednesday, June 20, 2001 1:48 PM
**To:** Nichani, Susan
**Subject:** RE: Announcement Draft

Sue:

Why don't we get together and talk? I will have Diane set something up in the next week. I know this is a concern for you and it might be better if we talk it through rather than continuing to e-mail.

Thanks.
Ellen

-----Original Message-----
**From:** Nichani, Susan
**Sent:** Friday, June 15, 2001 5:08 PM
**To:** McGroary, Ellen
**Subject:** RE: Announcement Draft

Ellen,

Will you be responding to my email? Thanks, Sue.

-----Original Message-----
**From:** Nichani, Susan
**Sent:** Thursday, June 07, 2001 5:57 PM
**To:** McGroary, Ellen
**Subject:** RE: Announcement Draft

Ellen,

I have carefully evaluated your response and I still do not understand why this discrepancy exists.

Specifically, the scope of responsibilities, budget, size of operation, number of direct reports, domestic vs international responsibilities, impact of decisions, and who the position reports to did not change.

My skill, education, competencies and prior experience as it relates to our business exceed Brad Russell's. The Company admittedly said "he has a lot to learn" and "he doesn't know anything about our business." It was explained to me that he was put in the position for developmental reasons. So why am I "Fully Competent" as stated in ALL of my performance appraisals and he was "learning" his job, yet I am at a lower level and at lower compensation than he is? Why would Otis not pay us the same to do the same work?

Thanks, Sue.

-----Original Message-----
**From:** McGroary, Ellen
**Sent:** Wednesday, June 06, 2001 7:25 PM
**To:** Nichani, Susan
**Subject:** RE: Announcement Draft

Sue:

1

**Nichani, Susan**
___

**From:**
**Sent:** Friday, June 15, 2001 5:08 PM
**To:** McGroary, Ellen
**Subject:** RE: Announcement Draft

Ellen,

Will you be responding to my email? Thanks, Sue.

> -----Original Message-----
> **From:** Nichani, Susan
> **Sent:** Thursday, June 07, 2001 5:57 PM
> **To:** McGroary, Ellen
> **Subject:** RE: Announcement Draft
>
> Ellen,
>
> I have carefully evaluated your response and I still do not understand why this discrepancy exists.
>
> Specifically, the scope of responsibilities, budget, size of operation, number of direct reports, domestic vs international responsibilities, impact of decisions, and who the position reports to did not change.
>
> My skill, education, competencies and prior experience as it relates to our business exceed Brad Russell's. The Company admittedly said "he has a lot to learn" and "he doesn't know anything about our business." It was explained to me that he was put in the position for developmental reasons. So why am I "Fully Competent" as stated in ALL of my performance appraisals and he was "learning" his job, yet I am at a lower level and at lower compensation than he is? Why would Otis not pay us the same to do the same work?
>
> Thanks, Sue.
>
> > -----Original Message-----
> > **From:** McGroary, Ellen
> > **Sent:** Wednesday, June 06, 2001 7:25 PM
> > **To:** Nichani, Susan
> > **Subject:** RE: Announcement Draft
> >
> > Sue:
> >
> > Typically a job is graded based on several criteria:
> > scope of responsibilities
> > size of budget
> > size of operation
> > # of direct reports
> > domestic v. international responsibilities
> > impact of decisions
> > skill/education/competencies/prior experience required
> > who the position reports to (what level in the organization
> > etc., etc.
> >
> > In this case, the job wasn't re-graded. Brad was being moved into the position and he was "red-circled" in the process. This happens occasionally when we move individuals to a lower graded job. Within NAA, this most often occurs at the Branch level. For example, an individual might be a Grade 50 but for certain reasons (developmental, business circumstances, etc.) we move them to what is a Grade 49 job. Rather than re-grade the position, we "red-circle" the individual moving into the position. When that individual moves on, the job is backfilled at a Grade 49.
> >
> > Hope this helps.
> >
> > Ellen
> >
> > > -----Original Message-----

1

## Nichani, Susan

**From:**
**Sent:** Wednesday, June 06, 2001 9:59 AM
**To:** McGroary, Ellen
**Subject:** RE: Announcement Draft

Ellen,

I just want to make sure I understand what you are telling me.

Are you saying that the level of a position, and ultimately the compensation, is based on the individual in the position and not based on the duties and responsibilities of the position itself?

Thanks, Sue.

> -----Original Message-----
> **From:** McGroary, Ellen
> **Sent:** Tuesday, June 05, 2001 4:59 PM
> **To:** Nichani, Susan
> **Subject:** RE: Announcement Draft
>
> Sue:
>
> I'm sorry for the delay on this. I opened your e-mail and then forgot to respond.
>
> The answer to your question is that Brad brought the Director title with him from WHQ (and previously from UTC). With his departure, we reverted back to the old title. The Director title is only used for UTC executive-graded positions.
>
> Ellen
>
> > -----Original Message-----
> > **From:** Nichani, Susan
> > **Sent:** Tuesday, June 05, 2001 4:23 PM
> > **To:** McGroary, Ellen
> > **Subject:** FW: Announcement Draft
> >
> > Ellen,
> >
> > Will you be answering this question or is there someone else I should ask? Thanks, Sue.
> >
> > > -----Original Message-----
> > > **From:** Nichani, Susan
> > > **Sent:** Wednesday, May 23, 2001 1:20 PM
> > > **To:** McGroary, Ellen
> > > **Subject:** Announcement Draft
> > >
> > > Ellen,
> > >
> > > I received the draft of the announcement, thanks for dropping it by.
> > >
> > > However, I have to ask an obvious question, which is - Why is this job a senior manager level job when I am in it, a director level job when Brad Russell is in it, and a senior manager level job when I go back in it?
> > >
> > > Thanks, Sue.

1