<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 18

**to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment**

**Nichani, Susan**

| | |
|---|---|
| **From:** | Wulff, Robert A. |
| **Sent:** | Tuesday, June 26, 2001 9:12 PM |
| **To:** | Kurt Frei; Harvey, Tom; Ryan, Ed; Rinaldo, Lou; Michael Loeffler; Reardon, William; Nichani, Susan; Lukens, John; Datema, Doug; Schleicher, Dean |
| **Subject:** | Safety Topic |
| **Importance:** | High |

All;
Copy of safety topic.



men.pps

*Robert A. Wulff*
RFOM, New Equipment & Modernization
Western Region

1

NICH000740

# Why do men die younger ?

NICH000741



NICH000742



NICH000743



NICH000744

