<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
<u>CIVIL ACTION NO. 3:02CV1384 (MRK)</u>

# Exhibit 19

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

Wage and Tax Statement — Department of the Treasury–Internal Revenue Service

| | | |
|---|---|---|
| 8718 Copy 2 To Be Filed with Employee's City or Local Income Tax Return | 148469.82 | 32689.66 |
| OTIS ELEVATOR COMPANY | 13-5583389 | 72600.00 | 4501.20 |
| ONE FARM SPRINGS FARMINGTON CT 06032 | 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 | 158469.82 | 2297.81 |
| 053646700 SUJATA NICHANI RR 6800 DEL NORTE LANE, NO 224 DALLAS TX 75225 | C 132.60 D 10000.00 P 90.00 | MISC 22170.79 |
| CT 0592139-001 | 118939.62 | 5239.68 |

---

**W-2 (2001) — CT State Reference Copy**

- 1 Wages, tips, other comp. 135511.95
- 2 Federal income tax withheld 28501.84
- 3 Social security wages 80400.00
- 4 Social security tax withheld 4984.80
- 5 Medicare wages and tips 146011.95
- 6 Medicare tax withheld 2117.17
- a Control Number 101031 UP1  Dept. 000742  Corp. A  Employer use only 2007
- c OTIS ELEVATOR COMPANY, 1101 KENNEDY RD MS541-05, WINDSOR CT 06095
- b Employer's FED ID number 13-5583389
- d Employee's SSA number 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
- 12a C 191.28
- 12b D 10500.00
- 13 Ret. plan X
- e/f SUJATA NICHANI, RR, 4 WEST MARY DRIVE, SIMSBURY, CT 06070
- 15 State CT  Employer's state ID no. 0592139-000
- 16 State wages, tips, etc. 135511.95
- 17 State income tax 5925.23

**W-2 (2000) — CT State Filing Copy**

- 1 Wages, tips, other comp. 120979.00
- 2 Federal income tax withheld 25508.51
- 3 Social security wages 76200.00
- 4 Social security tax withheld 4724.40
- 5 Medicare wages and tips 131479.00
- 6 Medicare tax withheld 1906.44
- a Control Number 101031 UP1  Dept. 000742  Corp. A  Employer use only 2212
- c OTIS ELEVATOR COMPANY, 1101 KENNEDY RD MS541-05, WINDSOR CT 06095-0766
- b Employer's FED ID number 13-5583389
- d Employee's SSA number 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
- 12 C 162.00
- D 10500.00
- 15 Pension plan X  Deferred comp. X
- e/f SUJATA NICHANI, RR, 4 WEST MARY DRIVE, SIMSBURY, CT 06070
- 16 State CT  Employer's state ID no. 0592139000
- 17 State wages, tips, etc. 120979.00
- 18 State income tax 5292.06