<u>**SUJATA NICHANI**</u>
<u>**VS.**</u>
<u>**UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY**</u>
**CIVIL ACTION NO. 3:02CV1384 (MRK)**

# Exhibit 20

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

## Performance Feedback

**Employee:** Nichani,Sujata  **Position:** Mgr, EH&S Genlst  **Grade/Level:** L4  **Status:** Open
**Supervisor:** Moncini,Raymond J  **Start Date:** 01-JAN-02  **End Date:** 31-DEC-02  **Plan Type:** Annual

### Rater's Status
Show All
**Employee:** Nichani,Sujata (Not Released)  **Supervisor:** Moncini,Raymond J
**Invited Rater(s):** Lauterbach,Ervin F.
Reese,Danny L.

**Rating Scale For Objective Results:**
4 - Above Target
3 - Target
2 - Progressing
1 - Below Target
N/A - Objective No Longer Applies

### Objectives Section

**Category of Objective**

No Objectives Defined For The Plan

**Rating Scale For Overall Objective Rating:**
AT - Above Target
T - Target
BT - Below Target
N/A - Not Applicable

**Overall Objective Rating**

| Overall Objective Rating | Overall Objective Comments | Person |
|---|---|---|
| N/A | | Moncini,Raymond J |

**Rating Scale For Competency Results:**
4 - Competency Expertly Applied
3 - Competency Fully Evident
2 - Competency Somewhat Evident
1 - Competency Not Evident or Not Adequate
N/A - Not Applicable/No Observation

### Competency Section

**Competency Area: Strategic Leadership**

| Rating | Comments | Person |
|---|---|---|
| 1 | The behavior that does not allow compliance to corporate policy indicates a significant deficiency in this area. NAA is in the difficult position of not implementing specific WHQ and UTC initiatives due to Sue's resistance or desire not to communicate with her functional area. The issues with fist grips, electrical protective gloves, audible alarms on false cars are just a few examples where we are not compliant due to Sue's election not to implement these changes. When there are practical reasons not to implement a specific change Sue has elected to ignore the change as opposed to active engagement and involving senior leadership including me. As a staff member Sue must support both the branches as well as deploy policies. There is clearly an issue with leadership. | Moncini,Raymond J |
| 1 | In my opinion this is Sue's greatest area of opportunity. Her position should be one of providing a clear vision of where our EH&S program is headed, and "how" we are going toget there. A necessary component is to convey the requirements from WHQ. | Lauterbach,Ervin F. |

| Rating | Comments | Person |
|---|---|---|
| | She should be thinking about "how" to get the program and its result to the next level. Questions should be asked such as Should we spend more time and effrot on the behavioral aspect? | |
| 1 | Strategic leadership is not evident. Sue has not taken ownership and responsibility for EHS and has been reluctant to get involved in and lead intergration efforts for CEMCO and NAES businesses.<br>Does not consistantly provide clear vision for the organization and for her direct reports. | Reese,Danny L. |

**Competency Area: Developing Talent**

| Rating | Comments | Person |
|---|---|---|
| 2 | Lou Deloreto is a very solid performer and Sue has helped in his development. I have not seen the same type of activity with the other regional safety managers. Her failure to make the necessary hires compromises NSAA's ability to meet all safety requirements. | Moncini,Raymond J |
| 1 | I do not see any evidence of Sue recruiting and/or developing EH&S talent across NSAA. Not only do we have vacancies, but we have struggled to place good people in these key assignments. It took two RVP's (Frask & Lauterbach) to collaborate to effect the change to replace Ray Downs, and the vacancy still exists, with Lou Deloreto being shared across three regions. | Lauterbach,Ervin F. |
| 1 | Sue failed to provide a development plan for Mark Holsworth despite being requested to do so and actively promoted Mark as a viable candidate for the NAES EHS supervisors position despite his lack of EHS experience and business communication skills. Sue has not provided performance feedback for all of her direct reports and has failed to lead effective recruiting efforts for open EHS positions in NSAA | Reese,Danny L. |

**Competency Area: Customer Focus**

| Rating | Comments | Person |
|---|---|---|
| 2 | Sue is focused on the field but does not proactively help the RVPs in a systematic fashion. A good example is the lack of progress on the accident rate and the mechanic behavioral issue. Sue has not provided any new approaches that would address this critical area. | Moncini,Raymond J |
| 2 | | Lauterbach,Ervin F. |
| 2 | Sue has failed to develop positive working relationships with Otis WHQ EHS staff and is often not responsive to requests for information and general communication. Her performance in this respect has improved from time to time but is not sustained. | Reese,Danny L. |

**Competency Area: Adaptability**

| Rating | Comments | Person |
|---|---|---|
| 1 | Sue has not adapted to her role as the safety professional who is part of the larger UTC EH&S team. She has ignored this critical management responsibility by her singular field focus, particularly in NE methods. | Moncini,Raymond J |

**Competency Area: Analytical Thinking**

| Rating | Comments | Person |
|---|---|---|
| 3 | Analytical work is normally very good. | Moncini,Raymond J |

**Competency Area: Business Innovation**

| Rating | Comments | Person |
|---|---|---|
| 1 | It is clear that the safety program needs to be refreshed to help deal with the behavioral aspects of the mechanics. Sue has not provided any new ideas in this area. Yes, there are new material handling tools and other PPE changes but the | Moncini,Raymond J |

base issue still remains unsolved.

