SUJATA NICHANI
VS.
UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 24

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

## Nichani, Susan

**From:** Moncini, Raymond
**Sent:** Monday, January 13, 2003 8:47 AM
**To:** Nichani, Susan
**Subject:** RE:

Sue,
I am confused about this, please stop by when you have a minute, thanks.

-----Original Message-----
**From:** Nichani, Susan
**Sent:** Friday, January 10, 2003 5:28 PM
**To:** Moncini, Raymond
**Subject:**

**Ray - attached is the WWJSSS that refers to the issue of homemade slings, u-bolts, fist grips, etc.**

**Hoisting and Rigging**

Rigging practices shall conform to the standards approved in the country of use. If no rigging practices exist, they should be developed with the assistance of a licensed professional engineer. Safe practices shall include but are not limited to the following:

A. Machines/Hoisting devices (e.g. gasoline powered, electric winches, chain falls, etc.) must be used and maintained in accordance with manufacturer recommendations.

B. Manufacturer recommended load capacities on rigging hardware (e.g. turnbuckles, shackles, hooks, eyebolts, wire rope clips/clamps) - shall not be exceeded. Application of these devices must be in accordance with manufacturer recommendations (e.g. thimbles must be used in the eyes of all rope, slings shall not be shortened with knots or other devices, slings shall be padded or protected from sharp edges or 90 degree or greater bends).

Effective 31 December 2000, all Otis Companies must eliminate the use of wire rope clips as part of New Equipment, Modernization, and Service Repair Standard processes and substitute appropriately designed pre-formed slings, shackles, and properly engineered lifting devices. Standard processes included in this ruling are hoisting and hanging of cars, counterweights, machines, controllers, drives, and generators.

Effective 31 December 2001, all Otis Operations must have eliminated the use of U-Bolt wire rope clips for ALL hoisting and rigging activities in repair, modernization, and new equipment. If circumstances require a special sling to be fabricated in the field, a documented Job Hazard Analysis (JHA) and request for deviation must be reviewed and approved by the President or Managing Director. These slings can only be fabricated using Double Saddle clips (or other approved alternative) and installed according to manufacturer's recommendations.

The following figures are provided as reference:

U-Bolt Type Clips to be eliminated.
    << OLE Object: Picture (Metafile) >>

Double Saddle clips:

D. Reeving must be done so that the hoisting strain comes on the center of the blocks and they are prevented from toppling, twisting and causing injury to the rope by cutting across the edges of the reeve block.

E. General

1. Responsible personnel (i.e. mechanic-in-charge, lead person, foreman, etc.) will be instructed regarding safety standards and proper application of all rigging and lifting equipment.

2. A system of communication (e.g. hand signals) must be established and used for all hoisting/lifting operations.

3. All rigging and lifting equipment (including hoists, ropes, hooks, etc.) shall be inspected initially before the equipment is placed in service and at least once each year thereafter. Inspections shall only be made by responsible personnel who are trained and competent to perform such inspections. Written records of initial and periodic inspections must be maintained and the equipment must be marked to indicate the last inspection date.

4. All rigging and lifting equipment shall be visually inspected before each use for defects and deformation. Defective devices shall be immediately removed from service.

5. All personnel shall be kept clear of suspended loads.

6. Tag lines or guides shall be used when loads are likely to swing or pass through a restricted area.

F. All new equipment must be designed to incorporate proper hoisting provisions, tools and instructions.

*Sue Nichani*
Sr Mgr, Safety & Environment
Sr Business Practices Officer

E-mail: nichanis@otis.com
Phone: (860)676-6582

<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 25

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

Internal Correspondence 

June 7, 2000

To:         Pat Gnazzo

cc:         Ray Moncini

From:       Doug Lint

Subject:    Area BPO Nomination

Ray Moncini is recommending the appointment of Sue Nichani as Business Practices Officer for North America Area. Sue will succeed Bill Bridge.

Sue is Senior Manager, EH&S for NAA. She joined the company in 1990 as a sales engineer in the Manhatten office. Over the next several years, she held a number of increasingly responsible assignments in sales and field operations management. Sue was appointed to her current position in April 1999. She holds both a B.S. and M.S. in Industrial Engineering and is pursuing her M.B.A.

I have met with Sue to discuss the duties of Area BPO and I'm enthusiastic about her candidacy as Area BPO. Through her experience in the EH&S role, Sue is well acquainted with the logic and process behind the Ethics Credo. She sees clearly the linkage between the ethics and safety functions and is excited about taking on the business practices responsibility.

I am pleased to recommend her appointment to you for approval.

*Doug*

Approved: Pat Gnazzo 06/08/00

NICH001090

<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# Exhibit 26

to Defendants' Memorandum of Law
in Support of Its Motion for Summary Judgment

# Nichani, Susan

**From:** Reese, Danny
**Sent:** Friday, December 06, 2002 5:01 PM
**To:** Nichani, Susan
**Subject:** RE: Final agenda - EH&S Planning Meeting

Sue,

Good feedback ... thanks.

