UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY | : | |
| | : | |
| Defendants. | : | JULY 21, 2005 |

## SUPPLEMENTAL MATERIALS FOR
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On July 7, 2005, this Court heard oral argument for Defendant's Motion for Summary Judgment, and requested a copy of United Technologies Corp. and Otis Elevator Company's "Code of Ethics." A copy of the Code that was in effect during Plaintiff's termination is attached hereto as Exhibit 1. This Court also ordered supplemental briefing on Plaintiff's common law wrongful discharge claim. See Third Amended Complaint, Count Eleven. The parties, however, have stipulated to a dismissal of Count Eleven of the Complaint, with prejudice and without costs, thereby making supplemental briefing unnecessary. The parties' Stipulation of Dismissal was filed in this Court on July 20, 2005.

THE DEFENDANTS,
UNITED TECHNOLOGIES CORP. and
OTIS ELEVATOR COMPANY


By     /s/ Albert Zakarian

    Albert Zakarian (ct04201)
    Douglas W. Bartinik (ct26196)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, CT 06103-3499
    (860) 275-0100 (telephone)
    (860) 275-0343 (facsimile)
    *azakarian@dbh.com*
    *dwbartinik@dbh.com*

    Their Attorneys

## **CERTIFICATION**

      I hereby certify that the foregoing was sent via regular mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

                                                                         /s/
                                                       Albert Zakarian