United Technologies Corporation

# Code of Ethics

## A Message from the CEO

Dear UTC Colleague:

The subject of this booklet is ethics, and it is a subject about which all of us should have strong and aligned views.

I can state mine simply: The employees of UTC must hold themselves to the highest ethical and legal standards of conduct. We must have a spotless, perfect record, period.

The UTC Code of Ethics guides us on how to manage specific business activities we engage in every day. It helps define what is allowed and not allowed.

Further to help steer our actions in our global environment, we have established throughout UTC and its subsidiaries a network of Business Practices/Compliance Officers. When we involve them early, which we must always do, these men and women can help resolve questions and guide actions.

No one of us wants to be part of an organization with anything less than the highest ethical standards. We can and should be proud of UTC, but we must recognize that it takes even more effort to build and maintain a good corporate reputation than it does to build a good product. We need relentless attention to this most critical task, every day.

This Code's purpose is guidance. Please read it carefully and keep it continually in mind. If a situation arises, ever, whether it involves you directly, indirectly, or even not at all, which raises a question in your mind as to ethical or legal compliance, it is your obligation to communicate this to your company. Speak with your supervisor, your peers or, better yet, your Business Practices/Compliance Officer.

Alternatively, use *DIALOG* and even send it directly to me. This issue is critically important to me, as it is to you and to all of us.

Sincerely,

*[signature]*

George David
Chairman and Chief Executive Officer

### Corporate Principles

United Technologies is committed to the highest standards of ethics and business conduct. This encompasses our relationships with our customers, our suppliers, our shareowners, our competitors, the communities in which we operate, and with each other as employees at every organizational level. These commitments and the responsibilities they entail are summarized here.

### Our Customers

Our primary responsibility is to those who use our products and services. We are committed to providing high quality and value, fair prices and honest transactions. We will deal both lawfully and ethically with all our customers.

### Our Employees

We are committed to treating one another fairly and to maintaining employment practices based on equal opportunity for all employees. We will respect each other's privacy and treat each other with dignity and respect irrespective of age, race, color, sex, religion, or nationality. We are committed to providing safe and healthy working conditions and an atmosphere of open communication for all our employees.

### Our Suppliers

We are committed to dealing fairly with our suppliers. We will emphasize fair competition, without discrimination or deception, in a manner consistent with long-lasting business relationships.

### Our Shareowners

We are committed to providing a superior return to our shareowners and to protecting and improving the value of their investment through the prudent utilization of corporate resources and by observing the highest standards of legal and ethical conduct in all our business dealings.

### Our Competitors

We are committed to competing vigorously and fairly for business and to basing our efforts solely on the merits of our competitive offerings.

### Our Communities

We are committed to being a responsible corporate citizen of the worldwide communities in which we reside. We will abide by all national and local laws, and we will strive to improve the well-being of our communities through the encouragement of employee participation in civic affairs and through corporate philanthropy.

**Standards of Conduct**

**Introduction**

Our Code of Ethics, comprised of our Corporate Principles and these Standards of Conduct, governs our business decisions and actions. The Code is an expression of fundamental values and represents a framework for decision-making. The Code is further explained and implemented in policy circulars and policies included in the Corporate Policy Manual. The integrity, reputation, and profitability of United Technologies ultimately depends upon the individual actions of our employees, representatives, agents and consultants all over the world. Each is personally responsible and accountable for compliance with our Code. In addition, any representatives, agents or consultants utilized by the Corporation shall be prohibited from acting on its behalf in any manner which is inconsistent with the standards of conduct applicable to employees under the Code of Ethics.

These Standards of Conduct serve to assist in defining our ethical principles and are not all-encompassing. The Standards must be interpreted within the framework of the laws and mores of the jurisdictions in which we operate, as well as in light of UTC policies and good common sense. Reasons such as "everyone does it" or "it's not illegal" are unacceptable as excuses for violating our Standards. We must each be mindful of avoiding at all times, on and off the job, circumstances and actions that give even the appearance of an impropriety or wrongdoing which could discredit the Corporation.

