# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL NO. 302CV1384 (MRK) |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| OTIS ELEVATOR COMPANY and | : | |
| UNITED TECHNOLOGIES | : | |
| CORPORATION | : | |
| | : | |
| Defendants | : | JULY 19, 2005 |

## STIPULATION OF DISMISSAL

Plaintiff, Sujata Nichani and Defendants, Otis Elevator Company and United Technologies Corporation, hereby stipulate that Count Eleven of the Third Amended Complaint, may be dismissed with prejudice and without costs to either party pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THE PLAINTIFF
SUJATA NICHANI

By _____
   Anthony R. Minchella (ct 18890)
   The Law Offices of Anthony R.
   Minchella
   530 Middlebury Road
   Suite 212-213B
   Middlebury, CT 06762
   (203) 758-1069
   anthonyminchella@sbcglobal.net

Dated:  July 18, 2005

THE DEFENDANTS
UNITED TECHNOLOGIES CORP., and
OTIS ELEVATOR CORP.,

By _____
   Albert Zakarian (ct04201)
   Day, Berry & Howard LLP
   CityPlace I
   Hartford, Connecticut 06103-3499
   (860) 275-0100
   (860) 275-0343 (fax)
   azakarian@dbh.com
   Their Attorneys

Dated: July 20, 2005

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed on July 20, 2005 via first-class mail, postage prepaid, to:

Anthony R. Minchella, Esq.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost
60 North Main Street, Second Floor
Waterbury, CT 06702.

_____
Albert Zakarian