# BIOGRAPHICAL SUMMARY

NAME:          BRADFORD A. RUSSELL

HIRE DATE:     12/7/1989

BIRTH DATE:    5/1/1950

CITIZENSHIP:   USA                              US PERM RESIDENT:  Yes: ☒  No: ☐

SOCIAL SECURITY NO:    **REDACTED**

## EDUCATION

| DATES | DEGREE AWARDED | FIELD OF STUDY | SCHOOL |
|---|---|---|---|
| 1973 | MS | Environmental Health | Eastern Tenn State University |
| 1972 | BS | Psychology | University of Maryland |

## PROFESSIONAL ACCOMPLISHMENTS / TRAINING

## WORK EXPERIENCE

| DATES | | POSITION | GRADE | EMPLOYER |
|---|---|---|---|---|
| 1/00 | Pres. | Dir., EH&S Programs | L3 | Otis WHQ |
| 7/93 | - 12/99 | Dir., Health, Safety & Assurance Prog | L3 | UTC Corporate |
| 5/91 | - 6/93 | Dir., Human & nat Resource Prot. | L3 | UTC Corporate |
| 12/89 | - 4/91 | Mgr., Human & Nat Resource Prot. | 51 | UTC Corporate |
| 1/89 | - 11/89 | President, Principle Consultants | | Systems Approach |
| 1/87 | - 12/88 | Mgr., Health & Safety | | Safety Kleen Corporation |
| 1/82 | - 12/86 | Mgr., Group Safety & Health | | FMC Corporation |
| 1/77 | - 12/81 | H&S Consultant | | Consultant |

**CONFIDENTIAL**

OTIS-00294

# BIOGRAPHICAL SUMMARY

NAME:          BRADFORD A. RUSSELL

HIRE DATE:     12/7/1989

BIRTH DATE:    5/1/1950

CITIZENSHIP:   USA                          US PERM RESIDENT:  Yes: ☒  No: ☐

SOCIAL SECURITY NO:   **REDACTED**

## EDUCATION

| DATES | DEGREE AWARDED | FIELD OF STUDY | SCHOOL |
|-------|----------------|----------------|--------|
| 1973  | MS             | Environmental Health | Eastern Tenn State University |
| 1972  | BS             | Psychology     | University of Maryland |

## PROFESSIONAL ACCOMPLISHMENTS / TRAINING

## WORK EXPERIENCE

| DATES | | POSITION | GRADE | EMPLOYER |
|-------|------|----------|-------|----------|
| 1/00  | Pres. | Dir., EH&S Programs | L3 | Otis WHQ |
| 7/93  | - 12/99 | Dir., Health, Safety & Assurance Prog | L3 | UTC Corporate |
| 5/91  | - 6/93 | Dir., Human & nat Resource Prot. | L3 | UTC Corporate |
| 12/89 | - 4/91 | Mgr., Human & Nat Resource Prot. | 51 | UTC Corporate |
| 1/89  | - 11/89 | President, Principle Consultants | | Systems Approach |
| 1/87  | - 12/88 | Mgr., Health & Safety | | Safety Kleen Corporation |
| 1/82  | - 12/86 | Mgr., Group Safety & Health | | FMC Corporation |
| 1/77  | - 12/81 | H&S Consultant | | Consultant |

**CONFIDENTIAL**

OTIS-00294