UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP., and | : | |
| OTIS ELEVATOR COMPANY | : | |
| | : | |
| Defendants. | : | AUGUST 10, 2005 |

**DEFENDANTS' MOTION TO REDACT CONFIDENTIAL INFORMATION**

Defendants, United Technologies Corp. and Otis Elevator Company, hereby move to redact certain confidential personal information contained in two Exhibits previously filed under seal in this Court. In support of this motion, Defendants state as follows:

1. Defendants today filed a Motion to Keep Certain Exhibits Under Seal with the Court. Defendants also indicated that the remaining Exhibits previously filed under seal may be made part of the public record in this case.

2. Among the Exhibits to be unsealed are Exhibit 53 of Defendants' Summary Judgment and Exhibit 3 of Defendants' Reply Brief. Although these documents may be made part of the public record, the versions previously filed with the Court contained personal information (an individual's Social Security) that must be redacted.

3. The corrected/redacted pages of these Exhibits are attached hereto. These pages are identical, and should replace the respective pages of the above-mentioned exhibits.

-2-

WHEREFORE, Defendants respectfully request the attached pages replace the corresponding pages of Exhibit 53 of Defendants' Summary Judgment and Exhibit 3 of Defendants' Reply Brief.

> DEFENDANTS,
> UNITED TECHNOLOGIES CORP. and
> OTIS ELEVATOR COMPANY
>
>
> By: _____/s/ Douglas W. Bartinik_____
> Albert Zakarian (ct04201)
> Douglas W. Bartinik (ct26196)
> Day, Berry & Howard LLP
> CityPlace I
> Hartford, CT 06103-3499
> (860) 275-0100 (telephone)
> (860) 275-0343 (facsimile)
> azakarian@dbh.com
> dwbartinik@dbh.com
>
> Their Attorneys

-3-

## CERTIFICATION

       I hereby certify that the foregoing was sent via regular mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

                                                  _____/s/_____
                                                    Douglas W. Bartinik