<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# PLAINTIFF'S EXHIBIT U

To Plaintiff's Memorandum of Law in Opposition to Defendants'
Motion for Summary Judgment

**(REDACTED)**

**Nichani, Susan**

**From:** Nichani, Susan
**Sent:** Wednesday, March 07, 2001 6:45 PM
**To:** Moncini, Raymond
**Subject:** Incident Rate Information

Ray,

Attached is some more detail on our 1999 vs 2000 incident rates.

REDACTED

I have an idea on how we can regularly focus on these issues/regions with the most accidents that I would like to discuss with you after you review the attached.

 

TOTAL INCIDENT   Safety rates 99 and
ATE COMPARISON.  Nov 00.xls...

Please let me know when you have some time to discuss. Thanks, Sue.

1

NICH000289