<u>SUJATA NICHANI</u>
<u>VS.</u>
<u>UNITED TECHNOLOGIES CORP. AND OTIS ELEVATOR COMPANY</u>
CIVIL ACTION NO. 3:02CV1384 (MRK)

# PLAINTIFF'S EXHIBIT X

To Plaintiff's Memorandum of Law in Opposition to Defendants'
Motion for Summary Judgment

**(REDACTED)**

**S.W.P.**

**STANDARD WORK PROCESS**

**NAA**

DATE 07/11/2001

Page 1 of 9

SUBJECT:   RIGGING & HOISTING

PRODUCT TYPE:  ALL ELEVATORS

REDACTED

DESCRIPTION:

Field methods and practices for the safe installation and use of hoisting and rigging equipment. Please destroy all previous versions of this document and replace with this version.

INTRODUCTION:

This document describes the recommended methods for the installation and use of equipment for rigging and hoisting.

REDACTED





PLAINTIFF'S
EXHIBIT
LAUTERBACH 3
10-31-03 TP

This work and the information it contains (collectively referred to as 'Work') are the confidential property of the Otis Elevator Company ('Otis'). This Work is delivered on the express condition that it will be used or reproduced by Otis employees exclusively for, or on behalf of, Otis; it will not be disclosed, reproduced, or distributed by or to others, in whole or in part, without the prior written consent of Otis; and, it and any copies will be promptly returned to Otis upon demand or upon termination of employment.

Unpublished Work - © Copyright 2001, Otis Elevator Company

OTIS-00846 Confidential