UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1384 (MRK) |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | AUGUST 12, 2005 |

**PARTIES' JOINT SUBMISSION REGARDING SCHEDULE FOR TRIAL**

In accordance with Court's August 1, 2005 Order, Plaintiff Sujata Nichani and Defendants United Technologies Corp. and Otis Elevator Company (collectively "Defendants") jointly submit this proposed schedule for trial. The Parties have conferred and compared schedules, and have agreed that the trial in this matter could be set down for as early as March 21, 2006 and would require approximately seventeen (17) days of trial, exclusive of jury selection. The Parties state the following:

1. Plaintiff's counsel has trials scheduled almost consecutively through early March 2006.

2. Defendants' counsel has trials and other previously scheduled matters through December 2005. Due to another scheduled trial, Defendants' counsel will be unavailable from April 17 to May 5, 2006.

3. Barring any unforeseen circumstances, the Parties have availability for trial from March 21, 2006 through April 14, 2006, and from May 8, 2006 through the month of June.

-2-

    4.      As the Court is aware, this trial will require the coordination of many witnesses, many of whom are located outside the State, including Plaintiff.

    5.      Plaintiff estimates that presentation of her case will take about nine (9) days.

    6.      Defendants estimate that presentation of their case will take about eight (8) days.

    7.      Accordingly, the Parties anticipate about seventeen (17) days of trial, exclusive of jury selection.

    8.      The Parties jointly have arrived at the above estimations, and Defendants file this Proposed Schedule with the consent of Plaintiff's counsel.

DEFENDANTS,
UNITED TECHNOLOGIES CORP. and
OTIS ELEVATOR COMPANY

By:    /s/ Albert Zakarian_____
       Albert Zakarian (ct04201)
       Douglas W. Bartinik (ct26196)
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, CT 06103-3499
       (860) 275-0100 (telephone)
       (860) 275-0343 (facsimile)
       azakarian@dbh.com
       dwbartinik@dbh.com

       Their Attorneys

-3-

## CERTIFICATION

      I hereby certify that the foregoing was sent via regular mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

                                                  _____/s/ Albert Zakarian_____
                                                        Albert Zakarian