## United States District Court
## District of Connecticut

| | |
|---|---|
| SUJATA NICHANI,<br>　　　*Plaintiff*,<br>v.<br><br>OTIS ELEVATOR COMPANY &<br>UNITED TECHNOLOGIES<br>CORPORATION<br>　　　*Defendants*. | :<br>:<br>:　　NO.  3:02 CV 1384 (MRK)<br>:<br>:<br>:<br>:<br>: |

**<u>ORDER</u>**

　　Presently pending before the Court are Defendants' Motion to Redact Confidential Information [docs. ## 108,109] and Defendants' Supplemental Motion to Keep Certain Exhibits Under Seal (Unopposed) [doc. # 110]. In connection with Defendants' Motion for Summary Judgment [doc. # 69], both parties filed numerous documents under seal.  At oral argument on the summary judgment motion, the Court asked the parties to review their filings to determine whether any of the documents filed under seal could be unsealed and to file redacted versions of any sealed documents so they could be filed on the public record.  At argument, counsel for Plaintiff stated that Plaintiff had no desire to seal any documents and that so far as she was concerned all of the documents that Plaintiff had filed under seal could be unsealed.

　　Defendants requested additional time to review their filings and having done so, Defendants have now filed the pending motions, which fully comply with this Court's desire to minimize the number and volume of any sealed materials to that which is absolutely necessary to further interests that far outweigh the public's interest in open proceedings.  Therefore, the Court GRANTS Defendants' Motion to Redact Confidential Information [docs. ## 108,109] and

1

GRANTS Defendants' Supplemental Motion to Keep Certain Exhibits Under Seal (Unopposed) [doc. # 110].

To implement these motions, the Court hereby unseals all documents that Defendants have informed the Court may be unsealed, and the Court will retain under seal the few remaining documents that Defendants rightly desire to remain under seal, the Court having satisfied itself that good cause exists for continuing to seal those documents. *See* Defendants' Supplemental Motion to Keep Certain Exhibits Under Seal (Unopposed) [doc. # 110]. Also, in accordance with Defendants' Motion to Redact Confidential Information [docs. ## 108,109], the Court has removed one page from Exhibit 53 of Defendants' Summary Judgment Motion and one page from Exhibit 3 of Defendants' Reply Brief and replaced those pages with redacted versions provided by Defendants that delete an individual's social security number.

        IT IS SO ORDERED,

        _____
        Mark R. Kravitz
        United States District Judge

Dated at New Haven, Connecticut: **August 26, 2005**