UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1384 (MRK) |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | AUGUST 25, 2005 |

**PARTIES' JOINT MOTION TO MODIFY SCHEDULING ORDER
FOR SUBMISSION OF THE JOINT TRIAL MEMORANDUM**

Pursuant to Local Rule 7, Plaintiff Sujata Nichani and Defendants United Technologies Corp. and Otis Elevator Company (collectively "Defendants") jointly submit this Motion to Modify the Court's Scheduling Order to extend the Deadline for filing the Joint Trial Memorandum to 45 days after a settlement conference with Judge Garfinkel. In support of this Motion, the Parties state the following:

1. The October 25, 2002 Scheduling Order originally in place for this matter, issued by Judge Arterton, provided that the Joint Trial Memorandum would be filed thirty (30) days after a ruling on any dispositive motions. See Docket Entry 11.

2. On February 28, 2005, Defendants moved for Summary Judgment, and this Court heard oral argument on that motion on July 7, 2005. Docket Entry 100. On July 29, 2005, the Court granted partial summary judgment during a telephonic conference, and an order was docketed reflecting the same on August 1, 2005. See Docket Entry 106. The Parties have not yet received a transcript of the ruling in the July 29 telephonic conference.

3.    On August 12, 2005, as requested by the Court, the Parties submitted a proposed schedule for trial, indicating that the Parties have availability for trial from March 21, 2006 through April 14, 2006, and from May 8, 2006 through the month of June.  Docket Entry 111. The Parties are awaiting further notice from the Court regarding their proposed schedule for trial.

4.    On December 22, 2003, the Parties had a settlement conference before Judge Garfinkel, but did not reach a settlement.  A second settlement conference scheduled for March 31, 2005 was cancelled due to scheduling conflict.  Now that the Court has granted partial summary judgment on some of Plaintiff's claims, the Parties request a settlement conference before Judge Garfinkel sometime this Fall.

5.    As far as the Parties are aware, the deadline for filing the Joint Trial Memorandum in this matter remains thirty days from the Court's ruling on dispositive motions, making that submission currently due on August 31, 2005.

6.    Given the proposed schedule for trial, the Parties respectfully request an extension of time to file the Joint Trial Memorandum, up to and including 45 days after a settlement conference before Judge Garfinkel.  Having the Joint Trial Memorandum due after the settlement conference will save time, effort, and expense should the matter settle.  Granting this extension will not delay trial, which the Parties anticipate will occur in 2006 if this case does not settle at the requested conference.

7.    Although the Parties have previously requested to modify the scheduling order regarding discovery and dispositive motions, this is the Parties' first request for an extension of time to file the Joint Trial Memorandum.

8. For the foregoing reasons, the Parties jointly submit this motion to extend the deadline for filing the Joint Trial Memorandum to 45 days after a settlement conference with Judge Garfinkel.

        DEFENDANTS,
        UNITED TECHNOLOGIES CORP. and
        OTIS ELEVATOR COMPANY

By: __/s/ Albert Zakarian_____
     Albert Zakarian (ct04201)
     Douglas W. Bartinik (ct26196)
     Day, Berry & Howard LLP
     CityPlace I
     Hartford, CT 06103-3499
     (860) 275-0100 (telephone)
     (860) 275-0343 (facsimile)
     azakarian@dbh.com
     dwbartinik@dbh.com

     Their Attorneys

## **CERTIFICATION**

I hereby certify that the foregoing was sent via regular mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

     ____/s/_____
          Albert Zakarian