UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUJATA NICHANI,<br>　　　　　　Plaintiff<br>v.<br><br>OTIS ELEVATOR COMPANY and<br>UNITED TECHNOLOGIES CORP.<br>　　　　　　Defendants | NO.: 3:02 CV 1384 (MRK)<br><br><br><br><br><br>MARCH 24, 2006 |

## MOTION FOR ENLARGEMENT OF TIME ON CONSENT

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure, the Plaintiff hereby request a one (1) week extension and modification of the Court's Order (Doc. 113) establishing the current due date of March 30, 2006 for the parties Joint Trial Memorandum, to a new due date of April 6, 2006. In support of the motion, plaintiff states:

1. Counsel for the defendants has been consulted and consents to and joins in this request.

2. The parties currently are scheduled to appear for a settlement conference with Magistrate Judge Garfinkel on March 31, 2006, the day after the current due date for the Joint Trial Memorandum.

3. The parties have begun work on the Joint Trial Memorandum and are working diligently to complete all aspects thereof. However, the parties need additional time to properly complete and file the Joint Trial Memorandum. In addition, extending the due date to a date beyond the March 31, 2006 settlement conference preserves the possibility that some expenditures of resources may be avoided.

4. Extension of this deadline will not require a modification of the dates set for jury selection (May 2, 2006) or trial (May 8, 2006) of this matter.

## Conclusion

For all of the foregoing reasons, the plaintiff respectfully requests that her motion be granted.

                              THE PLAINTIFF,

BY _____
                Jeffrey J. Tinley, Esq.
                Tinley, Nastri, Renehan & Dost, LLP
                60 North Main Street, 2nd Floor
                Waterbury, CT 06702
                203-596-9030
                Federal Bar No.: ct00765

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, on this 24th day of March 2006, to:

Douglas W. Bartinik, Esq.
Suzanne Garrow, Esq.
Albert Zakarin, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford CT 06103-3499

Anthony R. Minchella, Esq.
530 Middlebury Road
Suite 212-213 B
Middlebury, CT 06762

_____
Jeffrey J. Tinley