# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | MARCH 29, 2006 |

## <u>APPEARANCE</u>

TO:  Clerk
     United States District Court
     141 Church Street
     New Haven, CT 06510

Please enter the appearance of the undersigned on behalf of the defendants, UNITED

TECHNOLOGIES CORP. and OTIS ELEVATOR COMPANY, in the above-referenced matter.

_____/s/ Victoria Woodin Chavey_____
Victoria Woodin Chavey  (ct14242)
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*vwchavey@dbh.com*
Their Attorneys

## **CERTIFICATION**

I hereby certify that the foregoing was mailed, via first-class mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

_____/s/ Victoria Woodin Chavey_____
Victoria Woodin Chavey