**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SUJATA NICHANI, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | APRIL 6, 2006 |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE**
**EVIDENCE OF SEAN MURPHY'S REINSTATEMENT AND/OR ANY**
**MODIFICATION OF DISCIPLINE IMPOSED ON OTIS**
**EMPLOYEES FOLLOWING THE MCQUILLAN FATALITY**

Defendants, United Technologies Corp. and Otis Elevator Company ("Otis"), respectfully move to exclude all evidence and argument regarding the reinstatement of Sean Murphy and/or the modification of any discipline imposed on other Otis employees following the McQuillan fatality. Pursuant to Rule 401 of the Federal Rules of Evidence, such evidence is not relevant to any fact at issue because Otis did not make the decision to modify such discipline and Nichani is therefore not similarly situated in this context. In support of this motion, Defendants submit the accompanying Memorandum of Law.

        THE DEFENDANTS,
        UNITED TECHNOLOGIES CORP. and
        OTIS ELEVATOR COMPANY


By:     /s/ Douglas W. Bartinik
        Albert Zakarian (ct04201)
        Victoria Woodin Chavey (ct14242)
        Douglas W. Bartinik (ct26196)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, CT 06103-3499
        (860) 275-0100 (telephone)
        (860) 275-0343 (facsimile)
        *azakarian@dbh.com*
        Their Attorneys


## **CERTIFICATION**

      I hereby certify that the foregoing was sent via regular mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 203-204B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702


         /s/ Douglas W. Bartinik
           Douglas W. Bartinik