**Plaintiff's Proposed Voir Dire**

The Plaintiff, Sujata Nichani, proposes that the prospective jurors be asked the following voir dire questions:

1. The plaintiff in this case is Sujata Nichani. Do you know her?

2. The defendants are Otis Elevator Company and United Technologies Corporation. Do you, any member of your family or a close friend now work for Otis Elevator Company or United Technologies Corporation?

4. The lawyers for the plaintiff are Anthony Rosato Minchella of Anthony R. Minchella, LLC, and Robert Nastri and Jeffrey J. Tinley of Tinley, Nastri, Renehan & Dost, LLP. Do you know any of them? Have you had anything to do with either of these lawyers or their law firms?

5. The lawyers for the defendants are Albert Zakarian, Douglas W. Bartinik and Victoria Wooden Chavey of Day, Berry & Howard in Hartford, Connecticut. Do you known any of them? Have you had anything to do with either of these lawyers or their law firm?

6. The parties have listed the following people who may be called as witnesses during the trial of this case:

[WITNESSES]

Do you know any of these people?

7. In your current job are you a manager or supervisor? Have you ever held a management or supervisory position? If so, have you ever been involved in hiring or promoting employees, or making a decision about an employee's grade or pay or decisions about terminating an employee?

8. In your current job are you a human resource advisor or representative? Have you ever held a job like that? If so, have you ever been involved in advising supervisors about decisions regarding an employee's grade

or pay or promotion, or decisions about hiring or firing or disciplining an employee?

9. Have you or a member of your family ever had any involvement with Otis Elevator Corporation or United Technologies Corporation that might affect your ability in any way to render a fair and impartial verdict on the evidence presented here?

10. Have you, any member of your family or a close friend ever been involved in any capacity in an employment dispute, that is, a dispute between an employee and his or her employer?

11. Have you any member of your family or a close friend ever been named in a complaint of discrimination, or in a lawsuit alleging discrimination? Have you ever had to respond or testify in a complaint of discrimination?

12. Have you, any member of your family or a close friend ever been personally involved in any lawsuit?

13. Are you a lawyer or have you ever studied law?

14. Would have any difficulty awarding money damages against Otis Elevator Company if you believed that the evidence warranted such an award?

15. Would have any difficulty awarding money damages against United Technologies Corporation if you believed that the evidence warranted such an award?

16. Do you think that you would tend to believe the word of an employer or supervisor over that of an employee? On the other hand, would you tend to believe the word of an employee over an employer or supervisor?

17. Do you have any problem with your vision or hearing or any other physical problem that might impair your ability to serve as a juror in this case?

18. It is expected that the case may last two weeks. If you are selected to serve, is there any reason why you could not devote the time necessary to come to a just and fair verdict?

19. Is there any reason, whether based on the brief summary of this case that the Court has given you, or based on anything else, why you would feel that you might not be able to decide this case fairly and impartially?

20. Do you have any feelings concerning equality of pay issues among men and woman in this country?

21. Do you have any feelings concerning whether inequality among men and woman exists in the American workforce?

22. Do you feel that gender or sex based discrimination still exists in the American workforce and if so, to what extent?

23. Have you ever felt discriminated against by an employer?

24. Do you have any feelings concerning large corporations?