**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SUJATA NICHANI, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | APRIL 6, 2006 |

## DEFENDANTS' PROPOSED VOIR DIRE

Defendant respectfully requests that each prospective juror be required to individually and separately respond to the following questions.

In this action, Ms. Nichani claims that she was paid less compensation and terminated from her employment with the defendant Otis Elevator Company because of her gender and because she complained about allegedly discriminatory treatment. Otis denies all of her allegations, and contends that she was terminated for her failure, as the top safety professional for Otis's North America region, to implement and deploy safety policies and procedures.

1. State your name and address.

2. State your present occupation including the name of your employer and the nature of your duties. If you are retired, please describe your last full-time job, including the name of your employer and the nature of your duties.

3. In deciding this case, you must base your decision on the facts and law. Will you be able to decide this case based on the facts and law? Can you decide this case without regard to any sympathy you may feel for the Plaintiff?

4. Are you married? If so, please describe your spouse's employment, including the name of your spouse's employer and the nature of your spouse's duties. If your spouse is deceased or if you are divorced, what was the occupation and who was the employer of your spouse?

5. Please describe the highest level of education that you and your spouse have received.

6. In this lawsuit, Sujata Nichani is suing Otis Elevator Company ("Otis") and its parent company United Technologies Corporation ("UTC"). Are you familiar with this lawsuit? If so, how did you become familiar with this lawsuit?

7. Do you understand that just because the Plaintiff has filed a lawsuit does not mean that she is entitled to recover and money from the Defendants?

8. The Defendants in this case are Otis and UTC. Have you or anyone in your family ever been employed by Otis or UTC, or any other entity company (e.g., Carrier, Hamilton Sundstrand, Pratt & Whitney, Sikorsky, UTC Power, UTC Fire & Security, UTC Research Center) affiliated with them? If so, please explain.

9. Have any of you or any member of your family ever had any connection with, employment with or any dealings with Otis or UTC? If so, please describe the dealings or connection.

10. Have you or anyone close to you ever filed a claim against or been involved in any type of litigation with Otis or UTC? If so, please describe the lawsuit and its resolution?

11. Do you know or are you or any member of your family related to any officer, director or employee of Otis or UTC?

12. Have you or anyone close to you ever worked in the elevator industry? If so, please explain.

13. Have you or anyone close to you ever worked in a position monitoring workplace safety? If so, please explain.

14. Have you are anyone you close to you ever worked on a construction site? If so, please explain.

15. The plaintiff in this case is Sujata Nichani, formerly of Simsbury, Connecticut. Do you, or any member of your immediate family, know her or any members of her family? Do you know anyone who knows Ms. Nichani? If so, please state how you or any members of your immediate family know Ms. Nichani, or a member of her family, and the nature of such relationship or association. Would any such relationship or association prevent you from rendering a fair and impartial verdict or make you incapable of sitting on this case?

16. Do you know any of the proposed witnesses in this case? If so, how do you know the individuals? Do you have any feelings about these individuals? Do you have any feelings about these individuals that would prevent you from rendering a fair and impartial verdict?

17. The Plaintiff in this case is represented by Attorney Anthony Minchella from the Law Offices of Anthony R. Minchella, LLC of Middlebury, Connecticut and Jeffrey Tinley of Tinley, Nastri, Renehan & Dost, LLP of Waterbury, Connecticut. Do you know either Mr. Minchella or Mr. Tinley? Do you know any lawyers at their law firms?

18. The Defendant in this case is represented by Albert Zakarian and Victoria Woodin Chavey of the firm of Day, Berry & Howard in Hartford, Connecticut. Do you know either of these lawyers or any lawyers at Day, Berry & Howard?

19. Do you have any close friends or relatives who are lawyers or law students? If so, please explain.

20. Do you have any feeling or belief which would prevent you from rendering a verdict in favor of a corporation and against an individual if the evidence supported such a verdict?

21. Have you or any member of your family ever been disciplined, suspended, demoted, placed on probation, or terminated from a job? If so, please explain.

22. Have you, or has any member of your family or any person close to you, ever presented a claim or grievance against or sued their employer either in or out of court for any reason, including discrimination? If so, please explain.

23. Have you or any member of your family ever sued anyone, or presented a claim against anyone either in or out of court? If so, please describe the lawsuit(s) and/or the claim(s), including whether: (a) you were a plaintiff or defendant or witness; (b) the case was held in state of federal court; and (c) the outcome of the lawsuit.

24. Have you or any member of your family ever been sued by anyone or been threatened with a lawsuit? If so, please describe the lawsuit and/or the claim(s).

25. Have you ever had any training in personnel, human resources or employment matters? If so, what kind of training?

26. Have you ever been employed in the personnel or human resource office of any company or organization? If so, in what capacity?

27. Have you ever owned or operated a business in which you employed other people?

28. Have you or any member of your family had a job which required you to hire, fire, discipline, or supervise employees?

29. Have you ever been treated badly by your employer? If so, please explain.

30. Have you ever been a witness in a lawsuit? If so, please describe the lawsuit and your role in it.

31. Have you ever followed a discrimination case in the news? If so, please indicate your feelings about that case.

32. Have you ever sat on a jury before? If so, please describe whether the case was civil or criminal, in state or federal court and how the case turned out?

33. This lawsuit involves a claim of gender discrimination and retaliation. The plaintiff also claims that she was doing the same work as men but being paid less. Do you have an opinion about whether employers generally favor male workers? If so, what is it? What is the basis of that opinion?

34. Have you ever felt as though you were discriminated against? Have you ever felt as though your employer treated you differently than other coworkers? How did that feel? In what ways have you experienced discriminatory treatment? Please explain. Has anyone close to you expressed their feelings of being discriminated against? Please explain.

35. Have you or anyone in your family or anyone close to you been terminated or laid off from employment for reasons you or they believed to be based on discrimination?

36. Do you know of any reason, or has any occurred to you during this questioning, that might make you doubtful that you can be a completely fair, impartial, and attentive juror in this case? If there is, it is your duty to disclose the reason at this time.

37. Are there any changes in the answers to the questionnaire that you previously submitted to the Court?

38. Please state your prior jury service and whether: (a) it was in federal or state court; (b) it was in a civil or criminal case; and (c) if the jury reached a verdict and/or the outcome of the case.

39. Have you ever had any negative experiences with large corporations? Is so, please explain. Would those experiences have any effect on your ability to be impartial in this case? If so, please explain.

40. If I instruct you on the law but you thought the law was unfair to one side or the other, could you still follow the law?

41. Is there anything in your background that you think we should know but that we have not asked you about that could affect you ability to be a fair and impartial juror in this case?

42. Do you know any member of the panel other than through this jury selection process today?

                                        THE DEFENDANTS,
                                      UNITED TECHNOLOGIES CORP. and
                                      Otis ELEVATOR COMPANY


By_____/s/_____
        Albert Zakarian (ct04201)
        Victoria Woodin Chavey (ct14242)
        Douglas W. Bartinik (ct26196)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, CT 06103-3499
        (860) 275-0100 (telephone)
        (860) 275-0343 (facsimile)
        *azakarian@dbh.com*
        Their Attorneys


## **CERTIFICATION**

      I hereby certify that the foregoing was sent via overnight mail on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 203-204B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702


_____
        Douglas W. Bartinik