UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL NO. 3:02 CV 1384 (MRK) |
| Plaintiff | : | |
| v. | : | |
| OTIS ELEVATOR COMPANY and UNITED TECHNOLOGIES CORPORATION | : | |
| Defendant | : | APRIL 6, 2006 |

**SPECIAL VERDICT FORM**

**I.   LIABILITY**

1. Did either of the Defendants discriminate against Ms. Nichani with respect to the terms and conditions of her employment as explained in the jury instructions?

   YES _____         NO _____

2. Did either of the Defendants violate the Equal Pay Act as explained in the jury instructions?

   YES _____         NO _____

3. If the answer to the preceding question is "yes", do you find that either of the Defendants' violation of the Equal Pay Act was willful as explained in the jury instruction?

   YES _____         NO _____

4. Did either of the Defendants retaliate against Ms. Nichani for exercising her rights to complain about discrimination?

   YES _____         NO _____

1

5. Has Ms. Nichani proven that either of the Defendants defamed her?

YES _____                NO _____

6. If your answer to the preceding question is "yes", did Ms. Nichani establish that the Defendants, through their employees, acted with actual malice, in that they knew that their statements regarding Ms. Nichani were false and/or acted with reckless disregard of the truth?

YES _____                NO _____

7. Do you find that Ms. Nichani has proven that the Defendants breached their contract with her as explained in the jury instructions?

YES _____                NO _____

8. Do you find that Ms. Nichani has proven that the Defendants breached their promises to her, upon which she relied to her detriment, as explained in the jury instructions?

YES _____                NO _____

## II. DAMAGES

9. What is the total amount of Ms. Nichani's past damages for lost compensation and benefits?

ANSWER: $ _____

10. What is the total amount of Ms. Nichani's future damages for lost compensation and benefits?

ANSWER: $ _____

11.   What amount of general compensatory damages (including pecuniary loss, loss of income, injury to her reputation, emotional distress) do you award Ms. Nichani?

ANSWER: $ _____

12.   Did either of the Defendants' engage in a discriminatory practice with malice or reckless indifference to Ms. Nichani's protected rights under Title VII and/or the Connecticut Fair Employment Practices Act as explained in the jury instructions?

YES _____                                                      NO _____

I represent that these answers reflect the unanimous verdict of the jury.

Dated: _____                              _____
                                                                    Foreperson