**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION |
| | : | NO. 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | APRIL 6, 2006 |

**DEFENDANTS' MOTION TO EXCLUDE IN PART**
**THE TESTIMONY OF SHELDON WISHNICK**

Defendants, United Technologies Corp. ("UTC") and Otis Elevator Company ("Otis"), (collectively, "Defendants"), respectfully move to exclude in part the testimony of Plaintiff's damages expert, actuary Sheldon Wishnick ("Wishnick"), as unreliable and irrelevant. Wishnick's testimony concerning the number and value of employee stock options to which Plaintiff, Sujata Nichani ("Nichani"), claims she is entitled over a twenty-six year period and his projection of future losses should be excluded under Daubert v. Merrell Dow Pharms., Inc., 509 U.S. 579, 597 (1993) and Kumho Tire, Co. v. Carmichael, 526 U.S. 137, 147 (1999) pursuant to the Court's "gatekeeper" function. Wishnick's testimony is unreliable because he relied on data and assumptions provided by of Plaintiff's counsel—without any underlying evidentiary support and without any independent investigation into their reasonableness or accuracy—and because the "methodologies" he employed are themselves unreliable, especially in the context of employee stock options. Further, his testimony is irrelevant because the "methodologies" he employed do not "fit" the facts of this case.

For the reasons set forth above, Defendants, Otis and UTC, respectfully request that this Court enter an order (1) precluding Nichani from offering the opinion of her damages expert, Sheldon Wishnick, as to her alleged "stock option damages" and future losses; and (2) granting such other and further relief as the Court deems just and proper.

THE DEFENDANTS,
UNITED TECHNOLOGIES CORP. and
OTIS ELEVATOR COMPANY

By  /s/ Albert Zakarian
Albert Zakarian (ct04201)
Victoria Woodin Chavey (ct14242)
Douglas W. Bartinik (ct26196)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*azakarian@dbh.com*
*vwchavey@dbh.com*
*dwbartinik@dbh.com*
Their Attorneys

**CERTIFICATION**

I hereby certify that the foregoing was sent via overnight mail on this date to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 203-204B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

                                                                                    /s/ Albert Zakarian
                                                                                      Albert Zakarian