UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL NO. 302CV1384 (MRK) |
| Plaintiff | : | |
| v. | : | |
| OTIS ELEVATOR COMPANY and UNITED TECHNOLOGIES CORPORATION | : | |
| Defendants | : | APRIL 17, 2006 |

### AFFIDAVIT OF ANTHONY R. MINCHELLA CONCERNING PLAINTIFF'S MOTION TO COMPEL, OR, ALTERNATIVELY, *IN LIMINE* CONCERNING TESTIMONY OF DEFENDANTS' WITNESSES BERTINI, MAYER, McNAMARA AND ENGEL

STATE OF CONNECTICUT )
                     )   ss: Middlebury
COUNTY OF NEW HAVEN )

1. I, Anthony R. Minchella, represent the Plaintiff in the above matter and make this Affidavit on personal knowledge.

2. I and my co-counsel have had extensive discussions with Defendants' counsel to resolve the issues raised by the Plaintiff's Motion to Compel in a good faith effort to resolve the discovery dispute rather than seek court action, and to eliminate or reduce the area of controversy and reach an agreement.

3. The parties have not been able to do so.

_____
Anthony R. Minchella

Subscribed and sworn to before
me this 17th day of April, 2006.

_____

AMY R. DEBLASI
NOTARY PUBLIC
STATE OF CONNECTICUT
My Commission Expires July 31, 2009