UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - -x
SUJATA NICHANI,                  :     **ORIGINAL**
         Plaintiff               :
                                 :
VS                               :  3:02CV1384(JBA)
                                 :
UNITED TECHNOLOGIES CORP. AND    :
OTIS ELEVATOR CORP.,             :
         Defendants              :
- - - - - - - - - - - - - - - - -x

Deposition of SUJATA NICHANI taken at the
offices of Zeldes, Needle & Cooper,
1000 Lafayette Boulevard, Bridgeport,
Connecticut, before Audra Quinn, RPR,
Licensed Shorthand Reporter #106, and Notary
Public, in and for the State of Connecticut
on June 25, 2003, at 10:00 a.m.

```
 1        Q    I noticed among the documents you produced
 2   that -- let me withdraw the question.
              During the course of your work at Otis prior
 4   to your termination, did you deal with company
 5   attorneys?
 6        A    Yes, I did.
 7        Q    And who were the company attorneys that you
 8   worked with during the last three years you were at
 9   Otis?
10        A    I recall working with Joe Zemetis,
11   Kate Bertini, Dennis Mayer, Dwinette Johnson,
12   Ross Evans, Johan Bill, Mike Wu, Paul Thompson and
13   that's all I recall at this time.
14        Q    Among the documents that you have printed for
15   yourself, are there any that involve communications
16   with any of those lawyers?
17        A    I'm not sure if there are or not.
18        Q    Well, didn't you review them before this
19   deposition?
20        A    I did review them.
21        Q    Do you remember seeing any with Mr. Mayer or
22   any of the other attorneys?
23        A    I don't remember seeing any from them.
24        Q    In your work at Otis from time to time, did
25   you consult with lawyers for legal advice regarding
```

```
1    issues that were important to the company?
2        A    Yes, I did.
3        Q    And did they provide advice to you when you
4    needed it?
5        A    Yes, they did.
6        Q    And did you generally have a good
7    relationship with the lawyers?
8                MR. MINCHELLA:  Objection to the
9             question.  Vague as far as good relationship.
10            You can answer.
11       A    I believe I did.
12       Q    Did you also work with outside private
13   attorneys that the company may have engaged regarding
14   issues or legal problems?
15       A    Yes, I did.
16       Q    And who were some of those attorneys?
17       A    Scott Railton, Hal Engel and John McNamara.
18       Q    Where is Mr. Railton from?
19       A    Mr. Railton is from Reed, Smith.
20       Q    And where is Mr. Engel from?
21       A    Mr. Engel is from Reed, Smith.
22       Q    And who is the other gentleman?
23       A    The other gentleman was John McNamara.
24       Q    What firm is he with?
25       A    I believe he's with Geringer and Dolan.
```

1  Department of Labor?

2  A   I'm not certain that we went over specific
3  questions.

4  Q   Well, did you testify without any preparation
5  or coaching?

6  A   We had a little preparation and we just
7  talked about what to expect, what would happen and what
8  I might be asked about the situation, but primarily
9  about the policies of Otis.

10 Q   Now, with regard to the fatality that
11 occurred in December of 2002 in Jersey City, you met
12 with outside counsel for Otis, Messrs. McNamara and
13 Engel.  Is that true?

14 A   That's true.

15 Q   And did they give you advice and help you
16 with regard to any interviews you were going to provide
17 to OSHA?

18 A   OSHA never interviewed me in relation to that
19 accident.

20 Q   Was it anticipated that you would be
21 interviewed?

22 A   I was told --

23         MR. MINCHELLA:  Objection to the form.
24         Her anticipation or somebody else's
25         anticipation?  She can only testify to her

Case 3:02-cv-01384-MRK   Document 143-5   Filed 04/24/2006   Page 5 of 11

187

1  important that this position be filled sooner rather
2  than later?
3      A    Not that I recall.
4      Q    Did anyone tell you that it was important to
5  get this Midwest position filled?
6      A    Danny Reese may have.
7      Q    Now, following that fatality in Jersey City,
8  New Jersey, in December of 2002, was there any
9  criticism directed against Mr. DeLoreto?
10     A    Not that I recall.
11     Q    Was there any criticism directed against you?
12     A    Yes, there was.
13     Q    Who criticized you?
14     A    Pat Dowson, Danny Reese, Ray Moncini.
15     Q    How about those lawyers, Mr. Engel and
16 Mr. McNamara, did they criticize you?
17     A    Not that I recall.
18     Q    How about Dennis Mayer?
19     A    Not that I recall.
20     Q    Was it your understanding that once that
21 fatality had occurred that the investigation should be
22 under the general supervision of Dennis Mayer?
23     A    I was told to involve Dennis Mayer.
24     Q    Were you told that it was up to you how
25 extensively or minimally you involved him?

