Page 1

1
2
                    UNITED STATES DISTRICT COURT
3
                      DISTRICT OF CONNECTICUT           COPY
4
       - - - - - - - - - - - - - - - - - - -x
5      SUJATA NICHANI,
                    Plaintiff,          |    Civil Action No.
6                                            302CV1384 (MRK)
            vs.                         |
7                                            October 31, 2003
       OTIS ELEVATOR COMPANY and        |
8      UNITED TECHNOLOGIES CORPORATION,
                    Defendants.         |
9      - - - - - - - - - - - - - - - - - - -x
10
11
12              DEPOSITION of ERV LAUTERBACH
13
14
15              Taken at the request of the Plaintiff
       before Tiffany V. Pratt, a Court Reporter and Notary
16     Public within and for the State of Connecticut,
       pursuant to Notice and the Federal Rules of Civil
17     Procedure at the offices of Day, Berry & Howard,
       CityPlace I, Hartford, Connecticut, on October 31,
18     2003, commencing at 10:10 a.m.
19
20
21
22
                    Tiffany V. Pratt, LSR #00128
23            BRANDON SMITH REPORTING SERVICE, LLC
                        44 Capitol Avenue
24              Hartford, Connecticut  06106
                        (860) 549-1850
25

Page 217

1   Q   Did you say to Lou or to Sue that there were
2   things represented that were not facts on the root cause
3   analysis?
4   A   We talked several times, the three of, us about
5   making changes.
6   Q   But my question earlier was whether or not you
7   agreed that the final root cause analysis was --
8   A   Okay. I'm sorry.
9   Q   -- was correct, and you said no, because you
10  thought there were things that were not statements of the
11  fact?
12  A   Right. The final was changed to reflect what I
13  thought was an accurate depiction of the facts without any
14  suggestive comments in there.
15  Q   Who made those changes?
16  A   Myself, John McNamara.
17  Q   Who's an attorney, correct?
18  A   Who's an attorney.
19  Q   And who else?
20  A   Kate Bertini.
21  Q   Who's an attorney?
22  A   Yes.
23  Q   And those changes were in order to make sure that
24  the root cause analysis had accurate statements of fact
25  rather than opinion or innuendo or inference, correct?