1       UNITED STATES DISTRICT COURT

2         DISTRICT OF CONNECTICUT

3  SUJATA NICHANI                  : CIVIL NO. 302CV1384(MRK)

4  VS.                             :

5  OTIS ELEVATOR COMPANY AND       : JUNE 8, 2004
   UNITED TECHNOLOGIES CORPORATION

6

7
             DEPOSITION OF RAYMOND MONCINI
8
             CONTINUED FROM SEPTEMBER 19, 2003
9
                      VOLUME III
10

11
   A P P E A R A N C E S:
12

13
       For the Plaintiff:
14         LAW OFFICES OF ANTHONY R. MINCHELLA, L.L.C.
           Attorneys at Law
15         530 Middlebury Road
           Suite 212-213-B
16         Middlebury, Connecticut 06762
               BY:  ANTHONY R. MINCHELLA, ESQUIRE
17

18     For the Defendants:
           DAY, BERRY & HOWARD, LLP
19         Counsellors at Law
           CityPlace I
20         Hartford, Connecticut 06103
               BY:  ALBERT ZAKARIAN, ESQUIRE
21

22                 Jody G. Frink, CMR, LSR
                   Connecticut License No.  00183
23

24
                 NIZIANKIEWICZ & MILLER
25                REPORTING SERVICES
                    (860) 291-9191

152

```
 1   changed because of the factual errors?
 2       A    Yes.
 3       Q    Okay.  And who identified these factual errors
 4   first?
 5       A    The legal counsel that we had reviewing the
 6   investigation.
 7       Q    John McNamara and Hal Engle?
 8       A    Yes, John McNamara specifically.
 9       Q    How involved -- withdraw the question.
10            Were they involved in the day-to-day
11   investigation of the McQuillan fatality?
12       A    Yes, they were.
13       Q    As involved as Erv Lauterbach and Sue Nichani?
14       A    They were fairly involved, yes.
15       Q    But as involved as Erv Lauterbach?
16       A    I can't give you a degree of their
17   involvement.  They were very involved, because I know they
18   were on the site, they interviewed people, they had active
19   involvement in the investigation.
20       Q    Okay.  Do you know how often they were on the
21   site?
22       A    I have no idea how often they were there.
23       Q    Do you know how often Sue Nichani was on the
24   site after McQuillan died up until the date of this
25   report, February?
```

```
 1        A    I know -- I don't know how many times she was
 2   there.
 3        Q    In fact, she lived in a hotel for some period
 4   of time down in New York?
 5        A    I know she stayed there.  I will -- yeah, she
 6   stayed there, she was part of the team investigating it,
 7   yes.
 8        Q    Did you ask Sue Nichani to move to New York at
 9   the time that the McQuillan fatality was going on?
10        A    You know, I might have.  I don't recall
11   specifically, but I vaguely remember a conversation like
12   that, yes.
13        Q    Why would you ask her to move to New York?
14        A    Probably because there were a lot of things to
15   work on.
16        Q    Was that a temporary -- do you know if you
17   intended it to be a temporary move?
18        A    I don't remember.  I mean, I can recall a
19   casual conversation about this once, but I don't remember
20   it being a very serious conversation.
21        Q    Do you recall what Sue's response was when you
22   called her into your office with Dennis Mayer to talk
23   about changes to the report?
24        A    She was very cooperative.
25        Q    Okay.  Did she ask why there had to be factual
```

1  changes?

2  A   What we told her, there was some differences
3  between the report draft that was stated there and what
4  McNamara and the other -- rest of the team had found.

5  Q   Okay.  But I haven't asked you what you told
6  her.  What did she say in response?  Did she ask why there
7  were factual changes?

8  A   My recollection is that she was -- she said, I
9  understand, we'll go work on the report.

10 Q   Okay.  One of the changes between 56, which
11 we'll call version one; and 57, which we'll call version
12 two is now it says the report is prepared by John McNamara
13 and Hal Engle with technical assistance from Erv
14 Lauterbach and Sue Nichani; correct?

15 A   Yes, that's what it says.

16 Q   And in version one it had the report prepared
17 by Erv Lauterbach and Sue Nichani; correct?

18 A   Yes.

19 Q   Would you testify under oath that John
20 McNamara and Hal Engle prepared this executive summary,
21 Exhibit 57?

22 A   I would testify under oath that these four
23 people prepared the report together.

24 Q   Okay.  Do you know when the first time was
25 that Hal Engle or John McNamara actually saw the executive

1  summary prepared by Erv and Sue?
2      A   I think it was probably the day or maybe the
3  day before that Dennis called, Dennis and I called Sue
4  into my office.
5      Q   Did you ask Hal or John to see any backup
6  documentation where -- which would support that their
7  facts were correct and Sue and Erv's were not?
8      A   No, I didn't.
9      Q   Why not?
10     A   Because, I mean, they -- the way it was
11 depicted to me when I was talking to John and to Dennis
12 was that when they -- when John was reviewing the draft,
13 there were some inconsistencies in the draft based on
14 their actual interviews.  And these guys, I mean, they're
15 attorneys, they're used to doing this level of
16 investigation.  I've had a personal -- a lot of experience
17 with both of these guys.  So I had no reason to question
18 their facts.
19     Q   So you trusted their facts over Erv's and
20 Sue's?
21             MR. ZAKARIAN:  Object to the form.
22 BY THE WITNESS:
23     A   It wasn't a competition.  I just wanted to get
24 to the truth.  That's all.
25     Q   Okay, and to get to the truth, you agreed to

1   some factual changes based upon what John McNamara and Hal
2   Engle said?
3       A   Well, as it was depicted to me, there were
4   some comments made in the draft that were -- there were
5   some conflict between the comment that was made in the
6   draft and the actual interview that came from specific
7   individuals.
8       Q   Okay, do you remember John or Hal telling you
9   that there were ten mistakes in Sue and Erv's report?
10      A   No, I don't remember a number at all.
11      Q   Did you ever become a -- withdraw the
12  question.
13          If -- withdraw that statement too.
14          Do you recall during the meeting with Dennis
15  Mayer and Sue Nichani and yourself concerning the changes
16  to the report Sue suggesting that she call John McNamara
17  to discuss the changes with him?
18      A   That Sue would call John?
19      Q   Yeah.
20      A   I don't remember that, no.
21      Q   Okay.  Now, would you agree that the report
22  that Sue and Erv prepared before Hal and John made those
23  changes was reviewed by Pat Dowson and some point?
24      A   I don't know if it was or not.
25      Q   Would you agree that it was reviewed by Danny