Page 1

```
 1
 2
                  UNITED STATES DISTRICT COURT
 3
                     DISTRICT OF CONNECTICUT            COPY
 4
     - - - - - - - - - - - - - - - - - - x
 5   SUJATA NICHANI,
                    Plaintiff,      |  Civil Action No.
 6                                     302CV1384 (MRK)
                vs.                 |
 7                                     October 31, 2003
     OTIS ELEVATOR COMPANY and      |
 8   UNITED TECHNOLOGIES CORPORATION,
                    Defendants.     |
 9   - - - - - - - - - - - - - - - - - - x
10
11
12             DEPOSITION of ERV LAUTERBACH
13
14
15          Taken at the request of the Plaintiff
     before Tiffany V. Pratt, a Court Reporter and Notary
16   Public within and for the State of Connecticut,
     pursuant to Notice and the Federal Rules of Civil
17   Procedure at the offices of Day, Berry & Howard,
     CityPlace I, Hartford, Connecticut, on October 31,
18   2003, commencing at 10:10 a.m.
19
20
21
22
               Tiffany V. Pratt, LSR #00128
23         BRANDON SMITH REPORTING SERVICE, LLC
                    44 Capitol Avenue
24             Hartford, Connecticut  06106
                     (860) 549-1850
25
```

1    Q    Did you say to Lou or to Sue that there were
2    things represented that were not facts on the root cause
3    analysis?
4    A    We talked several times, the three of, us about
5    making changes.
6    Q    But my question earlier was whether or not you
7    agreed that the final root cause analysis was --
8    A    Okay. I'm sorry.
9    Q    -- was correct, and you said no, because you
10   thought there were things that were not statements of the
11   fact?
12   A    Right. The final was changed to reflect what I
13   thought was an accurate depiction of the facts without any
14   suggestive comments in there.
15   Q    Who made those changes?
16   A    Myself, John McNamara.
17   Q    Who's an attorney, correct?
18   A    Who's an attorney.
19   Q    And who else?
20   A    Kate Bertini.
21   Q    Who's an attorney?
22   A    Yes.
23   Q    And those changes were in order to make sure that
24   the root cause analysis had accurate statements of fact
25   rather than opinion or innuendo or inference, correct?