COPY

1

1          UNITED STATES DISTRICT COURT

2           DISTRICT OF CONNECTICUT

3   SUJATA NICHANI               : CIVIL NO. 302CV1384(MRK)

4   VS.                          :

5   OTIS ELEVATOR COMPANY AND     : JUNE 8, 2004
    UNITED TECHNOLOGIES CORPORATION

6

7           DEPOSITION OF RAYMOND MONCINI

8          CONTINUED FROM SEPTEMBER 19, 2003

9                   VOLUME III

10

11

    A P P E A R A N C E S:

12

13

                For the Plaintiff:
14                  LAW OFFICES OF ANTHONY R. MINCHELLA, L.L.C.
                    Attorneys at Law
15                  530 Middlebury Road
                    Suite 212-213-B
16                  Middlebury, Connecticut 06762
                        BY:  ANTHONY R. MINCHELLA, ESQUIRE
17

18              For the Defendants:
                    DAY, BERRY & HOWARD, LLP
19                  Counsellors at Law
                    CityPlace I
20                  Hartford, Connecticut 06103
                        BY:  ALBERT ZAKARIAN, ESQUIRE
21

22                      Jody G. Frink, CMR, LSR
                        Connecticut License No.  00183
23

24              NIZIANKIEWICZ & MILLER
                    REPORTING SERVICES
25                   (860) 291-9191

1    changed because of the factual errors?

2         A    Yes.

3         Q    Okay.  And who identified these factual errors

4    first?

5         A    The legal counsel that we had reviewing the

6    investigation.

7         Q    John McNamara and Hal Engle?

8         A    Yes, John McNamara specifically.

9         Q    How involved -- withdraw the question.

10             Were they involved in the day-to-day

11   investigation of the McQuillan fatality?

12        A    Yes, they were.

13        Q    As involved as Erv Lauterbach and Sue Nichani?

14        A    They were fairly involved, yes.

15        Q    But as involved as Erv Lauterbach?

16        A    I can't give you a degree of their

17   involvement.  They were very involved, because I know they

18   were on the site, they interviewed people, they had active

19   involvement in the investigation.

20        Q    Okay.  Do you know how often they were on the

21   site?

22        A    I have no idea how often they were there.

23        Q    Do you know how often Sue Nichani was on the

24   site after McQuillan died up until the date of this

25   report, February?

153

1      A      I know -- I don't know how many times she was
2  there.
3      Q      In fact, she lived in a hotel for some period
4  of time down in New York?
5      A      I know she stayed there.  I will -- yeah, she
6  stayed there, she was part of the team investigating it,
7  yes.
8      Q      Did you ask Sue Nichani to move to New York at
9  the time that the McQuillan fatality was going on?
10     A      You know, I might have.  I don't recall
11  specifically, but I vaguely remember a conversation like
12  that, yes.
13     Q      Why would you ask her to move to New York?
14     A      Probably because there were a lot of things to
15  work on.
16     Q      Was that a temporary -- do you know if you
17  intended it to be a temporary move?
18     A      I don't remember.  I mean, I can recall a
19  casual conversation about this once, but I don't remember
20  it being a very serious conversation.
21     Q      Do you recall what Sue's response was when you
22  called her into your office with Dennis Mayer to talk
23  about changes to the report?
24     A      She was very cooperative.
25     Q      Okay.  Did she ask why there had to be factual

1   changes?

2       A   What we told her, there was some differences

3   between the report draft that was stated there and what

4   McNamara and the other -- rest of the team had found.

5       Q   Okay.  But I haven't asked you what you told

6   her.  What did she say in response?  Did she ask why there

7   were factual changes?

8       A   My recollection is that she was -- she said, I

9   understand, we'll go work on the report.

10       Q   Okay.  One of the changes between 56, which

11   we'll call version one; and 57, which we'll call version

12   two is now it says the report is prepared by John McNamara

13   and Hal Engle with technical assistance from Erv

14   Lauterbach and Sue Nichani; correct?

15       A   Yes, that's what it says.

16       Q   And in version one it had the report prepared

17   by Erv Lauterbach and Sue Nichani; correct?

18       A   Yes.

19       Q   Would you testify under oath that John

20   McNamara and Hal Engle prepared this executive summary,

21   Exhibit 57?

22       A   I would testify under oath that these four

23   people prepared the report together.

24       Q   Okay.  Do you know when the first time was

25   that Hal Engle or John McNamara actually saw the executive

1   summary prepared by Erv and Sue?

2        A    I think it was probably the day or maybe the

3   day before that Dennis called, Dennis and I called Sue

4   into my office.

5        Q    Did you ask Hal or John to see any backup

6   documentation where -- which would support that their

7   facts were correct and Sue and Erv's were not?

8        A    No, I didn't.

9        Q    Why not?

10       A    Because, I mean, they -- the way it was

11  depicted to me when I was talking to John and to Dennis

12  was that when they -- when John was reviewing the draft,

13  there were some inconsistencies in the draft based on

14  their actual interviews.  And these guys, I mean, they're

15  attorneys, they're used to doing this level of

16  investigation.  I've had a personal -- a lot of experience

17  with both of these guys.  So I had no reason to question

18  their facts.

19       Q    So you trusted their facts over Erv's and

20  Sue's?

21                    MR. ZAKARIAN:  Object to the form.

22  BY THE WITNESS:

23       A    It wasn't a competition.  I just wanted to get

24  to the truth.  That's all.

25       Q    Okay, and to get to the truth, you agreed to

1   some factual changes based upon what John McNamara and Hal

2   Engle said?

3       A    Well, as it was depicted to me, there were

4   some comments made in the draft that were -- there were

5   some conflict between the comment that was made in the

6   draft and the actual interview that came from specific

7   individuals.

8       Q    Okay, do you remember John or Hal telling you

9   that there were ten mistakes in Sue and Erv's report?

10      A    No, I don't remember a number at all.

11      Q    Did you ever become a -- withdraw the

12  question.

13          If -- withdraw that statement too.

14          Do you recall during the meeting with Dennis

15  Mayer and Sue Nichani and yourself concerning the changes

16  to the report Sue suggesting that she call John McNamara

17  to discuss the changes with him?

18      A    That Sue would call John?

19      Q    Yeah.

20      A    I don't remember that, no.

21      Q    Okay.  Now, would you agree that the report

22  that Sue and Erv prepared before Hal and John made those

23  changes was reviewed by Pat Dowson and some point?

24      A    I don't know if it was or not.

25      Q    Would you agree that it was reviewed by Danny