# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | APRIL 28, 2006 |

## **APPEARANCE**

TO: Clerk
    United States District Court
    141 Church Street
    New Haven, CT 06510

Please enter the appearance of the undersigned on behalf of the defendants, UNITED TECHNOLOGIES CORP. and OTIS ELEVATOR COMPANY, in the above-referenced matter.

                                                          _____
                                                          Felix J. Springer  (ct05700)
                                                          Day, Berry & Howard LLP
                                                           CityPlace I, 185 Asylum Street
                                                           Hartford, CT 06103-3499
                                                           (860) 275-0100
                                                           (860) 275-0343 (fax)
                                                           fjspringer@dbh.com
                                                           Their Attorneys

-2-

## **CERTIFICATION**

  I hereby certify that the foregoing was mailed, via first-class mail, postage prepaid, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 212-213B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

                _____
                Felix J. Springer