# ZELDES, NEEDLE & COOPER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

TELEPHONE (203) 333-9441
FAX (203) 333-1489

Anthony R. Minchella
Direct Dial: (203) 332-5718
E-MAIL: aminchella@znclaw.com

December 10, 2002

Albert Zakarian, Esq.
Day, Berry & Howard LLP
185 Asylum Street
Hartford, CT 06103-3499

Re:  **Nichani v. United Technologies Corp.**

Dear Al:

During our recent meeting you agreed to review certain requests for information that will assist us in formulating a proposal to resolve this matter, while reserving your right to object to the requests to the extent they would be objectionable under the Federal Rules of Civil Procedure. I mentioned that if we are committed to making a good faith effort to resolve this matter -- which our client and we are — that we postpone my client's deposition currently scheduled for December 19, 2002. I'd ask your courtesy in doing so not only to permit settlement discussions and exchange of information, but also because I have a mediation that I must attend on that date with a client who is travelling from New York City.

We would appreciate responses to the following requests:

1. Identify the maximum and minimum annual salary for a Director Level 3 position at United Technologies Corp. and Otis Elevator Co. for the calendar years 1999, 2000, 2001 and 2002, including the average starting salary for employees newly promoted to a Director Level 3 position.

2. Identify all positions at United Technologies Corp. and Otis Elevator Co. that require equal skill, effort and responsibility as the position currently held by Sue Nichani, entailing similar working conditions as Sue Nichani's position. Provide the Grade and/or Level and maximum and minimum annual salary for each such position for the calendar years 1999, 2000, 2001 and 2002.

3. Identify and describe each benefit, including but not limited to bonuses, performance incentive plans, stock purchase or stock option plans, car allowances or company car, all insurance plans and all retirement or pension plans, provided to the employees in the positions identified in response to Request Number 2 above, for the

ZELDES, NEEDLE & COOPER
A PROFESSIONAL CORPORATION

Page 2
December 10, 2002

fiscal years 1999, 2000, 2001 and 2002, and provide (a) the maximum and minimum economic value of each benefit, and (b) any formula(s) utilized to calculate the benefit.

4.  Identify and describe each benefit, including but not limited to bonuses, performance incentive plans, stock purchase or stock option plans, car allowances or company car, all insurance plans and all retirement or pension plans, provided to a Director Level 3 position at United Technologies Corp. and Otis Elevator Co. for the calendar years 1999, 2000, 2001 and 2002, and provide the (a) maximum and minimum economic value of each benefit, and (b) any formula(s) utilized to calculate the benefit.

5.  Identify and describe each benefit, including but not limited to bonuses, performance incentive plans, stock purchase or stock option plans, car allowances or company car, all insurance plans and all retirement or pension plans, provided to Sue Nichani for the calendar years 1999, 2000, 2001 and 2002, and provide the (a) maximum and minimum economic value of each benefit, and (b) any formula(s) utilized to calculate the benefit.

6.  State the projected increases in annual salary for Director Level 3 position at United Technologies Corp. and Otis Elevator Co. for calendar years 2003, 2004, and 2005.

7.  State with particularity each fact that supported the decision to transfer Brad Russell from his former position to the Senior Manager in Safety & Environment of Otis NAA.

Very truly yours,

Anthony R. Minchella

ARM/mjo