# ZELDES, NEEDLE & COOPER
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

TELEPHONE (203) 333-9441
FAX (203) 333-1489

Anthony R. Minchella
Direct Dial: (203) 332-5718
E-MAIL: aminchella@znclaw.com

January 13, 2003

Albert Zakarian, Esq.
Day, Berry & Howard LLP
185 Asylum Street
Hartford, CT 06103-3499

Re:   <u>Nichani v. United Technologies Corp, et al.</u>

Dear Al:

Thank you for your letter of January 6, 2003, responding to my requests for certain information concerning plaintiff's claims in the above matter.

You provided me with Mr. Russell's Incentive Compensation amounts for 1999 through 2001, but did not provide (though I requested) the formula utilized to calculate Incentive Compensation for those years. Furthermore, I understand that the amount of Incentive Compensation is determined using a multiplier based upon the applicable region's (or company's) performance. Please provide that multiplier for NAA for the years 1999, 2000 and 2001, and the formula used to calculate the amount of Incentive Compensation.

Also, please provide the maximum and minimum stock options that L3 could receive for years 1999, 2000 and 2001.

I believe that once we have this information, we will be in a position to propose a separation package for Ms. Nichani.

Finally, we have been directed to select dates for a settlement conference before the Special Masters. Please advise me of dates you and your clients are available. My schedule for the rest of the month of January is booked, as I am on trial commencing next week in the Superior Court, Judicial District of Fairfield, so I would be looking at the second week in February at the earliest.

Very truly yours,

Anthony R. Minchella

ARM/mjo

TOTAL P.02