# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Albert Zakarian, Esq.
(860) 275-0290
azakarian@dbh.com
www.dbh.com

January 27, 2003

**VIA FACSIMILE AND U.S. MAIL**     **FOR SETTLEMENT PURPOSES**

Anthony R. Minchella, Esq.
Zeldes Needle & Cooper PC
100 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601-1740

Re:  *Nichani v. Otis*

Dear Tony:

This letter is in response to your further requests for information in your January 13, 2003 letter. The factual information provided below is for settlement purposes only.

(1) You requested the formula used to calculate Mr. Russell's Incentive Compensation ("IC") while at Otis World Headquarters ("WHQ"). Mr. Russell's last IC payment was in February 2001. It reflected his IC for the year 2000. As you know, in 2000 he was at WHQ and not NAA. The formula was:

| | |
|---|---|
| Base Salary | USD 145,000 |
| Level 3 IC Target | % 25 |
| WHQ Factor or "Multiplier" | 1.62 |
| Mr. Russell's Individual IC Factor | 1.40 |
| IC amount USD 36,250 x 1.40 | USD 51,000 |

(2) You requested the "multiplier" for NAA for 1999, 2000 and 2001 and the formula used to calculate IC. The IC factors for NAA for 1999, 2000 and 2001 were as follows: 0.99, 1.41 and 2.68, respectively. These numbers represent the overall NAA factor. Individual awards are based on the formula set forth above and individual performance, individual factors (i.e., 1.40 above) and target levels (i.e., 25% above).

(3) You requested the range of stock option grants for L3 executives at NAA. The range of options granted to newly appointed L3 executives in the last two years was 1,818 - 2,364. Please note that there is no guaranteed amount or range in any given year. Stock option grants are calculated based on performance, market data and management discretion.

One Canterbury Green | Stamford, CT 06901 | t 203 977 7300 f 203 977 7301
Boston   Greenwich   Hartford   New York   Stamford   www.dbh.com

Day, Berry & Howard LLP

Anthony R. Minchella, Esq.
January 27, 2003
Page 2

As you indicated in your letter, you requested this information to assist you in proposing a separation package for your client. We are providing this information to help you in formulating a reasonable proposal. In accordance with our understanding, you and your client will maintain this information in the strictest confidence. We look forward to hearing from you soon.

Very truly yours,

Albert Zakarian

cc:   Joseph C. Zemetis, Esq.

```
************ -COMM. JOURNAL- ******************* DATE FEB-11-2003 ***** TIME 15:43 **********

         MODE = MEMORY TRANSMISSION           START=FEB-11 15:42    END=FEB-11 15:43

             FILE NO.=575

         STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                  PAGES      DURATION
         NO.           ABBR NO.

         001   OK      *            18606670083                          003/003     00:00:49


                                                       -ZELDES,NEEDLE & COOPER  -
********************************* -ZELDES   - **** -    203 333 0328- *********
```

Fax   Fax   Fax   Fax   Fax   Fax   Fax

# ZELDES, NEEDLE & COOPER
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601-1740
Telephone (203) 333-9441
Fax (203) 333-1489

**DATE:** February 11, 2003                    **Hard Copy to Follow By Mail:**
                                                Yes ___  No XX

**TO:** Sheldon Wishnick            **FAX NUMBER:** 860.667.0083

**FROM:** ANTHONY R. MINCHELLA, ESQ.

**RE:** Nichani v. United Technologies, Inc.

**NUMBER OF PAGES (Including Cover):** 3

If any of this transmission is not legible, please call (203) 333-9441 as soon as possible.

**SUPPLEMENTAL MESSAGE:**

Please review the enclosed concerning the above matter.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.