# Forbes.com

In My Opinion
# FASB's Stock Options Blunder
Jude Rich, 01.22.03, 2:00 PM ET

The Financial Accounting Standard Board wants U.S. companies to charge corporate earnings for the use of employee stock options. The exercise of options has an economic cost to shareholders, and, in the wake of recent corporate governance scandals in the U.S., FASB believes this cost should be recognized in a company's income statement.

The problem with the FASB proposal is that it bases the size of the earnings charge on option valuation models. We believe this to be a wrong approach, for three reasons:

1. Option valuation models currently in use are inaccurate and unreliable.

To test these models, we conducted extensive studies in 1992, and again in 2002. We studied nearly 200 of the S&P 500 companies over 25-year periods. We used the most popular models that FASB will allow, including Black-Scholes, to predict the gains to recipients at the time the options were granted. We then compared these predictions to the actual stock gains at the end of five- and ten-year periods in the 1992 study, and seven-year periods in the more recent study. We ran these calculations for time periods since 1967.

The results for all time periods and all option valuation models showed that these models do not come close to predicting the actual value of long-term employee stock options. Our research proves what is intuitively obvious. If these option models were accurate, their purveyors would amass the wealth of Midas buying undervalued stocks, rather than selling their software for $50.

These models were invented for short-term traded options. Therefore, it is not surprising that they are inaccurate for long-term employee options. The most commonly used one is the Merton variant of the Black-Scholes model. This assumes constant volatility, dividends and a risk-free debt rate over the ten-year-or-so term of employee options. This is not a real-world set of assumptions.

2. Giving companies a choice of which model and assumptions to use is likely to result in a huge range of option values and, therefore, earnings charges.

For an option granted at $100 per share, the various valuation models tested in our research predicted a range of gains for individual companies of $10 to $97. FASB, though it does not let a company pick, say, the asset depreciation schedule it wishes, would allow it to use any option valuation model that takes into account the option term, strike price, volatility, lack of marketability, a risk-free rate and dividends.

A mad scramble has ensued to find the model producing the lowest earnings charge. Moreover, companies can change these other assumptions--such as employee turnover rates--from year to year, which will distort comparisons with prior years.

3. An earnings charge should be based on the cost to the company, not the potential value to the employee.

The option valuation models that FASB supports are supposed to predict the value of the option to the recipient (although they do not do so accurately). Value is not necessarily the same as cost. For example, companies charge earnings for the cost of group medical coverage, which could run $6,000 per year per employee. If you were to purchase a comparable coverage as an individual, however, it could cost more than $10,000 per year.

The true economic cost of options is the dilution to shareholders when options are exercised, offset by the tax deduction for the gains to employees.

We suggest three alternatives to FASB's proposal:

1. Require a reduction in earnings per share (EPS) when the company actually incurs a cost, which is at the time of the option exercise.

Under this approach, there would be no earnings charge for options that are forfeited or expire unexercised. Nor would we have to rely on extremely inaccurate models, which can produce vastly different earnings charges

based on inputs to the model.

The impact on EPS based on this alternative would be about the same for all companies, granting the same percentage of shares outstanding in options, at the same exercise price, unlike the variance among option valuation models.

The accounting treatment needed to recognize the true effect of options is as follows:

Add the number of option shares received by employees to total shares outstanding at the time the option is exercised. This would reduce earnings per share.

Allow an increase in net income equal to the amount of the tax deduction allowed by the Internal Revenue Service when options are exercised (i.e., the employee's gain multiplied by the tax rate). This will increase earnings per share.

To illustrate the impact of this approach on the income statement, assume Company X grants 2 million nonqualified options at $10 per share in 2002, all of which are exercised in 2007 when the stock price is $15 per share. Also assume Company X earns $500 million in net income each year and has 100 million shares outstanding for an EPS of $5 in 2002, before the option is exercised. The accounting at the time of exercise, in 2007, would be as follows:

Shares outstanding would increase to 102 million, which would reduce EPS from $5 to $4.90 (2%).

