**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION |
| | : | NO. 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | APRIL 28, 2006 |

**DEFENDANTS' MOTION**
**TO STRIKE NEW REPORT OF SHELDON WISHNICK**

Defendants respectfully move to strike Plaintiff's new expert report from Sheldon Wishnick, which was submitted in the guise of Exhibit N to Plaintiff's Brief in Opposition to Defendants' Motion in Limine to Exclude Expert Testimony from Sheldon Wishnick.  The Court should strike Wishnick's new report because it is a transparent attempt to evade Defendants' arguments in support of precluding Wishnick's testimony concerning stock options.  The new report is thus contrary to the letter and spirit of the Federal Rules of Civil Procedure, which are designed to avoid just this kind of last-minute tactic.

For the reasons stated in the accompanying Memorandum of Law, Defendants ask this Court to strike Exhibit N of Plaintiff's Brief in Opposition dated April 22, 2006.

        THE DEFENDANTS,
        UNITED TECHNOLOGIES CORP. and
        OTIS ELEVATOR COMPANY


By  /s/ Victoria Woodin Chavey
Albert Zakarian (ct04201)
Victoria Woodin Chavey (ct14242)
Douglas W. Bartinik (ct26196)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*azakarian@dbh.com*
*vwchavey@dbh.com*
*dwbartinik@dbh.com*
Their Attorneys


## **CERTIFICATION**

I hereby certify that the foregoing was sent via overnight mail on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 203-204B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702


 /s/_____
      Douglas W. Bartinik