```
 1            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF CONNECTICUT

 2

 3

 4                          No. 3:02CV1384(MRK)

 5

 6

 7    SUJATA NICHANI

 8    VS

 9    UNITED TECHNOLOGIES CORP.

      AND OTIS ELEVATOR COMPANY

10

11

12

13

14            Deposition of:  SHELDON WISHNICK, taken

15    pursuant to the Federal Rules of Civil Procedure

16    before Barbara L. Murphy, Licensed Shorthand Reporter,

17    License No. 305 and Notary Public within and for the

18    State of Connecticut, held at the offices of Day,

19    Berry and Howard, CityPlace I, Hartford, Connecticut

20    on February 20, 2004 commencing at 10:05 a.m.

21

22

23

24

25
```

1   stock option grants is developed under alternative

2   methods using either the Black-Scholes or executive

3   forecast method." Unquote.

4              First what is a stock option?

5       A.   A stock option is a certificate giving

6   someone the value to buy a stock at a stated price

7   called a strike price during a future period

8   regardless of what the actual market value of the

9   stock may be.

10      Q.   Is it your understanding that a stock option

11  is a contract between the employee and the company

12  awarding the stock option?

13      A.   No, that's not my understanding.

14      Q.   What is Black-Scholes?

15      A.   That is the formula or algorithm that's used

16  in order to develop the value, the current value of a

17  stock option.

18      Q.   What's an algorithm?

19      A.   It's a formula or the method of calculating

20  the appropriate value. It takes certain inputs and it

21  develops the actual value of the option at any point

22  in time.

23      Q.   Was it your choice to use this Black-Scholes

24  method?

25      A.   That is the method used I think universally

1   on Wall Street to set the prices of stock options.

2       Q.   Did Attorney Minchella tell you to use

3   Black-Scholes?

4       A.   No.

5       Q.   Did anyone tell you to use it?

6       A.   It's the only way I know to do that

7   calculation.

8       Q.   Is there any requirement from any of the

9   societies or groups you belong to that you must use

10  the Black-Scholes method in evaluating the value of a

11  stock option?

12      A.   No.

13      Q.   Do you claim any special expertise in the

14  Black-Scholes formula?

15      A.   No other than it's on the syllabus of the

16  society exams and I have read up on it.

17      Q.   There is reference also to something called

18  quote "executive forecast method", unquote.

19           What is that?

20      A.   That is some information provided to me of a

21  specific forecast done by the chairman of United

22  Technologies about where he expected the stock to be

23  in the future.

24      Q.   And who was the chairman of United

25  Technologies that you say made that forecast?

1    A.   It may be in my file. I don't recall his
2  name.
3    Q.   Who told you there was a forecast of the
4  stock price in the future?
5    A.   Attorney Minchella.
6    Q.   Did you speak directly with this chairperson
7  of United Technologies?
8    A.   No.
9    Q.   Did you read any forecast you claim that
10 person made?
11   A.   I'd have to look in my file but I may have
12 had some handouts of a talk that he gave where this
13 was referred to.
14   Q.   And is this quote "executive forecast
15 method" unquote a formula sort of like the
16 Black-Scholes formula?
17   A.   No, it's much simpler.
18   Q.   Do you know of any executive of any Fortune
19 500 company who can predict within a certainty where
20 the stock of a company will go over the next five or
21 six years?
22   A.   No.
23   Q.   Are you able to predict where a stock will
24 go over the next five or six years? I'm talking about
25 a publicly traded company.

```
 1      A.   That's the same interest rate I'm using
 2  throughout.  I believe it's 5.14 percent.  Yes.
 3      Q.   In doing this projection of losses with
 4  respect to stock options, did you assume that United
 5  Technologies and Otis Elevator would grant stock
 6  options every year?
 7      A.   Yes.
 8      Q.   Until 2028?
 9      A.   Yes.
10      Q.   And did you -- why did you think that was a
11  reasonable assumption?
12           MR. MINCHELLA:  Objection.  Well
13  withdraw the objection.
14      Q.   (By Mr. Zakarian)  Let me withdraw the
15  question and break it into two pieces.
16           First, did you think that assumption that
17  United Technologies and Otis Elevator would grant
18  stock options right through the year 2028 to eligible
19  employees was a reasonable assumption?
20      A.   Yes.
21      Q.   Why did you think it was reasonable?
22      A.   Because Ms. Nichani had received stock
23  option grants from 1997 through 2001.
24      Q.   Were there any years where she didn't get
25  any stock grants in that time frame?
```

```
 1        Q.   Did you ask Ms. Nichani whether she got a
 2   two percent salary increase in 2002?
 3        A.   No.  I knew what her rate of income was in
 4   2002 and 2001.
 5        Q.   Based on what you know about evaluating
 6   stock options, would you agree that it's difficult to
 7   accurately evaluate stock options?
 8        A.   No, I wouldn't agree with that.
 9        Q.   Would you agree that it's very difficult to
10   predict what stock prices will be in the future?
11        A.   Certainly.
12        Q.   Do you agree that it's particularly
13   difficult to try to predict what stock prices will be
14   each year over a 25-year span?
15        A.   Yes, I agree with that.
16        Q.   Is it true that you are unable to predict
17   the future?
18        A.   Yes, that's true.
19        Q.   In doing your evaluation here on stock
20   options, did you think it was important that you know
21   what the expected life of those options would be
22   regardless of duration of the term?
23        A.   No.
24        Q.   Why did you think you did not need to know
25   that?
```

1    A.    Because neither Mr. Black nor Mr. Scholes
2  felt that was important.
3    Q.    Do you know what kind of options they were
4  working in when they developed their formula?
5          MR. MINCHELLA:  I'm sorry, either
6  repeat that or read it back.  I didn't hear it.
7          MR. ZAKARIAN:  I'll repeat it.
8    Q.    (By Mr. Zakarian)  Do you know what kind of
9  options they were working with when they developed
10 their formula?
11   A.    No.
12   Q.    Would you agree with me that to the extent
13 that your assumptions may be incorrect, that your
14 opinions' correctness could be affected?
15   A.    Certainly.
16   Q.    Have you ever found in the past that your
17 calculations and your reports and your assumptions
18 turned out to be incorrect?
19         MR. MINCHELLA:  Objection.  Compound.
20         THE WITNESS:  I have no way of knowing.
21   Q.    (By Mr. Zakarian)  Have your projections
22 that you've provided in the past -- I'll withdraw
23 that.
24         Did you assume that the stock option
25 grants that were received in the past and that would

```
 1   be received in the future would never be forfeited and
 2   would always vest?
 3        A.   Yes.
 4        Q.   Why did you make that assumption?
 5        A.   It would only be forfeited if someone
 6   terminated employment.  I did not explicitly assume
 7   that there would be a termination of employment.
 8        Q.   Did you assume that Ms. Nichani had she
 9   continued to work for Otis for the rest of her career
10   until the age of sixty-one and a half would never have
11   been laid off?
12        A.   That's right.  I assumed that.
13        Q.   Did you assume that she would never become
14   totally disabled from working there?
15        A.   Yes.
16        Q.   And I think I asked you this this morning.
17   I apologize, I've forgotten.
18             Did you also assume that she would never
19   be demoted where she might be making less money?
20        A.   That's correct, I did not.
21        Q.   Did you always assume the stock grants she
22   would receive would have a three-year vesting
23   schedule?
24        A.   Yes.
25        Q.   Are you aware of any large companies in the
```