Page 1

1
2
                    UNITED STATES DISTRICT COURT
3
                       DISTRICT OF CONNECTICUT           COPY
4
     - - - - - - - - - - - - - - - - - - x
5    SUJATA NICHANI,
                    Plaintiff,         |   Civil Action No.
6                                          302CV1384 (MRK)
             vs.                       |
7                                          October 31, 2003
     OTIS ELEVATOR COMPANY and         |
8    UNITED TECHNOLOGIES CORPORATION,
                    Defendants.        |
9    - - - - - - - - - - - - - - - - - - x
10
11
12              DEPOSITION of ERV LAUTERBACH
13
14
15           Taken at the request of the Plaintiff
     before Tiffany V. Pratt, a Court Reporter and Notary
16   Public within and for the State of Connecticut,
     pursuant to Notice and the Federal Rules of Civil
17   Procedure at the offices of Day, Berry & Howard,
     CityPlace I, Hartford, Connecticut, on October 31,
18   2003, commencing at 10:10 a.m.
19
20
21
22
                    Tiffany V. Pratt, LSR #00128
23             BRANDON SMITH REPORTING SERVICE, LLC
                         44 Capitol Avenue
24                Hartford, Connecticut   06106
                         (860) 549-1850
25

Page 23

```
 1      Q    And that would encompass the New York area that
 2   you were going to become regional vice president for?
 3      A    It encompasses the northeast part of the country
 4   except New York.
 5      Q    And he was a regional general manager at that
 6   time?
 7      A    In January of 2000, Joe was a regional vice
 8   president, also.
 9      Q    So, once again, you and Joe Frask were at the same
10   level, correct?
11      A    Yes.
12      Q    Did you bring any staff members with you from your
13   previous position to your position as regional vice
14   president New York?
15      A    No.
16      Q    Again, that's the position you hold right now,
17   correct?
18      A    That's correct.
19      Q    What are your responsibilities as regional vice
20   president of the New York region?
21      A    Well, to provide direction and overall leadership
22   for the region on many different fronts; profitability, of
23   course; safety; development of our people; customer
24   satisfaction; field operations.  We do everything in our
25   region except install -- except manufacture, rather.  So
```

Page 24

1  installation, service, everything except manufacturing is in
2  our domain.
3       Q    So modernization, repair --
4       A    That's correct.
5       Q    -- is included?
6       A    Right.
7       Q    Did you receive a written job description when you
8  took the RVP position in New York?
9       A    No.
10      Q    Have you ever received a written job description
11 as regional vice president in New York for Otis?
12      A    No.
13      Q    Have you ever asked for one?
14      A    No.
15      Q    Are you still an L3?
16      A    Yes.
17      Q    Do you receive stock options?
18      A    I have, yes.
19      Q    Did you receive stock options in 2002?
20      A    Yes.
21      Q    How many stock options did you receive?
22      A    I don't recall the number of shares.  2002?  I
23 don't -- I'd hate to guess at a number.
24           MR. ZAKARIAN: Don't guess.  If you can give an
25 approximation --

                                                                    Page 25

1      A    I'm going to say it's approximately -- 2002.

2   That's a year ago. I'll say approximately 2,000 shares,

3   2,000 options for shares. It's in that range.

4   BY MR. MINCHELLA:

5      Q    Did you receive stock options in 2003 for your

6   performance in 2002?

7      A    Yes.

8      Q    How many options did you receive this year?

9      A    I don't recall. It was a larger number than

10  2000. It's 3,500 or something like that.

11     Q    Could be greater than 3,500?

12     A    It could be. It's in that -- it's not 10,000

13  shares or something like that, it's not 1,000. It's

14  definitely over 2,000, between 2,000 and 4,000, somewhere in

15  there.

16     Q    Somewhere between 2 and 4?

17     A    I think so, best I can recall.

18     Q    What's your educational background after high

19  school starting with college?

20     A    After high school I have my bachelor's in business

21  administration from Loyola University in Chicago.

22     Q    Do you have an advanced degree after that?

23     A    Yes. I have my master's degree MBA from Craynard.

24     Q    Any other advanced degrees?

25     A    No.

Page 26

```
 1      Q    When did you first become aware that Miss Nachani
 2   had filed a lawsuit against Otis Elevator Company and
 3   United Technologies Corporation?
 4      A    When Al called me for the deposition.
 5      Q    You had no knowledge that she had a lawsuit
 6   pending against the two companies before that?
 7      A    No.
 8      Q    Are you aware that previous to that she filed
 9   charges of discrimination with the Connecticut Commission on
10   Human Rights and Opportunities and the federal EEOC agency?
11      A    No.
12      Q    Were you surprised when Mr. Zakarian informed you
13   of the existing lawsuit by Miss Nichani of the two
14   companies?
15      A    Yes.
16      Q    Why?
17      A    I had no prior knowledge of it.  It was very new
18   news to me.
19      Q    When Mr. Moncini sent you the e-mail in about
20   March of 2002 asking for feedback, was that the first time
21   he had sent you such an e-mail?
22      A    I don't recall if he asked for his feedback via
23   e-mail the prior year or not.  He has always asked me for
24   feedback on functional positions on his staff, so I don't
25   know if it was via e-mail or not.
```