### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY | | |
| | | APRIL 28, 2006 |
| Defendants. | | |

## PLAINTIFF'S DESIGNATIONS OF THE DEPOSITION TESTIMONY OF SCOTT SIMMONS AND STEVE PAGE, PREVIOUSLY IDENTIFIED AS WITNESSES ON THE TRIAL MEMORANDUM

The Plaintiff hereby submits her designation of excerpts of the deposition testimony of two witnesses previously disclosed on the trial memorandum.  The parties are working collaboratively concerning these designations and cross designations, and any objections, and will submit the "marked up" transcripts (blue for plaintiff red for defendant) at the time of the Daubert hearing.

| PAGE REFERENCE | LINE REFERENCE |
|---|---|
| 7 | 9-17 |
| 17 | 1-11 |
| 18 | 17-25 |
| 20 | 2-16 |
| 26 | 9-24 |
| 30 | 3-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 46 | 10-19 |
| 52 | 20-25 |
| 53 | 1 |
| 54 | 6-10; 16-25 |

1

| | |
|---|---|
| 55 | 1-12 |
| 56 | 3-4 |
| 57 | 25 |
| 58 | 1-25 |
| 62 | 24-25 |
| 63 | 1-25 |
| 64 | 1-25 |
| 67 | 13-25 |
| 68 | 1-18 |
| 69 | 8-10; 12-25 |
| 71 | 13-25 |
| 72 | 1-21 |
| 77 | 23-25 |
| 78 | 1-9 |
| 79 | 6-19;25 |
| 80 | 1-25 |
| 81 | 1-25 |
| 82 | 1-25 |
| 83 | 1-25 |
| 84 | 11-25 |
| 85 | 1-15 |
| 86 | 8-11;18-25 |
| 88 | 13-19 |
| 89 | 3-15;23-25 |
| 90 | 1-15;23-25 |
| 91 | 12-25 |
| 92 | 9-21 |
| 93 | 13-25 |
| 95 | 11-13;19-25 |
| 96 | 1;7-21 |
| 97 | 13-25 |
| 98 | 1-9 |
| 100 | 18-25 |
| 101 | 1-23 |
| 104 | 12-25 |
| 105 | 1-10 |
| 115 | 24-25 |
| 117 | 13-25 |
| 118 | 1-2 |
| 123 | 17-18 |
| 124 | 9-20 |
| 140 | 2-25 |
| 141 | 1-25 |

| | |
|---|---|
| 142 | 21-24 |
| 144 | 24-25 |
| 145 | 18-25 |
| 146 | 1-25 |
| 147 | 1-11 |
| 148 | 7-10;15-25 |
| 149 | 1-4 |
| 150 | 10-11 |
| 151 | 14-25 |
| 152 | 1-25 |
| 153 | 1-24 |
| 158 | 10-25 |
| 159 | 1-25 |
| 160 | 1-25 |
| 167 | 7-23 |
| 168 | 1-25 |
| 169 | 5-25 |
| 170 | 1-25 |
| 171 | 1-25 |
| 172 | 1-25 |
| 173 | 1-25 |
| 174 | 1-19;23-25 |
| 175 | 19-25 |
| 176 | 1-25 |
| 180 | 16-25 |
| 181 | 1-25 |
| 182 | 1-25 |
| 183 | 1-25 |
| 184- | 1-25 |
| 185 | 1-25 |
| 186 | 2-25 |
| 188 | 9-25 |
| 189 | 1-11 |
| 191 | 22-25 |
| 192 | 1-25 |
| 193 | 1-25 |
| 195 | 25 |
| 196 | 1-25 |
| 200 | 12-25 |
| 217 | 11-16;18-22 |
| | |
| | |

## DESIGNATIONS OF THE DEPOSITION TESTIMONY OF STEVE PAGE

| PAGE REFERENCE | LINE REFERENCE |
|---|---|
| 5 | 22-25 |
| 6 | 1-25 |
| 7 | 1-25 |
| 8 | 1-25 |
| 9 | 1-25 |
| 10 | 1-25 |
| 11 | 1-25 |
| 12 | 1-25 |
| 13 | 1-2 |
| 14 | 7-25 |
| 15 | 1-25 |
| 16 | 1-14 |
| 17 | 1-25 |
| 18 | 1-25 |
| 19 | 1-18;22-25 |
| 20 | 1-25 |
| 21 | 1-25 |
| 22 | 1-10 |
| 23 | 1-25 |
| 24 | 1-25 |
| 25 | 1-25 |
| 26 | 1-25 |
| 27 | 1-25 |
| 28 | 1-25 |
| 29 | 1-4;15-25 |
| 30 | 1-25 |
| 31 | 1-25 |
| 32 | 1-25 |
| 33 | 1-25 |
| 34 | 1-25 |
| 35 | 1-9 |
| 36 | 1-25 |
| 37 | 1-25 |
| 38 | 1-25 |
| 39 | 1-25 |
| 40 | 1-25 |
| 41 | 1-25 |
| 42 | 1-25 |
| 43 | 1-25 |

| | |
|---|---|
| 44 | 1;3-25 |
| 45 | 1-25 |
| 55 | 4-21 |
| 56 | 6-15;16-25 |
| 60 | 6-17;23-25 |
| 61 | 1-13 |
| 63 | 13-25 |
| 64 | 1-24 |
| 65 | 23-25 |
| 66 | 1-4;9-25 |
| 67 | 1-4;7-22,25 |
| 68 | 24-25 |
| 69 | 1-9;14-25 |
| 70 | 1-25 |
| 71 | 1-20; 23-25 |
| 72 | 1-25 |
| 73 | 1-25 |
| 74 | 1-21 |
| 75 | 1-25 |
| 76 | 1-25 |
| 77 | 1-25 |
| 78 | 1-25 |
| 79 | 1-15 |
| 80 | 13-18;2-23;25 |
| 81 | 1-25 |
| 82 | 1-25 |
| 83 | 1-25 |
| 84 | 1-25 |
| 85 | 1-25 |
| 86 | 1-14 |
| 88 | 12-25 |
| 92 | 9-14 |
| 93 | 1-25 |
| 94 | 1-25 |
| 95 | 1-25 |
| 96 | 1-16;25 |
| 97 | 1-25 |
| 98 | 1-25 |
| 99 | 1-25 |
| 100 | 1-25 |
| 101 | 1-15;19-25 |
| 102 | 1-25 |
| 103 | 1-21 |

| 105 | 22-25 |
|-----|-------|
| 106 | 1-25 |
| 107 | 1-25 |
| 108 | 1-25 |
| 109 | 1-16 |
| 110 | 1-25 |
| 111 | 1-25 |
| 112 | 1-16 |

Respectfully submitted,

_____

Anthony R. Minchella (ct 18890)

LAW OFFICES OF ANTHONY R.
MINCHELLA L.L.C.
   530 Middlebury Road
   Suite 203-204B
   Middlebury, CT 06762
   (203) 758-1069
   (203) 758-2074 Facsimile
   aminchella@minchellalaw.com

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702
203-596-9030
Federal Bar No.: CT00765
jtinley@tnrdlaw.com

ATTORNEYS FOR PLAINTIFF

6

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was this dated mailed by first class United States mail, postage prepaid, to the following:

Albert Zakarian, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT  06702

Dated:  April 28, 2006
        Middlebury, CT                    _____
                                          Anthony R. Minchella