# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SUJATA NICHANI,<br>**Plaintiff**<br>v.<br><br>OTIS ELEVATOR COMPANY and<br>UNITED TECHNOLOGIES CORP.<br>**Defendants** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **NO.: 3:02 CV 1384 (MRK)**<br><br><br><br><br><br>**April 28, 2006** |

## Plaintiff's Supplemental Compliance with Pretrial Order

Documents that Plaintiff's Expert, Sheldon Wishnick, may rely upon:

1.     Documents Defendants have agreed to produce on May 4, 2006 regarding: salary ranges for L3 Executives at Otis and UTC, 2000-2006; incentive compensation factors for L3 Executives, 2000-2006; low, average and high stock option grants to L3 Executives, 2000-2006.

2.     Documents in evidence reflecting plaintiff's employment and compensation history with Otis.

3.     Documents in evidence and produced pursuant to trial subpoena reflecting plaintiff's employment and compensation history with United Rentals, Inc.

4.     Documents in evidence relating to plaintiff's job search.

5.     Documents in evidence relating to Brad Russell's employment and compensation history with Otis and his transfer into Plaintiff's former position, upgraded to an executive level position.

6.     FAS 123(R)

7.     SEC Office of Economic Analysis Memorandum, "Economic Perspective on Employee Option Expensing: Valuation and Implementation of FAS 123(R)," (March 18, 2005) SEC Memorandum

8.     UTC Form 10-K For the Fiscal Year Ended December 31, 2005, dated February 9, 2006 and Exhibits

9.     UTC Proxy Statement for April 12, 2006 Shareholder' Meeting

10.     Mr. Wishnik's written reports and documents referenced therein.

11.     Spreadsheets reflecting calculations updated as of the date of trial for plaintiff's salary, incentive compensation, benefits and stock option losses.

12.     Documents produced at the deposition of defendant's expert witness, Christopher Erath and documents that he has relied upon or relies upon in expressing his opinions in Court.

13.     The deposition of defendant's expert witness, Christopher Erath.

14.     Documents produced by Defendants in response to trial subpoena regarding compensation information and stock option valuation.

15.     Deposition testimony of Stephen Page and Irv Lauterbach.

THE PLAINTIFF,
Sujata Nichani

BY _____
Jeffrey M. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702
203-596-9030
Federal Bar No.: CT00765

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent by electronic mail and U.S. mail, postage prepaid, on this 28th day of April, 2006:

Albert Zakarin.
Victoria Woodin Chavey
Douglas Bartinik
Day, Berry & Howard, LLP
CityPlace I
Hartford CT 06103-3499

Jeffrey L Tinley