UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL ACTION |
| | : | NO. 3:02CV1384 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | APRIL 28, 2006 |

**DEFENDANTS' PROJECTION OF TIME REQUIRED FOR EXAMINATION
OF WITNESSES IDENTIFIED IN THE JOINT TRIAL MEMORANDUM**

In accordance with this Court's direction at the April 13 Pretrial Conference for the time anticipated for witness testimony, Defendants submit the following. The times listed below are estimates and will obviously vary depending on how Plaintiff presents her case. Moreover, in accordance with this Court's preferred practice of permitting each witness to testify only once during the trial, the times listed below represent the estimated time Defendants need to present their case on direct-, cross-, and recross examinations, or a combination thereof. The time below does not include any time spent by Plaintiff on these witnesses.

Defendants intend to elicit testimony from the following witnesses, whether called by Plaintiff or in Defendants' case-in-chief, or if the need arises. Please see the Joint Trial Memorandum for a more detailed description of each witness's testimony.

        Ari Bousbib (subpoenaed by Plaitniff)
        Timothy Beck (subpoenaed by Plaintiff)
        Tony Black (subpoenaed by Plaintiff)
        Patrick Dowson
        Erv Lauterbach
        Ellen McGroary (subpoenaed by Plaintiff)

John McNamara
William Miller (subpoenaed by Plaintiff)
Raymond Moncini (subpoenaed by Plaintiff)
Sujata Nichani
Stephen F. Page (by deposition)
Danny Reese (subpoenaed by Plaintiff)
Brad Russell (subpoenaed by Plaintiff)
Scott Simmons (by deposition)
Helio Tinone (subpoenaed by Plaintiff)
Katherine Bertini
Leslie Carothers
Louis DeLoreto
Edith DiFrancesco
Harold J. Engel
Christopher Erath
Val Klein
Douglas Lint
Dennis Mayer
Paul Thomson
Jason Walla
Representative of United Rentals, Inc. (Plaintiff's current employer)

**Total Time Required for Witness Testimony:  52 hours**
**(does not include time for examination of any witness by Plaintiff)**

THE DEFENDANTS,
UNITED TECHNOLOGIES CORP. and
OTIS ELEVATOR COMPANY


By:   \_\_/s/ Douglas W. Bartinik_____
Albert Zakarian (ct04201)
Victoria Woodin Chavey (ct14242)
Douglas W. Bartinik (ct26196)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*azakarian@dbh.com*
*vwchavey@dbh.com*
*dwbartinik@dbh.com*
Their Attorneys

**<u>CERTIFICATION</u>**

      I hereby certify that the foregoing was sent via overnight mail on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 203-204B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

                                              /s/_____
                                                  Douglas W. Bartinik