# United States District Court

DISTRICT OF Connecticut

**EXHIBIT AND WITNESS LIST**

Nichani v. Otis Elevator, et al

CASE NUMBER: 3:02CV1384(MRK)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Anthony Minchella | Albert Zakarian |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/4/06 - | T. Finkelstein | K. Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/4/06 | | | Sheldon Wishnick |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages