UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| | : | |
| Defendants. | : | MAY 8, 2006 |

**DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENA
DUCES TECUM TO RECORDS KEEPER OF OTIS ELEVATOR COMPANY**

Defendants respectfully move to quash Plaintiff's wide-ranging subpoena duces tecum issued at the close of business on Friday, May 5, 2006, to the Records Keeper of Otis Elevator Company ("Otis"). (See Exhibit 1.) This subpoena, which was improperly served and does not allow a reasonable time period within which to respond, is not just another improper attempt to engage in untimely and broad discovery, but also is an obvious tactic to attempt to distract Defendants from preparing for trial. The subpoena seeks many categories of documents that are irrelevant to this action, could have been obtained through formal discovery, or were, in fact, obtained through Defendants' cooperative pre-trial efforts. For the reasons set forth in the accompanying Memorandum of Law, this Court should quash Plaintiff's subpoena.

THE DEFENDANTS,
UNITED TECHNOLOGIES CORP. and
OTIS ELEVATOR COMPANY

By: _____
Albert Zakarian (ct04201)
Victoria Woodin Chavey (ct14242)
Douglas W. Bartinik (ct26196)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100 (telephone)
(860) 275-0343 (facsimile)
*azakarian@dbh.com*
Their Attorneys

## **CERTIFICATION**

I hereby certify that the foregoing was hand delivered, on this date, to:

Anthony Minchella, Esq.
Law Offices of Anthony R. Minchella, L.L.C.
530 Middlebury Road
Suite 203-204B
Middlebury, CT 06762

Jeffrey J. Tinley, Esq.
Robert Nastri, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
2nd Floor
Waterbury, CT 06702

_____
Douglas W. Bartinik