UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:02CV1384 (MRK) |
| v. | ) ) ) | |
| UNITED TECHNOLOGIES CORP. and OTIS ELEVATOR COMPANY, | ) ) ) | |
| Defendants | ) | May 12, 2006 |

### NOTICE OF MANUAL FILING

Please take notice that Defendants, United Technologies Corp. and Otis Elevator Company, have manually filed the following document or thing:

**Transcript from the deposition of John S. Simmons, taken Tuesday, March 23, 2004**.

This document has not been filed electronically because

☐   the document or thing cannot be converted to an electronic format
☒   the electronic file size of the document exceeds 1.5 megabytes
☐   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

Respectfully submitted,

/s/ Douglas W. Bartinik
Albert Zakarian (ct04201)
Victoria Woodin Chavey (ct14242)
Douglas W. Bartinik (ct26196)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Email:  azakarian@dbh.com