AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

Nichani
v.
Otis Elevator, et al

**COURT — EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02CV1384

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Anthony Minchella | Albert Zakarian |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/8/06 – 5/23/06 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/12/06 | | | Court exh #1A Base Income Loss Dev. |
| | | 5/12/06 | | | Court exh #1B Incentive Compensation Loss Development |
| | | 5/12/06 | | | Court exh #1C Loss Summary |
| | | 5/12/06 | | | Court exh #1D Stock option Development |
| | | 5/12/06 | | | Court exh #1E Stock option Dev. Yearly anal. |
| | | 5/12/06 | | | Court exh #1F Stock option Dev. Potential Grants |
| | | 5/12/06 | | | Court exh #1G Value today Chart |
| | | 5/12/06 | | | Court exh 2 Draft charge 5/10/06 |
| | | 5/17/06 | | | Court exh 3 Draft charge 5/16/06 |
| | | 5/17/06 | | | Court exh 4 Draft Verdict form 5/17/06 |
| | | 5/17/06 | | | Court exh 5 Draft Defamation section 5/17/06 |
| | | 5/18/06 | | | Court exh 6 Draft Jury Inst. 5/18/06 |
| | | 5/18/06 | | | Court exh 7 Draft verdict form 5/18/06 |
| | | 5/19/06 | | | Court exh 8 Draft Jury Inst. 5/19/06 |
| | | 5/19/06 | | | Court exh 9 Draft verdict form 5/19/06 |

FILED 2006 MAY 23 A 11:53

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages