## PLAINTIFF REVISED EXHIBIT LIST

1 - Otis 1991 Leadership Development Plan

2 - 1992 Nichani Performance Appraisal

3 - 1993 Nichani Performance Appraisal

4 - 1994 Nichani Performance Appraisal

5 - 1995 Nichani Performance Appraisal

6 - June 1997 - May 1998 Performance Appraisal

7 - Jan. 2002 - Dec. 2002 Performance Feedback

8 - 5.1.01 Control Slip - Approved Transaction re Russell

10 - Position Description - Director of EHS Germany

11 - Thomson to Moncini 4.19.01 Email re mtng w.Ray

12 - General Manager Job Minimum Qualifications

13 - Russell 5.14.01 Resignation Letter

14 - McGroary to DeFau & Thomson 4.16.01 email re EH&H moves

15 - Moncini to Nichani 2.2.03 email re WHQ Safety Review

16 - Dowson to Reese 3.6.03 email re Sanction Considerations

17 - Nichani 1997, 1998,1999 & 2000 Stock Option Awards

18 - Nichani 2.19.01 Performance Incentive Award

19 - Adler to Distribution List 10.29.01 email re 2002 RSO Recommendation

20 - Grade 49-51 P.I.P. w 3.01.00 Thomson Memo

21 - Nichani to Moncini 3.7.01 email re Incident Rate Info

22 - Nichani 1.1.00-12.1.00 Performance Appraisal

23 - Assurance Review Rating System Effective 01.01.99 Ver.2.0

24 - Otis 7.11.01 Standard Work Process, Hoisting & Rigging

25 - Moncini to Distribution List 9.15.02 Email re Travel Policy

26 - McGroary to Nichani 1.15.01 Email re 2001 Staffing

1

27 - Moncini to Distribution List 1.24.03 Email re 2003 Policies

28 - Nichani to Distribution List 9.28.01 Email re Monthly Meetings

29 - Moncini to Nichani 10.22.02 Email re San Diego Safety Audits

30 - Simmons to Nichani 2.23.03 Email re Wire Rope Clip Usage

33 - Moncini to Lauterbach 4.28.03 email re NY Safety Sanctions

34 - Lauterbach to Moncini 3.17.03 email re McQuillen Sanctions

35 - Human Resources Policy D-8, Career Development Partnership

36 - Human Resources Policy C-3, Salary Review

45 - Running Platform & False Car Policy

46 - Bousbib 04.15.02 Letter to Employees

47 - Moncini to Distribution List 1.24.03 email re expenses

48 - Lauterbach to Bousbib 3.17.03 email re McQuillen Sanctions

49 - Moncini to Lauterbach 3.28.03 email re NY Safety, Sanctions

50 - Barrett to Lauterbach & Nichani 3.05.03 email re Fatality Review Notes

51 - McQuillen Fatality 2.11.03 Briefing Doc

53 - Moncini to Reese 3.04.02 email re NAES EHS Leader

54 - Charlotte Location Manager Announcement

55 - Dowson to Nichani 5.02.02 email re NE Region Accident

56 - Moncini to Nichani 1.15.01 email re PIP Plan

57 - Nichani to Reese 2.25.02 email re Holsworth Resume

58 - Nichani to Walsh 9.28.90 Thank You Letter

59 - 3.04.02 email string re Holsworth hiring

60 - Nichani Dowson 5.01.02 email string re ladders

61 - Nichani notes re 1st Otis Interview

62 - Scott to Nichani 2.12.99 EHS Position Offer

63 - Otis 10.22.01 Answer to CHRO Complaint

64 - Otis 10.04.90 initial job offer to Nichani

69 - Moncini to Nichani 1.27.03 email re NAA Safety Review

70 - Rinaldo to Nichani 11.13.02 email re Melt Training

71 - Simmons to Moncini 2.12.03 email re WWJSS Compliance Issues

72 - Moncini to Lauterbach 3.12.03 email re 3-17 UTC Fatality Review Board

73 - Blasi to Distribution List 3.12.03 email re 3-17 UTC Fatality Review Board

74 - Nichani Reese 3.6.03 email string re WWJSSS Review

75 - Moncini to Reese 1.19.03 email re NAA Safety Review

76 - Nichani to Moncini 1.23.03 email re NAA Safety Review

77 - Nichani to Simmons 8.21.02 email re Safety

78 - Nichani Moncini 1.13.03 email string

79 - Lint to Gnazzo Internal Correspondence re Area BPO Nomination

81 - Bousbib 11.5.01 Engineering reorganization announcement

82 - Branch Manager Minimum Qualifications

83 - General Manager Minimum Qualifications

84 - 3.6.03 email string re Final Summaries

86 - Otis NA Area 2002 Regional IC Plan

87 - Nichani Simmons 2.3.02 email string re Jan 2002 Safety Summary

89 - Nichani Dye 1.21.02 email string re Midwest Region Accident

90 - Nichani Ward Moncini 5.12.02 email string re Claims Mgr

92 - Nichani to Dist List 9.3.02 email re Safety Summary August 2002

93 - Nichani 9.25.02 email string re Improvement Opportunity

94 - Nichani Moncini Lilliquist 9.24.02 email string re RAPID Suggestion program

95 - Nichani to Moncini 8.23.01 email re Safety Training

96 - Nichani to Lauterbach 3.10.03 email re McQuillen TapRoot022303

97 - Nichani to Dowson 2.6.03 email re Accidents Involving Clips

98 - Terrell Nichani Dowson 2.7.03 email re Accidents Involving Clips

99 - Lauterbach 2.3.03 email re Safety Concerns

100 - Nichani 12.6.02 email re EH & S Mtng Final Agenda

101 - Learn & Live 9.5.02 Edition

102 - Learn & Live 11.11.99 Edition

103 - Nichani Dowson 3.11.03 email string re Slides

104 - Nichani to Dowson 2.26.03 email re Serious Accident Summary

105 - Nichani to Dowson 2.24.03 email re TapRoot Cause Analysis

106 - Lauterbach to Nichani 2.23.03 email re McQuillen Review

107 - Nichani to Dowson 2.24.03 email

108 - Nichani to Dowson 2.26.03 email re McQuillen TapRoot

109 - Nichani to Moncini 3.10.03 email string re Serious Accident Briefing Template

