UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV1384 (MRK) |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORP. and | : | |
| OTIS ELEVATOR COMPANY | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 501. | 01/19/03 email from Raymond Moncini to Danny Reese re NAA safety review, bates no. NICH001047 |
| 502. | 03/30/99 Payroll Notice regarding Nichani promotion to Grade 51, bates no. NICH000163 |
| 503. | 5/18/98 Payroll Notice regarding salary increase, bates no. NICH0164 |
| 504. | 04/04/97 Recommendation Request to transfer from Charlotte to Dallas, bates no. NICH000166 |
| 505. | 04/24/96 Payroll Notice regarding change from labor grade 48 to 49, bates no. NICH000169 |
| 506. | 08/11/94 Recommendation Request for Sujata Nichani transfer from Maintenance Supervisor, NY to Location Manager, Winston-Salem, NC, bates no. NICH000176 |
| 507. | 08/11/94 Recommendation Request regarding Sue Nichani Transfer from Maintenance Supervisor to Location Manager, Grade 48 (red circle) in Winston-Salem, bates no. OTIS-00039 |
| 508. | Sujata Nichani Biographical Summary, bates no. NICH000180 |
| 509. | 02/12/99 Offer of Senior Manager, EH&S position to Sujata Nichani, bates nos. NICH000210-11 |
| 510. | 10/04/90 Offer (and acceptance) of Regional Field Engineer position to Sujata Nichani, bates no. NICH000232 |
| 511. | 10/19/90 Intellectual Property Agreement signed by Sujata Nichani, bates no. NICH000234 |
| 512. | 01/21/03 email from Doug Lint re unopened cases for 2002 business practices report, bates no. NICH000590-91 |
| 513. | 04/30/01 Announcement of Danny Reese to VP, EH&S, bates no. NICH000688-89 |
| 514. | 04/30/01 Announcement of Brad Russell to Director, EH&S, bates no. NICH000690 |

| | |
|---|---|
| 515. | 05/25/01 Announcement of Sujata Nichani Continuing in role as NAA Senior Manager, bates no. NICH000693 |
| 516. | 06/06/01 Email to Ellen McGroary from Sujata Nichani, bates no. NICH000694-96 |
| 517. | Documents to be subpoenaed from United Rentals, Inc. |
| 518. | 4/15/02 letter to employees from Ari Bousbib, bates no. NICH000739 |
| 519. | 03/21/03 Performance Feedback for Sujata Nichani, bates nos. OTIS-00124 to 128 |
| 520. | Chart regarding accident rates for 2000, bates no. NICH001043 |
| 521. | 01/27/03 Email from Raymond Moncini to Susan Nichani regarding NAA safety review, bates nos. OTIS-06123 to 6124 |
| 522. | 08/21/02 Email from Susan Nichani and Scott Simmons, bates no. NICH001050-51 |
| 523. | 01/13/03 Email from Raymond Moncini regarding hoisting and rigging, bates nos. NICH001087-89 |
| 524. | 06/07/00 Memo from Doug Lint regarding appointment of Sue Nichani as Business Practices Officer, bates no. NICH001090 |
| 525. | 12/06/02 Email from Susan Nichani and Danny Reese, bates no. NICH001213-14 |
| 526. | 11/11/99 Learn and Live Bulletin, bates no. NICH001225 |
| 527. | 09/06/02 Email from Patrick Dowson, bates no. NICH001308 |
| 528. | 02/01/02 Email from Helio Tinone regarding elimination of U-Bolts, bates no. NICH001316 |
| 529. | 02/10/99 Email from Harold Scott regarding grade level change of Sujata Nichani from 50 to 51 and salary increase, bates no. OTIS-00072 |
| 530. | 12/15/00 Executive Performance Appraisal of Sue Nichani, bates nos. OTIS-00121 to 123 |
| 531. | Job Description – Manager, EH&S Generalist, bates no. OTIS-00131 |
| 532. | Otis position description, bates nos. OTIS-00280 to 285 |
| 533. | Recognition Stock Options, bates nos. OTIS-09828-42 |
| 534. | 01/31/03 Email from Raymond Moncini regarding WHQ Safety Review, bates no. OTIS-00178 |
