AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**DISTRICT OF** Connecticut

Nichani
v.
Otis Elevator, et al

**EXHIBIT AND WITNESS LIST**

**CASE NUMBER:** 3:02CV1384

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Anthony Minchella | Albert Zakarian |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/8/06 – 5/23/06 | T. Finkelstein | K. Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/8/06 | | | Sujata Nichani |
| ✓ | | 5/9/06 | | | Sujata Nichani (2nd Day) |
| ✓ | | 5/10/06 | | | Sujata Nichani (3rd Day) |
| ✓ | | 5/10/06 | | | William Gooding |
| ✓ | | 5/11/06 | | | Sujata Nichani (4th Day) |
| ✓ | | 5/11/06 | | | Steve Page (By Deposition) |
| ✓ | | 5/11/06 | | | Scott Simmons (By Deposition) |
| ✓ | | 5/11/06 | | | Sheldon Wishnik |
| ✓ | | 5/12/06 | | | Sheldon Wishnik |
| | ✓ | 5/12/06 | | | Ellen McGroary |
| | ✓ | 5/15/06 | | | Ellen McGroary |
| | ✓ | 5/15/06 | | | John McNamara |
| | ✓ | 5/15/06 | | | Danny L. Reese |
| | ✓ | 5/16/06 | | | Danny L. Reese |
| | ✓ | 5/16/06 | | | Erv Lauterbach |
| | ✓ | 5/16/06 | | | Yvonne Zayas |
| | ✓ | 5/16/06 | | | Robin Fiala |
| | ✓ | 5/17/06 | | | Erv Lauterbach |
| | ✓ | 5/17/06 | | | Helio Tinone |
| | ✓ | 5/18/06 | | | Bradford Russell |
| | ✓ | 5/18/06 | | | Helio Tinone |
| | ✓ | 5/18/06 | | | Patrick A. Dowson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (REV. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| Nichani | | | vs. Otis Elevator, et al | | CASE NO. 3:02cv1384 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 5/19/06 | | | Patrick Dowson |
| | ✓ | 5/19/06 | | | Raymond J. Moncini |
| | ✓ | 5/22/06 | | | Raymond J. Moncini |

Page 2 of 2 Pages