UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUJATA NICHANI, | : | CIVIL NO. 302CV1384 (MRK) |
| Plaintiff | : | |
| v. | : | |
| OTIS ELEVATOR COMPANY and UNITED TECHNOLOGIES CORPORATION | : | |
| Defendants | : | June 23, 2006 |

## MOTION FOR ENLAGREMENT OF TIME TO FILE NOTICE OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure and Local Rules 9(b) and 41(b), the Plaintiff respectfully moves this Court for an enlargement of time of 21 days up to and including July 14, 2006, to file a Notice of Dismissal. In support of this motion, Plaintiff represents the following:

1. This matter was reported settled and the Court ordered that dismissal papers be filed on or before June 23, 2006.

2. The parties have finalized the terms of a settlement agreement, but need the additional time to exchange fully executed copies, due in part because of the nature of the settlement, and the Plaintiff's out of state residence and recent work-related traveling.

WHEREFORE, Plaintiff requests an enlargement of time of 21 days up to and including July 14, 2006, to file a Notice of Dismissal

**ORAL ARGUMENT NOT REQUESTED**
**NO TESTIMONY REQUIRED**

Plaintiff, Sujata Nichani

_____
Anthony R. Minchella (CT 18890)
Law Offices of Anthony R. Minchella, L.L.C.
    530 Middlebury Road
    Suite 203-204B
    Middlebury, CT  06762
    Telephone:   (203) 758-1069
    Facsimile:     (203) 748-2074
    aminchella@minchellalaw.com

Jeffrey J. Tinley, Esq. (CT 00765)
Tinley, Nastri, Renehan & Dost, LLP
60 N. Main St.
2nd Floor
Waterbury, CT  06702
jtinley@tnrdlaw.com

CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date via First Class U.S. mail, postage prepaid, and via electronic mail, to the following:

Albert Zakarian
Victoria Wooden Chavey
Day, Berry & Howard LLP
CityPlace I 185 Asylum Street
Hartford, CT 06103-3499

Dated at Middlebury, Connecticut, this Friday, June 23, 2006.

_____
Anthony R. Minchella