### Competency Area: Business Judgment

| Rating | Comments | Person |
|---|---|---|
| 1 | The refusal to comply with policies and practices shows very poor business judgment. The refusal to implement the UTC specified MELT training initiative shows a clear lack of judgement that impacted NSAA. | Moncini,Raymond J |

### Competency Area: Communication Skills

| Rating | Comments | Person |
|---|---|---|
| 2 | Communication is clear when Sue elects to communicate. However, there are times when Sue is unavailable and fails to communicate our progress or the issues we face. There is also a significant failure to communicate issues with WHQ and the NSAA staff. | Moncini,Raymond J |
| 2 | Sue is very responsive, and appears to have good follow up skills. She keeps information moving, and reacts in a timely fashion. My only suggestion here is that I would prefer she spend more time and effort on an issue and wrestle it to the ground - adding real value in the process for the local offices and regions. Just moving the information or dissemminating it quickly is not what helps move our program forward. | Lauterbach,Ervin F. |
| 2 | Sue is often difficult to communicate with and has made very little effort to proactively communicate with WHQ EHS personnel. Sue has good verbal communication skills and is articulate. | Reese,Danny L. |

### Competency Area: Forward Thinking

| Rating | Comments | Person |
|---|---|---|
| 1 | Sue has not developed any new, creative plans that will move our safety performance to a higher level. | Moncini,Raymond J |
| 1 | Sue seems to be ver ygood at reacting - whether it be to a serious accdident, a new safetyu requirement or product change.<br>What we need a person in her job to do is be thinking about the future of our program. Identify the future goals, objectives, and put in place what is needed to ensure that they are attained. | Lauterbach,Ervin F. |

### Competency Area: Focus on Results

| Rating | Comments | Person |
|---|---|---|
| 2 | Incident rate is not to target level although improved over 2001. Lost time and severity rates are consistent with 10X target but indicates that we manage well after accidents occur. There has to be a new drive to deal with the root cause — mechanic behavior and the effectiveness of our training. | Moncini,Raymond J |

### Competency Area: Listening

| Rating | Comments | Person |
|---|---|---|
| 1 | As stated, Sue seems to think that she has all of the answers or is only willing to take input from a few functional experts like NE field operations or labor relations. She has elected not to work closely with or listen to HR, legal and her functional area. | Moncini,Raymond J |

### Competency Area: Teamwork

| Rating | Comments | Person |
|---|---|---|
| 1 | There is really no feeling of teamwork in the safety community. I have been told by the line VPs that there is an issue with Sue's leadership. She fails to focus and align her team. As a result, the safety managers associate more closely with the regions than with Sue or the function. | Moncini,Raymond J |

| | | |
|---|---|---|
| 2 | Sue does not seek out opportunities to participate in team activities and has not embraced working across organizational boundaries. | Reese, Danny L. |

**Competency Area: Technical/Functional**

| Rating | Comments | Person |
|---|---|---|
| 1 | Sue is focused on branch operations, knows the field organization and the field issues and understands the elevator technical issues related to EH&S. However, the the number of safety manager job openings and the time to fill the positions is a problem. The regional EH&S coverage issues has resulted in frustration, training issues, including a resistance and failure to implement MELT training and overall leadership voids in the field when it comes to safety. Does not know how to work the relationships to her benefit. | Moncini, Raymond J |
| 2 | | Lauterbach, Ervin F. |
| 2 | Sue has good product and field operations knowledge. She has not shown interest in developing environmental technical skills and has not endeavored to improve her EHS management systems implementation skills.<br>She has developed good understanding of OSHA standards and is knowledgeable in workers compensation administration | Reese, Danny L. |

**Development And Career Planning Section**

**Development and Career Planning Summary**

Comments Not Available

**Summary Rating Section**

**Rating Scale For Assessment of Overall Rating:**
EP - Exceptional Performance
FC - Fully Competent Performance
P - Progressing
U - Unsatisfactory Performance/Improvement Required

**Summary Rating And Comments**

| Overall Rating | Supporting Comments | Person |
|---|---|---|
| U | Sue has failed in her job as the EH&S leader in NSAA. The deficiencies in deploying critical UTC and Otis policies and practices to NSAA is a critical flaw in Sue's performance. She is focused on the field often to the detriment of her important role in keeping the Area in compliance with policies and practices. She has failed to build relationships and in fact has put up barriers between NSAA and WHQ and UTC that are resulting in at least poor audit scores and potentially accidents. This refusal to engage her functional area cannot continue. She has not engaged her staff colleagues as necessary, specifically, HR help for staffing or legal help in critical investigations. There has been no new thinking on her part to deal with mechanic behavior in the field—a critical issue as we work towards an accident free environment. In view of the critical role of safety in this organization and these significant failings, I cannot continue to have Sue as the EH&S manager in NSAA. | Moncini, Raymond J |

**Signature Section**

**Signature**
Supervisor's Signature:  Not Signed

**Employee's Signature:**   Waiting For Supervisor's Signature