Danny

-----Original Message-----
**From:** Nichani, Susan
**Sent:** Friday, December 06, 2002 4:50 PM
**To:** Stott, Sandra; Moeller, Axel; Dillard, Jean-Louis; Risnic, Boris; Hirami, Hideyuki; Towill, Bruce E; Alonso-Pascual, Carlos
**Cc:** Reese, Danny; Blasi, Pat
**Subject:** RE: Final agenda - EH&S Planning Meeting

Sandi,

Sorry, I meant to send my ideas, but then forgot.

I have one main request. It is to analyze the accident data we input to the S&E system and develop worldwide programs/processes to address the top injuries. I think it would be helpful if someone could review and extract the best of all operations from all over the world ideas and combine it into one standard program that all the areas could use. I think that this may require us to change some of the fields in the S&E system also. The last time I saw some of the aggregate data, it appeared that many accidents went into the other or unknown category (maybe we should eliminate this field if this is till the case).

I have another request also. It is to get field operations input on WWJSSS, either through representation on the committee or via subcommittees. I think this will help us develop the right policies and implement them more quickly. We may also want to implement a committee to review the standards to make sure they are clear. I personally am still experiencing confusion on the fist grip issue. The other issue I experience is that when the field ops does not agree with the decision, it is very difficult to get implemented.

I would also like to see our EHS council meetings resumed. I really enjoy the part when we are able to share our best practices. I still use the information that Jean-Louis gave us when we visited his training center in Argentieul.

Thanks, Sue.

-----Original Message-----
**From:** Stott, Sandra
**Sent:** Friday, December 06, 2002 2:34 PM
**To:** Moeller, Axel; Dillard, Jean-Louis; Risnic, Boris; Hirami, Hideyuki; Towill, Bruce E; Nichani, Susan; Alonso-Pascual, Carlos
**Cc:** Reese, Danny; Blasi, Pat
**Subject:** FW: Final agenda - EH&S Planning Meeting

Area Directors:

Note that our WHQ group will be getting together in about a week to discuss the WHQ EH&S strategy for next year. Please see the attached agenda. If you have any information from your area that you would like us to consider when developing our plan, please send it to me by the end of Thursday, 12 December, 2002.

Note that this is essentially the same request we put out to you in October and November when preparing for UTC strategy meetings that were held in November. We did not receive feedback from any area in response to that request. *We would, however, very much like to consider your needs when developing our EH&S strategy and plans, so we would appreciate a response this time!*

Thanks,
Sandi.

NICH001213

Sandra Stott
WHQ Environment, Health & Safety
Global Supply Chain and Acquisition Programs
tel: 617-592-5301
fax: 617-536-2582
e-fax: 860-998-3004


-----Original Message-----
**From:** Stott, Sandra
**Sent:** Friday, December 06, 2002 2:27 PM
**To:** Beck, Tim; Dowson, Patrick A; Tinone, Helio (WHQ); Pepin, Elaine; LaValley, Kim; Blasi, Pat
**Cc:** Reese, Danny
**Subject:** Final agenda - EH&S Planning Meeting

Hi everyone,

Attached is the final agenda for our strategy meeting 16-18 December. Note that it has been re-worked to basically follow the flow of the skeleton 3-year plan document that we sent out a couple of months back.

We have 3 "visitor" agenda items. Rick Bennett and Ari Bousbib will be coming in the first day to present UTC and Otis strategies, respectively. There will likely be time for Q&A with Rick, but Ari's schedule has only allowed him to be with us for 15 minutes, so there may not be much time for Q&A with him.

**What you need to do to prepare:**
Instead of individuals presenting their personal plans for 2003, we are going to attempt to create an overall strategy for WHQ as a group. In a few cases, you will see names next to certain agenda items. If your name appears, please be prepared to present your analysis of those topics to lead the group discussion. Where it says "all" on the agenda, please be prepared to discuss the aspect of that topic that pertains to your area. For example, in the emerging issues section, there may be a wellness issue that Kim or Elaine brings up, a new code issue that Helio brings up, etc.

Tim provided the only feedback on the draft version of the agenda, asking that we have more time for interaction, some time to discuss management accountability, and time to discuss professional development of the global EH&S staff. I think the latest agenda format lends itself to more discussion, in general. Accountability can be discussed during either the SP-001 analysis or Otis SEP analysis sections on Monday/Tuesday, and professional development can be discussed during the resource planning section on Wednesday.

<< File: EHS StrategyMeetingAgenda.doc >>

If anyone has questions/comments about the meeting, please call me Monday. I will be traveling Tues-Thur.

Thanks,
Sandi.
Sandra Stott
WHQ Environment, Health & Safety
Global Supply Chain and Acquisition Programs
tel: 617-592-5301
fax: 617-536-2582
e-fax: 860-998-3004