These Standards of Conduct will be enforced equitably at all organizational levels.

**Standards of Conduct**

| | | |
|---|---|---|
| 1.0 | **Customers and Suppliers** | Page 5 |
| 1.1 | Conflicts of Interest | |
| 1.2 | Antitrust Compliance | |
| 1.3 | U.S. Government Procurements | |
| 1.4 | Product Quality and Safety | |
| 1.5 | Marketing and Selling | |
| 1.6 | Consultants, Representatives and Agents | |
| 1.7 | Protection of Proprietary Information | |
| 1.8 | Suppliers, Vendors and Subcontractors | |
| 1.9 | Error Reconciliation | |
| 2.0 | **Employees** | Page 8 |
| 2.1 | Equal Employment Opportunity | |
| 2.2 | Workplace Environment | |
| 2.3 | Drug and Alcohol Abuse | |
| 2.4 | Employee Privacy | |
| 2.5 | Communication | |
| 2.6 | Employee Development | |
| 2.7 | Compensation and Benefits | |
| 3.0 | **Shareowners** | Page 11 |
| 3.1 | Return on Investment | |
| 3.2 | Protection of Assets | |
| 3.2.1 | Tangible Assets | |
| 3.2.2 | Intellectual Property | |
| 3.3 | Accuracy of Company Records | |
| 3.4 | Shareowner Communication | |
| 4.0 | **Worldwide Communities** | Page 12 |
| 4.1 | Political Contributions | |
| 4.2 | Employee Involvement in the Political Process | |
| 4.3 | Export Control | |
| 4.4 | Improper Payments | |
| 4.5 | International Boycotts and Restrictive Trade Practices | |
| 4.6 | Local Laws and Customs | |
| 4.7 | Environmental Issues | |
| 4.8 | Community Support | |
| 5.0 | **Competitors** | Page 15 |
| 5.1 | Antitrust Law | |
| 5.2 | Competitive Information | |
| 5.3 | Marketing, Selling and Advertising | |
| 6.0 | **Employee Responsibilities** | Page 16 |
| 6.1 | Compliance | |
| 6.2 | Reporting Violations | |

> **Special care must be taken to comply with the unique and special rules of the Government procurement process.**

## 1.0 Customers and Suppliers

### 1.1 Conflicts of Interest

UTC employees must deal with suppliers, customers and others doing business with the Corporation in a manner that avoids even the appearance of conflict between personal interests and those of the Corporation. This requirement applies equally to business relationships and personal activities. The UTC Policy governing Conflicts of Interest provides specific guidance relative to employee conduct in the areas of:

*Direct or indirect financial or stock ownership interest in UTC suppliers, customers or competitors.*

*Seeking or accepting gifts or any form of compensation from suppliers, customers or others doing business, or seeking to do business with the Corporation. See UTC's policy circular entitled "Business Gifts from Suppliers".*

*Directorships, employment with or voluntary service rendered to another company or organization.*

*The use of confidential or non-public information that may be acquired in the course of employment-related activities.*

### 1.2 Antitrust Compliance

UTC will comply with the Antitrust laws of every jurisdiction in which the Corporation does business, both within and outside the United States. Every employee, no matter what position he or she holds in the Corporation, is responsible for compliance with the applicable Antitrust laws.

The UTC Antitrust Compliance Policy Statement provides guidance relative to the prohibition of "reciprocity agreements" in the purchase of products and services from suppliers.

See UTC's policy circular entitled "Antitrust Guide for Employees".

### 1.3 U.S. Government Procurements

As a supplier to the United States Government, the Corporation expects all UTC employees and any consultants used by the Corporation to comply with the laws and regulations governing Government procurements.

The UTC Policy Statement on Business Ethics and Conduct in Contracting With the United States Government provides specific guidelines and requirements associated with government contracting.

Special care must be taken to comply with the unique and special rules of the Government procurement process and to ensure the accuracy of all data submitted to the U.S. Government.

The Corporation is also committed to compliance with foreign government procurement laws which are applicable to UTC business activities outside the United States.