SPHERION DEPOSITION SERVICES
(212) 490-3430

```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT


- - - - - - - - - - - - - - - - -X
SUJATA NICHANI,                   :
                Plaintiff         :   ORIGINAL
                                  :
VS                                :   3:02CV1384(JBA)
                                  :
UNITED TECHNOLOGIES CORP. AND     :
OTIS ELEVATOR CORP.,              :
                Defendants        :
- - - - - - - - - - - - - - - - -X
```

VOLUME II

Deposition of SUJATA NICHANI taken at the offices of Zeldes, Needle & Cooper, 1000 Lafayette Boulevard, Bridgeport, Connecticut, before Audra Quinn, RPR, Licensed Shorthand Reporter #106, and Notary Public, in and for the State of Connecticut on July 8, 2003, at 10:18 a.m.

```
 1        Q    Now, was your final report changed in any
 2   way?
 3        A    Yes.
 4        Q    Who changed it?
 5        A    It was changed by Dennis Mayer, Kate Bertini,
 6   John McNamara, and Hal Engel.
 7        Q    All lawyers?
 8        A    I believe so.
 9        Q    What changes did they make?
10        A    They changed from what I recall some of the
11   root causes, some of the causal factors and information
12   about the cable being fed through the blocks.
13        Q    And did they consult with you before making
14   those changes?
15        A    No, they did not.
16        Q    And when you learned about those changes,
17   what did you do?
18        A    When I learned they were making changes?
19        Q    Yes.
20        A    I asked Irv Lauterbach why they were making
21   the changes.
22        Q    And what did he tell you?
23        A    To keep us out of trouble with OSHA.
24        Q    And was that important to you to keep you out
25   of trouble with OSHA?
```

```
 1      A    Yes.
 2      Q    And did you review the changes -- well, did
 3  you ask anyone else other than Irv Lauterbach why the
 4  changes were made?
 5      A    Yes, I asked Ray Moncini.
 6      Q    And what did he say?
 7      A    That they were factual errors in the report.
 8      Q    What were the factual errors?
 9      A    He didn't know.
10      Q    Did he tell you who told him or informed him
11  there were factual errors?
12      A    Yes.  He said John McNamara.
13      Q    And John McNamara is a lawyer?
14      A    Yes.
15      Q    Do you know what kind of lawyer he is?
16           MR. MINCHELLA:  Objection to the form of
17           the question.  The kind of the lawyer.
18  BY MR. ZAKARIAN:
19      Q    Do you know what areas he practices in?
20      A    I don't know.
21      Q    Is he a trial lawyer?
22      A    I don't know.
23      Q    And did you speak with him regarding the
24  errors?
25      A    Speak with who?
```

```
 1        Q    McNamara.
 2        A    No, I did not.
 3        Q    Did you speak with Dennis Mayer?
 4        A    I asked Dennis Mayer what the errors were
 5   that he was referring to.
 6        Q    Did he tell you?
 7        A    No.
 8        Q    What did he tell you?
 9        A    He said he didn't know.
10        Q    Did you speak with Mr. McNamara at all about
11   the errors?
12        A    No, I did not.
13        Q    Did you speak with Mr. Engel?
14        A    No, I did not.
15        Q    Did you see where the changes had been made?
16        A    Yes, I did.
17        Q    And did you agree with the changes?
18        A    No, I did not.
19        Q    What did you disagree with?
20        A    I disagreed with changing the root causes,
21   the causal factors and removing information about how
22   the cable was fed through the block.
23        Q    And did this report that you prepared before
24   Mr. McNamara and the others made these changes, did it
25   contain any of your opinions and conclusions regarding
```

1  what happened?

2  A  Yes.

3  Q  Did they change any of your opinions and
4  conclusions in the final?

5  A  Yes. I believe they changed one.

6  Q  Which one was that?

7  A  That it was my conclusion that the fist grips
8  had failed, and they said that hadn't been concluded
9  because they were being tested.

10  Q  Did you have any problem with that change?

11  A  No.

12  Q  Did you think it was appropriate to have them
13  tested to see if they failed?

14  A  Yes. We had already done testing, so --

15  Q  What kind of testing had you done?

16  A  We had done testing at the Bloomington tool
17  facility on the loads that the fist grips would hold at
18  different torque levels.

19  Q  Did you know what level the fist grips were
20  torqued at when the accident happened?

21  A  No.

22  Q  And what kind of subsequent tests other than
23  the ones you had done were being done on those fist
24  grips?

25  A  I believe they were sent to a lab for

1  metallurgical testing.
2  Q    And did you get the results from the lab?
3  A    No, we did not.
4  Q    What happened, do you know?
5  A    I believe at the time that I left that
6  testing hadn't been done.
7  Q    Now, when you saw the changes that
8  Mr. McNamara had made, did you disagree with anything
9  he had done?
10 A    Yes.
11 Q    What was it specifically that you disagreed
12 with?
13 A    I disagreed with changing of the root causes
14 and the causal factors and omitting information about
15 how the cable was fed through the block.
16 Q    Did you tell anyone that those changes should
17 not be made?
18 A    No, I didn't have the opportunity to do
19 that.
20 Q    Did you send an e-mail or anything to
21 Mr. McNamara to tell him that you disagreed?
22 A    No, I didn't have the opportunity to do
23 that.
24 Q    What do you mean you didn't have the
25 opportunity?