At the time of exercise, in 2007, net income would be increased by $4 million, the amount of the tax deduction for the compensation expense based on the gains to employees ($15 - $10 = $5 per share times 2 million shares = $10 million times 40%, assuming a 40% state and federal tax rate).

The overall EPS decline from the option exercise would be 6 cents per share, about a 1.2% EPS decline in 2007.

In addition, the cash the company receives from the employees at the time the option is exercised will be reinvested in the business or used to retire debt, either of which will indirectly result in a higher EPS.

This alternative reflects the true economic cost of options, which is the dilution of shareholders' equity, offset by a tax deduction for employees' gains plus the company's use of the cash employees pay to exercise the option.

2. Charge earnings for the unrealized gains on exercisable options and adjust charges quarterly, but report this charge as a separate income statement item called "non-operating EPS."

This alternative is a form of "variable accounting," but the erratic vacillation in stock prices and earnings charges would not affect the basic net income or EPS number. This second alternative is less attractive than the first, because it is based on option gains rather than the true economic cost. On the other hand, Alternative 2 shares two benefits of Alternative 1: using real numbers instead of inaccurate models and being standardized for all companies.

3. Leave well enough alone.

The status quo would be preferable to letting companies choose from an array of inaccurate and non-standardized models. The current Treasury Method accounts for options through the balance sheet, by adjusting shares outstanding and providing credits to surplus for the tax deduction received upon exercise of a nonqualified option.

The Treasury Method is based on real numbers and the actual transactions involved. Moreover, the FAS 123 footnote added in 1995, based on option valuation models, could still be shown, for those who believe these models are useful.

Our Forums: Comment on this article

*Jude T. Rich is senior vice president at Sibson Consulting, the human capital consulting division of The Segal Company. His e-mail address is jrich@sibson.com.*

derivative ONE

# knowledge base

**Black Scholes Option Pricing Model**

This model can only be used for valuing European Options as it cannot handle the early exercise feature of American Options (which should be valued using a binor model). The primary advantages are its speed and accuracy.

**Inputs to Black Scholes Option Model**

European Options
American Options
Asian Options
Barrier Options
Black Scholes Option Pricing
Digital Options
Call Options
Put Options
Chooser Options
Compound Options
Exchange Options
Forward Start Options
Forward Rate Agreements
Lookback Options
Quanto Options
Swaptions
Basis swaps
Interest Rate Swaps
Currency Swaps
FAS 133
Hedge Effectiveness

Spot Price : The market price of the underlying asset on the valuatic date. This can be a difficult input to estimate for options illiquid assets, however under normal circumstances th closing market price can usually be used

Strike Price : This is the price level at which the option holder has the to buy or sell the underlying asset. It is the most straightforward input as it will always be given in the op contract.

Time to Maturity : The time (in years) until the option expires and the hold no longer entitled to exercise the option.

Interest Rate : The risk free interest rate for the period until the option expires. The risk free rate should typically be a zero co government bond yield.

Volatility : Volatility is probably the most important single input to a option pricing model. There are numerous methods for estimating volatility.
Historic volatility entails using historic price data for sha price movements. A key issue is how far into the past to collect data from. A useful rule of thumb is to collect da from as far back as the options term (eg a option with a year life would require an input of historic volatility calcu from the last 5 years of historic data).
Historic volatility is often considered as flawed as it ass the past will reflect the future - thus several forward-loo measures of volatility can be more powerful and accura
Implied Volatility is the volatility implied by the market p of traded options. As the price is already known and the volatility (which is typically an input) is unknown the pric model is reversed to determine the volatility. When usir implied volatility it is important to be aware of the volatil surface. The volatility surface is the 3 dimensional representation of the relationship between volatility, opt life and exercise price. Thus to use implied volatility the option from which the volatility is implied should have a similar life and exercise price (or ratio of market price to exercise price) as the option being valued.
Other models such as ARCH, EWMA, GARCH use hist data and condition the data using factors such as mear reversion to acheive a more accurate volatility forecast.