110 - Dowson to Distribution List 3.18.03 email re conf call action items

111 - Nichani Moncini Reese 3.13.03 email string re 3.17 UTC Fatality Review

112 - Tinone Simmons 3.14.03 email string re End Terminations

113 - Danny Reese 3.18.03 Conf Call

114 - Levine to Distribution List 3.18.03 email re Exec Summ of AR Report

115 - 3.4.03 email string re February 2003 Travel Summaries

116 - 2.17.03 email string re EH&S Assurance Review

117 - Nichani Tinone 2.14.03 email string re Fist Grip Applications

118 - Dowson to Distribution List 9.6.02 email re Learn & Live, France

119 - Tinone to Distribution List 2.1.02 email re Elimination of Ubolts

121 - UTC Performance Feedback Tool

122 - 8.22.02 email string re Charlotte Construction

123 - 7.25.02 email string re Staff Meeting

125 - 12.20.01 email string re OSHA Citation Rockford, IL

126 - Nichani Reese 8.6.01 email string re Rodriguez

128 - Moncini Reese 8.1.01 email string re UTC Audit

129 - Nichani 7.25.01 email string re Summer Safety Mailing

4

130 - 8.30.01 email string re False Cars AV Alarm

131 - WWJSSS Charter March 2002

132 - Dowson to Nichani 2.6.03 email re Accidents Involving Clips

133 - 2.19.03 email string re WWJSSS Compliance Issues

134 - Patton to Goading 9.24.91 letter

135 - NAA Tool Facility Drum Hoist End Termination

136 - Fist Grip Clip Field Modification Form

137 - Executive Summary Briefing Document

138 - Nichani Reese 12.24.02 email string re NJ Accident Update

139 - Lauterbach 12.30.02 email string re Daily Safety Checklist

140 - Lauterbach 12.30.02 email string re Daily Safety Checklist

141 - Moncini to Dist List 1.2.03 email re Safety Training

142 - Moncini Nichani 1.13.03 email string re Rigging Practices

143 - Dowson to Nichani 5.24.02 Baltimore Review Board 5.23

144 - Dowson to Dist List 8.17.01 email re Eyebolts,Rigging,Hardware

145 - Dowson to Dist List 9.6.02 email re Learn & Live, France w.attach

146 - Dowson to McGroary 8.2.02 email re Nichani

147 - 1.10.02 email string re Jonathan Hughes Resume

148 - Moncini McGroary 4.23.01 email string re Russell Transaction

149 - UTC Current & Proposed Exec List

150 - Page to Moncini Internal correspondence re Russell Reclassification

151 - Russell Biographical Summary

152 - Moncini Page 5.15.01 email string re Russell Resignation

153 - Moncini to Page 5.7.01 email string re Brad Russell

154 - UTC Performance Feedback Tool Version 2

155 - Career Development Partnership

156 - 3.9.02-3.13.02 Email string re Staff Performance Review

156 - 3.13.02 Email string re Staff Performance Review

157 - Performance Maintenance Tool Employee Instructions

158 - Performance Management Tool Manager & Supervisor Instructions

159 - UTC Performance Feedback Tool Individual Contributor Instructions

160 - Moncini to Distribution List 1.9.02 email re PIP w.attach

161 - NA Operations Health & Safety Policies & Practices