| 535. | 03/13/02 Email from Erv Lauterbach regarding Staff Performance Review, bates no. OTIS-00185 |
| 536. | 01/02/03 Email from Raymond Moncini regarding safety training, bates no. OTIS-00609 |
| 537. | 07/02/02 Email from Patrick A. Dowson regarding WWJSSS Revision, bates no. OTIS-00714 to 717 |
| 538. | 01/08/03 Email from Susan Nichani regarding December 23, 2002 accident, bates no. OTIS-05209 to 5211 |
| 539. | Salary Administration Changes: Frequently Asked Questions, bates nos. OTIS-05541 to 5548 |
| 540. | 2002 Salary Merit Deferral Questions and Answers, bates no. OTIS-05611 to 5612 |
| 541. | 06/05/01 Email from Ellen McGroary regarding announcement draft, bates no. |

|  |  |
|---|---|
|  | OTIS-05827 |
| 542. | 12/24/02 Email from Raymond Moncini regarding Dan McQuillen, bates nos. OTIS-06059 to 06060 |
| 543. | Recommendation Package for Bradford Russell, bates nos. OTIS-09000 to 9008 |
| 544. | Excerpt from Otis Employee Safety Handbook, bates nos. OTIS07517, 7610-17 |
| 545. | 10/07/01 Worldwide Job Site Safety Standards Steering Committee Charter, bates nos. OTIS08361 to 8365 |
| 546. | 05/01/01 Announcement regarding Brad Russell to Lead NAA Environment, Health and Safety, bates no. OTIS08529 |
| 547. | 05/14/01 Brad Russell resignation, bates no. OTIS08531 |
| 548. | Biographical Summary for Patrick A. Dowson, bates no. OTIS08878 |
| 549. | 02/01/99 Recommendation of promotion of Patrick Dowson from Sr. Manager, EH&S to Director, EH&S – Otis UK & SEA, bates no. OTIS09254 |
| 550. | 5/14/01 email from Raymond Moncini to Steve Page and Ari Bousbib regarding Brad Russell resignation, bates no. OTIS-00298 |
| 551. | 05/07/01 email from Raymond Moncini to Steve Page regarding Brad Russell, bates no. OTIS-00301 to 302 |
| 552. | 03/06/03 email from Patrick Dowson to Danny Reese regarding Sue Nichani, bates no. OTIS-05841 to 5844 |
| 553. | Section 5.6 Running Platforms and False Cars, 4.2 Electrical Safety and 4.7 Hoisting and Rigging Practices, bates no. OTIS-00133 to 141 |
| 554. | 03/28/03 email regarding New York Safety/sanctions, bates no. OTIS-06056 to 6058 |
| 555. | 09/06/02 Learn & Live bulletin, 8/25/04 deposition Ex. 14 |
| 556. | 3/17/03 email from Erv Lauterbach to Raymond Moncini re McQuillen sanctions, bates nos. OTIS-05999 to 06004 |
| 557. | Executive Summary Briefing document, bates nos. NICH000577 to 589 |
| 558. | 3/18/03 memo from Patrick Dowson to Susan Nichani re McQuillen, bates nos. NICH000558 to 570 |
| 559. | Standard Work Process for Rigging and Hoisting, bates no. OTIS-00846 to 854 |
| 560. | Human Resources Policy Manual, bates nos. OTIS-8532.1 to 8660 |
| 561. | 3/19/01 email from Paul Thomson to Raymond Moncini, bates no. 0TIS-00288 to 291 |
| 562. | 3/1/00 memo from Paul Thomson re Performance Incentive Plan (PIP) for US Non-Executive mangers, SG 49-51, bates no. OTIS-00143 |
| 563. | Performance Incentive Plan for US Non-Executives Grades 49-51, OTIS-00142 |
| 564. | 03/12/03 memo from Howard S. Levine to Erv Lauterbach re EHS Assurance Review – Otis, NSAA Greater New York, bates no. OTIS-08232 to 8257 |
| 565. | 02/02/03 email from Raymond Moncini to Susan Nichani re WHQ Safety Review; bates no. OTIS-04698 |
| 566. | (a) 02/04/04 letter to S. Nichani from United Rentals, Inc. re offer of employment and 566(b) employment agreement with United Rentals, Inc., bates nos. NICH01611 to 01621 |
| 567. | United Rentals, Inc. Benefits Overview, 3/13/04 Deposition Ex. 11 |

| | |
|---|---|