### 1.4 Product Quality and Safety

All operating units of the Corporation have the responsibility to design, manufacture and deliver quality products. All required inspection and testing operations must be completed properly.

Likewise, all UTC products must be designed, produced and delivered with the safety and health of our customers and product users as a primary consideration.

These standards of product quality and safety must be reflected in the operating policies and procedures of UTC entities worldwide.

> **Consultants, representatives and agents of the Corporation must not act on the Corporation's behalf in any manner which is inconsistent with our Code of Ethics.**

> **UTC suppliers, vendors and subcontractors will be treated with fairness and integrity.**

### 1.5 Marketing and Selling

It is our responsibility to understand our customers' requirements and to satisfy those requirements by offering quality products and services at competitive terms and prices.

We will sell our products and services honestly, based upon their merits, and will not pursue any sale that requires us to act unlawfully or in violation of these standards to win.

### 1.6 Consultants, Representatives and Agents

When it is necessary to engage the services of an individual or a firm to consult for or otherwise represent UTC, special consideration must be given to avoiding conflicts of interest between the Corporation and the person or firm to be employed. Consultants, representatives and agents of the Corporation must not act on the Corporation's behalf in any manner which is inconsistent with the standards of conduct applicable to employees under the Code of Ethics or any applicable laws or regulations.

Corporate domestic entities and foreign entities to the extent they engage consultants to perform services in the United States, or services which involve a business relationship with any U.S. federal, state, or local government, must follow the UTC Policies and Procedures for the Engagement of Consultants. Sales and marketing services outside the United States must be in accordance with the UTC Policy on Payments to Non-U.S. Sales Representatives.

### 1.7 Protection of Proprietary Information

All UTC employees will respect the proprietary information and trade secrets of our customers and suppliers. New employees are not to divulge the proprietary information of their former employers. UTC employees will not disclose any proprietary information of customers or suppliers unless the release or disclosure is properly authorized by the individual or firm owning the information.

### 1.8 Suppliers, Vendors and Subcontractors

It is UTC policy to purchase all equipment, supplies and services on the basis of merit. UTC suppliers, vendors and subcontractors will be treated with fairness and integrity and without discrimination.

Employees who deal with suppliers or potential suppliers will be guided by the UTC Policy governing Conflicts of Interest.

### 1.9 Error Reconciliation

It is UTC policy to advise customers and suppliers of any clerical or accounting errors and promptly to effect correction of the error through credits, refunds or other mutually acceptable means.

### 2.0 Employees

### 2.1 Equal Employment Opportunity

It is UTC policy to afford equal employment opportunity to qualified individuals regardless of their race, religion, color, national origin, age, sex, handicap or other factors not related to UTC's legitimate business interests.

This policy applies to all phases of the employment relationship, including hiring new employees, promotions, selection for training programs, compensation administration and benefit programs.

> United Technologies operates on the firm belief of respect for employee privacy and dignity.

> Communication channels will be provided that encourage self-expression and open avenues relative to employee opinions, attitudes and concerns.

### 2.2 Workplace Environment

UTC is committed to providing its employees a workplace that is free from recognized safety and health hazards and a work environment free from discrimination, harassment or personal behavior not conducive to a productive work climate.

The management of each UTC entity worldwide is responsible for establishing and maintaining UTC approved policies which assure compliance with this commitment.

### 2.3 Drug and Alcohol Abuse

All UTC entities worldwide will abide by applicable laws and regulations relative to the possession or use of alcohol and drugs. UTC policy prohibits the illegal use, sale, purchase, transfer, possession or presence in one's system of drugs, other than medically prescribed drugs, while on Company premises.

Similarly, UTC policy prohibits the use, sale, purchase, transfer or possession of alcoholic beverages by employees while on Company premises, except as authorized by the Company.

### 2.4 Employee Privacy

United Technologies operates on the firm belief of respect for employee privacy and dignity. It is UTC policy to acquire and retain only employee personal information that is required for effective operation of the Corporation or that is required by law in the jurisdictions in which we operate. Access to such information will be restricted internally to those with a recognized need to know.