Yield : The average yield generated by the underlying asset fo life of the option. This can be either a dividend (for a sto stock index) or the income generated by a commodity. It is often difficult to forecast the yield for the entire optic so the current yield of the asset is often used.

Case 3:02-cv-01384-MRK　　Document 153-3　　Filed 05/01/2006　　Page 5 of 11

DerivativeOne features a free black scholes pricing model for valuing European o on Stocks, Currencies, Commodities and Futures

## signup for free option valuation tools

**Financial Derivatives**　**Derivatives Software**　**SignUp**　**Contact**

Accounting for Stock Options Page 1 of 4
Case 3:02-cv-01384-MRK   Document 153-3   Filed 05/01/2006   Page 7 of 11
🖶 Print

**The CPA Journal**

## Accounting for Stock Options
*Update on the Continuing Conflict*

*By Nicholas G. Apostolou and D. Larry Crumbley*

AUGUST 2005 - In December 2004, a decade after bending to Congressional pressure and backing away from requiring the expensing of options on financial statements, FASB issued a revised standard to recognize stock-option compensation as an expense on income statements. Many in Congress may try to thwart the proposal before it becomes effective. A bill by Representative Richard Baker of Louisiana that would require expensing the cost of stock options for only the top five executives of a company has drawn the support of those groups still resolutely opposed to expensing.

This time, however, FASB is likely to prevail. Investors are demanding tougher accounting standards, and the International Accounting Standards Board (IASB) has already passed rules requiring the expensing of options. Many large U.S. corporations have already voluntarily agreed to expense options. Finally, there is more concern about, and less support for, Congressional interference in FASB's standards-setting process.

### History of the Debate

Accounting for stock options has been one of the most controversial topics in accounting during the last decade. The principal debate is whether compensation expense should be recognized for stock options and, if so, the periods over which it should be allocated. Before 1995, the provisions of *Accounting Principles Board (APB) Opinion 25*, issued in 1972, determined accounting for stock options.

APB Opinion 25 measured stock options using the intrinsic value method, whereby compensation expense was determined as the excess of the stock price at the measurement date (generally, the grant date) over the option exercise price. Because most stock options had exercise prices at least equal to current market prices, no compensation expense was recognized. This approach ignored any likelihood that the stock price would exceed the exercise price in the future.

In June 1993, FASB attempted to recognize the reality of stock-option value by issuing proposed SFAS 123, which required measuring the option value based upon the many factors that reflect its underlying value. Therefore, total compensation expense was to be based upon the fair value of the options expected to vest on the grant date. No adjustments would be made after the grant date in response to subsequent changes in the stock price. Fair value was to be estimated using Black-Scholes or binomial option-pricing models.

A groundswell of massive opposition to this fair value method resulted, led primarily by industries making significant use of stock options, particularly in the high-technology sector. Smaller high-tech companies were very vocal, arguing that offering stock options was the only way they could hire top professional management. Furthermore, they claimed that the losses that would result from forcing them to recognize stock options as compensation expense would impair their stock price and put them at a disadvantage compared to larger corporations better able to absorb the expense of stock options.

Opponents to the expensing of stock options included many members of Congress. In 1993, Senator Joseph Lieberman introduced a bill that would have mandated the SEC to require that no compensation expense be reported on the income statement for stock-option plans.

This bill would have set a dangerous precedent for interfering in the operations of FASB. The powerful interests aligned against it forced FASB to compromise. In 1995, FASB decided to encourage, rather than require, recognition of compensation cost based upon the fair value method and to require expanded disclosures. In other words, SFAS 123 requires companies that continued to follow APB 25 and did not include stock-option expenses in the income statement to disclose in the notes to financial statements what such expenses would have been. This compromise troubled many observers because the politicized rule-making process was less concerned with proper accounting and more influenced by the economic consequences of a new standard. Berkshire-Hathaway Chair and CEO Warren Buffett addressed this in the company's 1998 annual report: "A distressing number of both CEOs and auditors have in recent years bitterly fought FASB's attempts to replace fiction with truth and virtually none have spoken out in support of FASB."