162 - Brad Russell Transfer & Employment History Docs

163 - 9.15.00 EH&S Assurance Review - Northern Region

164 - 1.23.01 EH&S Assurance Review - Midwest Region

165 - 8.31.01 EH&S Assurance Review - NAES

166 - 8.7.01 EH&S Assurance Review - NY Region

167 - 1.28.02 EH&S Assurance Review - Southern Region

168 - 6.6.02 EH&S Assurance Review - Mexico

169 - Effective Practices EH&S

170 - Mitigation of Damages

171 - 5.1.91 Control Slip - Approved Transaction re Russell

172 - 1.25.91 Russell Authorized Payroll Notice

173 - Employee Safety Handbook

174 - 2002 Continued Improvement Incentive Program

175 - April 2002 Worldwide Job Site Safety Standards

176 - Safety Standards 12.13.00 Committee Meeting Minutes

177 - Safety Standards 1.31.01 Committee Meeting Minutes

178 - Safety Standards 8.1.00 Comm Mtng Minutes

179 - Worldwide Safety&Environment Steering Comm 3.15.00 Mtng Minutes

180 - WWJSSS Steering Comm 3.19.02 Mtng Minutes

181 - UTC 2003 Executive Incentive Comp Program

182 - UTC 2002 Executive Incentive Comp Program

183 - UTC 2001 Executive Incentive Comp Program

184 - 2003 Cont. Improve. Incentive Program

185 - Termination Docs

186 - Job Search Docs

188 - Safety - 2000 Performance-2001 Objective

189 - Nichani to Dist List 3.8.01 email re Feb 2001 Safety Stats

190 - Nichani to Dist List 1.12.01 email re 2000 Year End EHS Stats

191 - Nichani to Dist List 1.4.01 email w.Moncini Letter on Safety Policy attached

192 - Executive Summary 2.11.03 Briefing Doc re McQuillen

193 - McGroary to DeFau & Thomson re Russell Transaction

194 - Nichani Moncini 8.13.01 email string re Safety Manager

195 - 3.12.03 EHS Assurance Review - Greater NY

196 - Engel to Nichani 1.30.03 email re Memo of 12.23.02 accident

197 - EH&S Action Plan 6.18.01 Review Date

198 - Events & Causal Factor Flow Chart Template

199 - Executive Summary 2.11.03 Briefing Doc re McQuillen

200 - Otis 8.6.03 Obj & Resp to PT 1st Rogs & Req for Prod

201 - Simmons to Dist List 2.23.03 email string re Use of Fistgrips everywhere

202 - Bousbib George David 3.20.03 email re McQuillen Sanctions

203 - Moncini 4.30.01 Announcement re Brad Russell leading NAA EH&S

204 - Moncini 4.30.01 Announcement re Danny Reese VP EH&S

205 - Nichani to Dist List 1.14.02 email re Schindler Fatality

206 - McGroary 4.16.01 email string

207 - McGroary 6.1.01 email sting re Announcement Draft (NICH000695)

208 - McGroary 6.5.01 email string re Announcement Draft (NICH000696)

210 - Email string 1.4.02-1.10.02 re Hughes Resume

211 - Moncini to Dist List 10.29.01 email re Recognition Stock Options

Case 3:02-cv-01384-MRK    Document 191    Filed 05/23/2006    Page 8 of 14

212 - Nichani to Dist List 9.12.01 email re NE Region Accident

213 - Otis 9.10.01 Injury Report

214 - Nichani to Dist List 7.25.01 email re 2001 Safety Stand Down Day

215 - Nichani to Dist List 8.17.01 email re Charlotte Serious Accident Notification