| 568. | 4/24/02 email from Sandra Stott to Danny Reese re Cemco issues, bates nos. OTIS-00182 to 0184 |
| 569. | 4/24/02 email from Sandra Stott to Susan Nichani re Cemco issues, bates nos. OTIS-00179 to 181 |
| 570. | 02/21/03 email from Danny Reese to Steven D. Martin re WWJSS Compliance Issues and Intern Fist Grip process, bates nos. OTIS-00504 to 508 |
| 571. | 01/10/03 email from Tim Beck to Susan Nichani re An Accident-Greater New York Region, 3/23/04 Deposition Exhibit 8 |
| 572. | 1/10/03 email from Scott Simmons to Tim Beck and Susan Nichani, 3/23/04 Deposition Ex. 7 |
| 573. | 02/02/03 email from Susan Nichani to Doug LaBrecque, et al re WWJSSS Open Issues, 7/8/03 Deposition Ex. 9 |
| 574. | 02/01/03 email from Susan Nichani to Raymond Moncini re WHQ Safety Review, bates nos. OTIS-00176 to 177 |
| 575. | 03/09/02 email from Ed Minich to Raymond Moncini re Staff Performance Review, bates nos. OTIS-00192 to 193 |
| 576. | 03/12/02 email from Daniel Traversi to Raymond Moncini re Staff Performance, bates nos. OTIS-00187 to 188 |
| 577. | 07/07/00 email from Susan Nichani to Ellen McGroary, et al re Suspension, bates nos. OTIS-06575 |
| 578. | 02/26/03 email from Lou Rinaldo to Ellen McGroary re Safety Manager, bates nos. OTIS-06375 |
| 579. | 01/10/03 email from Susan Nichani to Raymond Moncini, bates nos. OTIS-06064 to 6066 |
| 580. | 02/24/03 email from Patrick A. Dowson to Susan Nichani re NSAA EH&S Management System issues from the New York Assurance Review, bates nos. OTIS-05985 to 5995 |
| 581. | Otis Equal Employment Opportunity/Affirmative Action Program Summary, bates no. OTIS-07233 |
| 582. | January 2003 letter to Otis Associates from Ari Bousbib re Equal Employment Opportunity policy, bates no. OTIS-07234 |
| 583. | Otis Equal Employment Opportunity Policy, bates no. OTIS-07237 to 7240 |
| 584. | Otis Affirmative Action Program Policy, bates nos. OTIS-07241 to 7242 |
| 585. | Job Hazard Analysis Process, bates nos. OTIS-07253 to 7331 |
| 586. | Otis Employee Safety Handbook, bates nos. OTIS-07517 to 07731 |
| 587. | Worldwide Job Site Safety Standards, OTIS-08258 to 8360 |
| 588. | North American Operations Health and Safety Policies and Practices Manual, bates nos. OTIS-07744 to 8045 |
| 589. | 03/15/00 Worldwide Safety & Environment Standards Steering Committee Meeting Minutes, bates nos. OTIS-08366 to 8374 |
| 590. | 06/08/00 Safety Standards Steering Committee Meeting Minutes, bates nos. OTIS-08375 to 8378 |
| 591. | 08/01/00 Safety Standards Steering Committee Meeting Minutes, bates nos. OTIS-08379 to 8401 |
| 592. | 12/13/00 Safety Standards Steering Committee Meeting Minutes, bates nos. |

|  | |
|---|---|
| | OTIS-08402 to 8410 |
| 593. | 01/31/01 Safety Standards Steering Committee Meeting Minutes, bates nos. OTIS-08411 to 8426 |
| 594. | Otis Affirmative Action Program, bates nos. OTIS-08955 to 8963 |
| 595. | Resume of Bradford A. Russell, bates nos. OTIS-09053 to 9054 |
| 596. | UTC Employee Savings Plan, bates nos. OTIS-09070 to 9146 |
| 597. | 10/18/99 Leadership Development Review, bates nos. OTIS-09335 to 9346 |
| 598. | 11/9/00 Leadership Development Review, bates nos. OTIS-09347 to 9395 |
| 599. | 11/5/01 Leadership Development Review, bates nos. OTIS-09396, 09422 |
| 600. | 10/15/02 Leadership Development Review, bates nos. OTIS-09458, 09462 |
| 601. | 2001-2005 Tax Returns of Sujata Nichani, 1999-2005 W-2s, 2005 pay stub |
| 602. | 01/31/03 Otis Safety Advisory from Danny Reese, bates nos. NICH001067-68 |