United Technologies will comply with all applicable laws regulating the disclosure of personal information about employees. In any location where applicable law does not regulate the release of such information, the Company will adopt policies designed to protect such information from unreasonable disclosure.

The Corporation's respect for employee privacy normally precludes any concern relative to personal conduct off the job, unless such conduct impairs the employee's work performance or affects the reputation or legitimate business interests of the Corporation.

### 2.5 Communication

UTC will provide its employees with timely information on business results, product performance, customer relations and employee achievements. Communication channels will be provided that encourage self-expression and open avenues relative to employee opinions, attitudes and concerns.

The Corporation is committed to supporting the UTC Ombudsman's authority to review in confidence employees' concerns, as well as supporting the confidential written *DIALOG* program, and to ensure proper management response. No retribution will be taken against any employee for contacting the UTC Ombudsman, any level of supervision, the Legal Department, the Business Practices/Compliance Officer, or Human Resources representatives to express concerns with business policies or practices. However, the use of these communication channels to report a wrongdoing will not absolve an employee from accountability for personal involvement in such wrongdoing.

### 2.6 Employee Development

The Corporation is dedicated to promoting employee self-development through assistance in improving and broadening work-related skills.

### 2.7 Compensation and Benefits

UTC compensation programs and levels will be based on attracting, motivating, and retaining competent, dedicated personnel. Compensation and benefits programs will be consistent with remaining competitive in our worldwide marketplaces.

### 3.0 Shareowners

### 3.1 Return on Investment

It is one of United Technologies Corporation's basic objectives to earn a profit in an ethical manner in order to make investments in the Corporation's future and to provide a superior return on our shareowners' investments.

### 3.2 Protection of Assets

#### 3.2.1 Tangible Assets
Every UTC employee is responsible for the proper use, conservation and protection of Corporate assets, including its property, plants and equipment. The management of each UTC entity is responsible for establishing and communicating to employees the policies and procedures necessary to meet these responsibilities.

#### 3.2.2 Intellectual Property
UTC employees frequently have access to the intellectual property of the Corporation, such as inventions, sensitive business information, and sensitive technical information, including computer programs, product designs, and manufacturing expertise. All employees are charged with the responsibility to use and protect these assets in accordance with applicable UTC intellectual property agreements and the guidelines contained in UTC policies regarding Information Protection.

### 3.3 Accuracy of Company Records

UTC business transactions worldwide must be properly authorized and be completely and accurately recorded on the Company's books and records in accordance with generally accepted accounting practice and established UTC financial policy. Budget proposals and economic evaluations must fairly represent all information relevant to the decision being requested or recommended. No secret or unrecorded cash funds or other assets will be established or maintained for any purpose.

The retention or proper disposal of Company records shall be in accordance with established UTC financial policies and applicable statutory and legal requirements.

### 3.4 Shareowner Communication

UTC will comply with all laws and regulations governing the public disclosure of business information. All public statements, whether oral or written, must be accurate with no material omissions. All public disclosures will be made in accordance with the UTC Corporate Policy Manual Section 30.

### 4.0 Worldwide Communities

### 4.1 Political Contributions

United Technologies will comply with all national, state and local laws regulating its participation in political affairs, including contributions to political parties, national political committees, or individual candidates.

### 4.2 Employee Involvement in the Political Process

UTC encourages all employees to be informed voters and to be involved in the political process.

> It is UTC policy to abide by the national and local laws of the countries in which we operate, unless prohibited by U.S. law.

Personal participation, including contributions of time or financial support, shall be entirely voluntary.

Employees, representatives, consultants or agents who are designated to represent the Corporation or its entities must comply fully with all applicable laws and UTC policies relevant to participation in political and public affairs.

### 4.3 Export Control

It is the policy of UTC to comply fully with the export control laws of the United States and all other jurisdictions in which we operate worldwide.

UTC's policy on Export/Import Controls and Economic Sanctions contains specific guidance relative to:

*obtaining the proper export authorization;*

*establishing the eligibility of export recipients;*

*the proper execution and delivery of required documentation;*

*record retention.*

See UTC's policy circular entitled "International Trade Controls: A Compliance Guide".