Critics of the failure to expense options (fair value method) on the income statement became particularly vocal in recent years because of the widespread concern over deceptive accounting practices at companies accused of fraud (e.g., Enron, Tyco, WorldCom). Few companies before 2002 chose to adopt the fair value method. Buffett was the most prominent critic of the failure to recognize stock options on the financial statements. Elsewhere in Berkshire's 1998 annual report he stated: "Existing accounting principles ignore the cost of stock options when earnings are being calculated, even though options are huge and an increasing expense at many corporations." He characterized this accounting policy as "outrageous" and an "egregious flaw in accounting procedure." He also stated that he often had to adjust reported earnings per share (EPS) figures of other companies by 5%, "with 10% not at all uncommon." Once he had made that adjustment, it affected his portfolio decisions, "causing him to pass on a stock purchase he might otherwise have made."

To test Buffett's estimates of the extent of dilution from the issuance of stock options, the authors surveyed 20 companies by examining their 2003 annual reports (Exhibit 1). Prominent high-tech companies were selected, along with several others used for comparison.

Buffett's adjustment to reported earnings of 5% to 10% for stock option compensation expense is, in some cases, conservative. The difference between reported earnings and earnings under the fair value method (expensing stock options) substantially exceeds 10% for most of the companies in our survey. For Yahoo and Adobe, the percentages were 86% and 70%, respectively. For six of the companies, the expensing of stock options would have changed a net profit to a net loss.

**Revised Statement of Financial Accounting Standards**

The issue of expensing stock options returned to the front burner in October 2001 when Enron, then the nation's seventh-largest company, disclosed more than $1 billion of accounting errors. The wave of financial fraud disclosures that followed stunned investors and increased the demand for transparency in corporate reporting. FASB responded to heightened interest in improved financial reporting with the release in December 2004 of SFAS 123 (Revised), *Share-Based Payment*. FASB would require public and nonpublic companies with calendar fiscal year-ends to recognize stock-based compensation in their income statements starting in 2006.

FASB cited four principal reasons for issuing SFAS 123(R):

- *Addressing concerns of users and others*. FASB has received many complaints from users that using APB Opinion 25's intrinsic value method resulted in financial statements that do not faithfully represent the underlying cost associated with the issuance of stock options. When employees exercise their options (i.e., buy the stock at the preset price), the company has to issue new shares, which reduces the earnings available for each share.
- *Improving the comparability of reported financial information through the elimination of alternative accounting methods*. Beginning in summer 2002, many companies announced their

- intention to voluntarily adopt the fair value method and to expense stock options. Currently, more than 500 U.S.-listed companies have announced their decision to expense stock options, including Exxon Mobil, General Motors, and Coca-Cola. Most companies, however, continue to use APB Opinion 25's intrinsic value method and do not expense options. FASB believes that similar economic transactions should be accounted for similarly, and favors the fair value method for all publicly traded companies.
- *Simplifying U.S. GAAP.* SFAS 123(R) would simplify the accounting for stock options. FASB believes that U.S. GAAP should be simplified whenever possible. Requiring the use of the fair value method would eliminate the intrinsic value method and its many related rules.
- *International convergence.* SFAS 123(R) would better harmonize U.S. accounting standards with international accounting standards. In February 2004, the IASB issued a rule that required the expensing of stock options as of January 1, 2005. Conformity with IASB standards is required of all publicly listed companies in the European Union and of all Australian entities.

**Pricing Stock Options**

All of the surveyed companies use the Black-Scholes option-pricing model, developed by Fischer Black and Myron Scholes in the early 1970s. This model calculates the present value of a stock option at the grant date, based upon specific information about the terms of the option and assumptions about future stock price performance. The value of an option reflects the estimate of the price that someone would pay in the market today for the option. It is the point at which an investor would be indifferent between receiving the option or the amount of cash equal to its value. The method is considered a probability model because it assumes that the underlying stock behaves in such a way that possible future prices can be modeled by a probability distribution.