216 - Otis 8.17.01 Injury Report

217 - McGroary to Dist List 4.4.01 email re 2001 Staffing

218 - McGroary to Nichani 6.7.01 email re 2001 Staffing EHS Dept

219 - Staffing Requisition

220 - Nichani to Dist List 1.15.01 email re Serious accident

221 - Dec 2000 Accident Scenario

222 - Nichani to Dist List 12.6.20 email re Kenosha WI Accident Notification

223 - Otis 12.5.00 Injury Report

224 - Nichani to Dist List 12.1.00 Laurel MD Accident Report

225 - Otis 11.26.00 Injury Report

226 - NAA 2001 Annual EH&S Plan

229 - Nichani to McGroary 10.19.00.email re lrd update

230 - Adler to Moncini email 8.31.00 re. salary increase

231 - McGroary to Minich email 7.10.00 re Ken Naunton

232 - Ken Nautnon Deficiencies

233 - Ken Naunton Perf. Memo

234 - Greco to McGroary email 6.25.00 re. Nichani Obj.

235 - Nichani PIP Obj. 2000

237 - Byrka July 00 Labor Rel Update

238 - Sullivan to McGroary email 3.18.03 Nichani Salary increase

239 - Moncini to Nichani email 6.9.00 BPO Nomin.

240 - Lint to McGroary email 5.30.00 Re. Nichani Bio

241 - Ethics Credo Mgmnt

242 - Ethics Credo Mgnmt. P2

243 - Nichani to Lauterbach 3.31.03 re acc.update

244 - Nichani to Lauterbach 1.21.03 Memo

5/15/06  245 - Hal Engel memo W/D By Pla Duplicate

246 - Dowson to Reese email 3.6.03 re Safety Sanctions

247 - Safety Sanctions re Nichani

248 - Safety Sanctions re Nichani cont.

249 - Dowson to Lauterbach 3.11.03 email re Root Cause

250 - Root Cause Slides

251 - Root Cause Slides

253 - Nichani Moncini email string 8.22.02

254 - Moncini to Nichani email 8.22.02 UTC Audit SE Region

256 - Nichani Fordham email string 7.3.02

257 - Reese Nichani email string 6.3.02

258 - Moncini Nichani email string 5.20.02

260 - Dowson Nichani email string 4.19.02

261 - Dowson Nichani email string 4.11.02

262 - Moncini Nichani email string 1.27.03

264 - Nichani Cosby email string 9.03.02

265 - Lindquist Moncini emails tring 9.24.02

266 - Nichani Resume

267 - Beck Nichani email string 1.10.03

268 - Reese Nichani email string 12.6.02

270 - Nichani Simmons email string WHQ directives

5/9/06  271 - Nichani Moncini email 8.23.01 safety training  W/D By Pla. Duplicate.