| 603. | 02/14/03 email from Susan Nichani to Danny Reese, bates nos. NICH000778 to 779 |
| 604. | 02/17/03 email from Susan Nichani to Raymond Moncini, et al, bates nos. NICH000781 to 783 |
| 605. | 02/17/03 email from Helio Tinone to Susan Nichani re Fist Grip Applications, bates nos. NICH000784 to 785 |
| 606. | 03/21/03 letter to Susan Nichani from Ellen McGroary regarding termination, bates nos. NICH001493 |
| 607. | Demonstrative Exhibits – to be determined |
| 608. | Job Description for Edith DiFrancesco |
| 609. | Announcement re Edith DiFrancesco |
| 610. | 4/1/04 Recommendation for Edith DiFrancesco transfer to VP, EH&S and Quality |
| 611. | 09/15/02 email to Mark Boelhouwer, et al from Raymond Moncini regarding travel policy, bates no. NICH000346 |
| 612. | 09/28/01 email from Susan Nichani to DL-NAA-LOCS, et al re Required Monthly Safety Meetings, bates no. OTIS-00872 |
| 613. | 01/24/03 email from Raymond Moncini to Mark Boelhouwer, et al re 2003 policies, bates no. NICH000348 |
| 614. | 03/10/03 email from Susan Nichani to Raymond Moncini re travel request, bates no. NICH001255 |
| 615. | UTC Code of Ethics |
| 616. | Draft announcement of Sujata Nichani continuing in role as NAA Senior Manager, bates no. NICH000692 |
| 617. | UTC Employee Retirement Plan, OTIS-09147 to 09179 |
| 618. | Organizational Chart – North American-Current, bates no. OTIS-00132 |
| 619. | 09/22/02 email from Raymond Moncini to Susan Nichani re San Diego Safety Audits, bates no. NICH000347 |
| 620. | 02/07/03 email from Dean Schleicher to Susan Nichani and Scott Simmons re Learn and Live – France, bates no. NICH000777 |
| 621. | 02/25/03 email from Erv Lauterbach from Louis Deloreto re Actions1.xls, bates nos. OTIS-00666 to 667 |
| 622. | 01/08/03 email from Raymond Moncini to Susan Nichani re 2002 objectives |

|  | | bates no. OTIS-03154 |
|---|---|---|
|  | 623. | 10/29/01 email from Jeff Adler to Chris Doot, et al , OTIS-05555 |
|  | 624. | 04/24/01 email from Leslie Carothers to Raymond Moncini re Brad Russell, bates no. OTIS-00291 |
|  | 625. | 02/19/97 letter to Sujata Nichani from William T. Miller re recognition stock option award |
|  | 626. | June 1998 letter to Sujata Nichani from Steve Page re recognition stock option award |
|  | 627. | October 1999 letter to Sujata Nichani from Stephen F. Page re recognition stock option award, bates no. NICH000144 |
|  | 628. | 12/14/00 letter to Sujata Nichani from Ray Moncini re recognition stock option award, bates no. NICH000145 |
|  | 629. | 03/06/03 email from Anthony Minchella to Sheldon Wishnick re Nichani |
|  | 630. | Nichani v. Otis Elevator Company – Compensation Information, Exhibit 2c to 3/31/04 deposition |
|  | 631. | L3 statistics at ONSA re stock option grants for 2002 and 2003, Exhibit 2d to 3/31/04 deposition |
|  | 632. | Chart re final IC pool factors, Exhibit 2e to 3/31/04 deposition |
|  | 633. | Chart re stock option grants received by Sujata Nichani and Brad Russell, Exhibit 2f to 3/31/04 deposition |
|  | 634. | 02/24/03 email from Anthony Minchella to Sheldon Wishnick re Nichani |
|  | 635. | 03/11/03 email from Susan Nichani to Raymond Moncini, et al re slides, bates no. NICH001228 |
|  | 636. | 02/06/03 email from Susan Nichani to Patrick A. Dowson re Accidents Involving Clips, bates no. NICH001198 |
|  | 637. | 11/13/01 announcement re Catherine C. Smith named Chief Information Officer, NAA, bates no. NICH001100 to 1101 |
| ID only | 638. | Biographical summary of Catherine C. Smith |

Exhibits Returned to the parties/attorneys on 5/23/2006