### 4.4 Improper Payments

All employees will abide by the provisions of the Foreign Corrupt Practices Act. Business transactions will be governed by UTC policies regarding Payments to Non-U.S. Sales Representatives.

See UTC's policy circular entitled "Improper Payments".

### 4.5 International Boycotts and Restrictive Trade Practices

United Technologies' business entities worldwide will enforce the provisions of the UTC Policy on Compliance with United States Antiboycott Laws.

### 4.6 Local Laws and Customs

UTC international business operations may encounter laws, local customs and social standards that differ widely from U.S. practice. It is UTC policy to abide by the national and local laws of the countries in which we operate, unless prohibited by U.S. law. When local customs and business or social practices vary from the standards contained in the UTC Code of Ethics, it is permissible to conform to local customs and practices when necessary for the proper conduct of UTC business and when approved by the cognizant Business Practices/ Compliance Officer.

### 4.7 Environmental Issues

The Corporation will conduct its worldwide operations in a manner that safeguards the natural environment. All U.S. entities will conduct their operations, and design and manufacture their products, in conformance with the principles contained in the UTC EH&S Standard Practice - 001.

The management of UTC non-U.S. operations is responsible for establishing and maintaining approved UTC policies and procedures which meet this requirement.



**Marketing and selling practices should be based on the superiority of our product offerings.**

**The integrity, reputation, and profitability of United Technologies ultimately depend upon the individual actions of our employees.**

Case 3:02-cv-01384-MRK   Document 102-2   Filed 07/22/2005   Page 10 of 11

### 4.8 Community Support

As a good corporate citizen, UTC policy is to support the organizations and activities of the worldwide communities in which we reside. Employees are urged to participate personally in civic affairs. The Corporation will strive to support worthwhile civic and charitable causes.

### 5.0 Competitors

### 5.1 Antitrust Laws

UTC employees must never exchange information with competitors regarding prices, market share, or any other data that could be in violation of United States Antitrust Law or comparable competition laws that apply to UTC operations outside the United States.

The UTC Antitrust Compliance Policy contains specific information regarding:

*prohibitions on communication with competitors regarding the marketing and sale of our products and services;*

*obtaining information relative to the marketing and sale of competitors' products and services.*

### 5.2 Competitive Information

In the highly competitive global marketplace, information about our competitors is a necessary element of business. Such information will be accepted only when there is reasonable belief that both receipt and use of information is lawful.

See UTC's policy circular entitled "Gathering Competitive Information".

### 5.3 Marketing, Selling and Advertising

UTC will compete in the global marketplace on the basis of the merits of our products and services. Legal and ethical considerations dictate that marketing activities be conducted fairly and honestly. Marketing and selling practices should be based on the superiority of our product offerings. In making comparisons to competitors, care must be taken to avoid disparaging a competitor through inaccurate statements.

### 6.0 Employee Responsibilities

### 6.1 Compliance

It is the responsibility of all UTC employees to comply with these Standards of Conduct and implementing policies. Any questions of applicability or interpretation should be addressed to cognizant supervision, the entity legal counsel, or the UTC Business Practices/Compliance Office.

Failure to comply with these Standards and associated UTC policies will result in appropriate employee sanctions, to be determined by the cognizant operating management in conjunction with the UTC Business Practices/Compliance Office. As with all disciplinary matters, principles of fairness and equity will apply.

### 6.2 Reporting Violations

It is each employee's personal responsibility to bring violations or suspected violations of the UTC Standards of Conduct to the attention of their supervision, the legal department of their operating entity, the UTC Business Practices Office, or in confidence to the UTC Ombudsman, as appropriate. UTC policy prohibits any retribution against employees for making such reports.

---

Corporate Business Practices Office
(860) 728-6484

Corporate Ombudsman Office
(860) 728-7864
or
Toll Free via AT&T USA Direct
(800) 843-8595

---

15    16



**United Technologies**

United Technologies Corporation
United Technologies Building
Hartford, CT 06101

COE-EN 02/01