Of the six variables in the Black-Scholes model (Exhibit 2), the estimated future volatility of the stock price is the most difficult to compute. This measure can be defined as the estimated future variance of the stock price based on historical stock price movement or expectations for future stock movement. Volatility measures the stock price fluctuation relative to itself and should not be confused with a stock's beta, which measures the stock price fluctuation relative to a market average. Volatility is expressed as a percentage, and this variable is a relative measure of the expected difference between the stock price at the end of the stock option's expected life and the stock price at the grant date. Volatility is, in effect, the standard deviation of the expected price of the stock. Because future volatility cannot be known, SFAS 123 suggested using stock prices over a historical period of time equal to the expected life of the options being granted.

The estimate of volatility can dramatically affect the value assigned to the options. Consider an option with the following characteristics: exercise price: $10; fair market value: $10; expected life: six years; and dividend yield: none. With an estimated stock price volatility of 30%, the option would have an estimated value of $4.18. With an estimated stock price volatility of 70%, the estimated value would be $6.75.

Concern about a company's estimates of option value is sometimes expressed in annual reports. A typical example is PeopleSoft's disclosure in its 2003 Form 10-K:

> Limitations of the effectiveness of the Black-Scholes option-pricing model are that it was developed for use in estimating the fair value of traded options which have no vesting restrictions and are fully transferable and that the model requires the use of highly subjective assumptions including expected stock price volatility. Because the Company's [stock-based] awards to employees have characteristics significantly different from those of traded options and because changes in the subjective input assumptions can materially affect the fair value estimate, in management's opinion, the existing models do not necessarily provide a reliable single measure of the fair value of its stock-based awards to employees.

SFAS 123(R) does not specify which option-pricing model companies should use; however, it does suggest using either Black-Scholes or lattice models.

**Valuing Stock Options with a Lattice Model**

SFAS 123(R) provides new guidance on option valuation, including new emphasis on complex techniques that most companies have not used in implementing SFAS 123. The revised standard asserts that both the model used to value option expense and the related inputs into the model should be consistent with the value placed on them by willing parties. In the exposure draft issued in March 2004, FASB asserted that lattice-based models satisfied this criterion better than Black-Scholes. Lattice-based models use the same basic categories of inputs as Black-Scholes, but they can reflect post-vesting employment termination behavior and other adjustments designed to incorporate certain characteristics of employee share options and similar instruments. Furthermore, lattice models can accommodate changes in dividends and volatility over the option's contractual term, estimates of expected option-exercise patterns during the option's contractual term, and black-out periods (when options cannot be exercised).

As previously mentioned, SFAS 123(R) requires the same six inputs as used in Black-Scholes; however, the following changes are required in the measurement of these inputs:

- Companies must take into consideration assumptions that may vary over the contractual term of the option.
- The standard specifies the six inputs as the minimum number of factors to be included in the model. No guidance is offered on any other assumptions that could be incorporated into the model.
- A range of reasonable estimates is anticipated for expected volatility, dividends, and option terms. If the likelihood within the range is similar, an average (expected value) of the range should be used. SFAS 123 permits selection of the low end of a reasonable range of assumptions.

Unlike the formula used to calculate option value under Black-Scholes, the lattice model does not use a straightforward mathematical equation. Instead, the lattice model uses an iterative approach that involves generating a large number of possible outcomes and assigning a probability to each outcome. The complexity of the calculations typically requires computer-based models to determine values.

*Nicholas G. Apostolou, DBA, CPA, CrFA, is the LeGrange Professor, and **D. Larry Crumbley, PhD, CPA, CFD, CrFA**, is the KPMG Endowed Professor, both in the department of accounting at Louisiana State University, Baton Rouge, La.*

**Close**