272 - Moncini McGroary email string 3.1.02

273 - Reese Nichani email 1.18.02

274 - Alonso Nichani email string 1.21.02

275 - Thomson Moncini Email String 3.19.01

277 - Moncini Email String 2.26.03

278 - Moncini Nichani email 11.13.02 Turner

279 - Barber Nichani email string

280 - Cramer email string safety stand down day

281 - Minicch Nichani email 11.8.02

282 - Schleicher Nichani email string 11.8.02

284 - Dowson Nichani email string 11.1.02

285 - Reese Nichani email 11.1.02

286 - Reese Nichani email 101802

287- Moncini Nichani email string 101802

288 - Schleicher Nichani email 101702

289 - Pulling Frask email 101102

290 - Pulling Nichani email 101102

291 - Gorman Nichani email string 10802

292 - Doot Nichani email string 100402

293 - Moncini Nichani email string 100402

294 - Moncini Nichani email string 092502

295 - Moncini Nichani email string 082802

296 - Rakita Nichani email string 82702

297 - Moncini email 91502

298 - Moncini email string 92202

299 - Moncini email string 12403

300 - Moncini Nichani email string 101502

301 - Moncini Ward email string 30403

302 - Moncini Nichani email string 30603

303 - Nichani Moncini email string 30703

304 - Moncini Nichani email string 032003

305 - Moncini Risnic email string 111502

306 - Adler Boelhoweer email 111102

307 - 2003 Non Exempt Salary Ranges

308 - 2003 Exempt Salary ranges

309 - Thomson Moncini email 3.19.01

310 - Nichani Moncini email 8.23.01

311 - EHS Org Structure

312 - Tinone email fist grips 01.01.02

313 - Otis Safety Discipline Procedure

315 - Dowson McGroary email string 08.02.02

316 - Tinone Fist grip email 02.01.02

317 - Schleicher Nichani 03.05.03 email

318 - Moncini Rinaldo Email String 09.26.02

319 - Rinaldo Nichani email string 10.03.02

320 - Dillard Compensation

321 - Nichani Moncini email string 03.12.03 McQuillen

322 - WWJSSS Steering Comm. Charter

323 - Brad Russell Resume

330 - Russell 12.05.89 Offer

331 - Russell Application

332 - Russell Employment Term 03.04.92

333 - Russell Control Slip 03.04.92

334 - Carothers McGroary Memo Russell Salary Level

335 - Russell Term 5.21.01

336 - Towers Perrin Comp Survey

11

337 - 1992 UTC Exec. Salary review

338 - Russel Final Pay 05.12.01

339 - Russel Pay 04.30.01

340 - Russel Pay Slip

341 - Russell Pay Bates 8967

342 - Russell Pay Bates 8968

343 - Russell Pay Bates 8969

344 - Reese Announcement

345 - Dowson Per. File 2001

346 - 2002 Elev. Industry Safety Perf. Chart

347 - Why Men Die Young

348 - Goldman Sachs / Otis EH&S Policy - Manhattan Region (Bates OTIS 00913 - 01585)

349 - Safety File (Bates OTIS 01864 - 02242)

350 - Fatal Accident Review Process Power Point

351 - Safety Standards Steering Committee 5.17.00 Mtng Action Item Status 6.8.00

352 - UTC 2000 Executive Incentive Comp Program

353 - Nichani to Moncini 7.18.01 email

354 - Dowson to Nichani 3.18.03 email re McQuillen Executive Summary Briefing Doc

355 - Tinone to Dist List 2.23.03 email re WWJSSS 2.25.03 Steering Committee Mtng

356 - Goldman Sachs / Otis EH&S Policy - Manhattan Region (Bates OTIS 00913-00932)

357 - Dowson Nichani 7.2.02 email string re WWJSSS Revision

358 - Attorney Zakarian 1.6.03 Letter to Attorney Minchella

359 - Attorney Zakarian 1.27.03 Letter to Attorney Minchella

360 - Nichani to Moncini 3.7.01 email re Incident Rate Information

361 - 2003 Total Recordable Incident Rate Goals

362 - UTC EH&S Safety Performance Report for 4th quarter of 2002

363 - UTC 2002 EH&S Serious Injury Summary

364 - UTC 2002 EH&S Fatality Summary Report

365 - 2001/2002 Accident Summary chart

366 - Accident Description sheet

367 - UTC Operations Transformation

368 - Actuarial Litigation Service 6.23.03 Correspondence to Attorney Minchella

369 - Branch Mgr Minimum Qualifications

370 - General Mgr Minimum Qualifications

371 - Nichani/Simmons/Dist List 2.02.02 email string

373 - Taproot Power Point Presentation

374 - Nichani Dowson 2.7.03 email string

375 - Dowson to Dist List 3.18.03 email string re Conference Call Action Items

376 - Moncini Nichani 3.4.03 email string

377 - Nichani Moncini 3.13.03 email string re 3.17.03 Fatality Review Board attendance

378 - Dowson to Dist List 9.6.02 email string re Learn & Live, France

379 - Simmons to Moncini 2.12.03 email re WWJSS Compliance Issues

380 - Executive Summary Briefing Document re 12.23.02 fatality

381 - UTC Highlights of Benefits Plan cover sheet

382 - UTC Recognition Stock Options

383 - 1996 Nichani Performance Appraisal

384 - FPA Definitions - Fall Protection

385 - Serious Accident Trends Graph

386 - Typical Sanctions Following Fatal Employee Accident document

387 - Dowson Nichani 3.7.03 email string re WWJSSS Review

388 - Moncini Nichani 9.6.02 email string re Otis possibly being industry leader on safety

389 - Moncini Levine 2.19.02 email string re Executive Summary, Otis - NAA Southern Region

390 - Russell to Dist List 5.7.01 email re OMM Presentations

391 - Moncini Nichani 10.6.02 email string re Recommendation request on Combined UTC Assurance Review/FPA Process

392 - EH&S Professional Development Process dated 9.11.01

5/17/06  395 - Otis L3 Compensation Information

393  UTC 10K 12/31/05 - excerpts

394  UTC Proxy Statement - excerpts

Exhibits Returned to the attorneys on 5/23/06